IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EUGENE ALVIN BROXTON.                          §
                                               §
                    PETITIONER.                §
                                               §
v.                                             § C.A. NO. _____
                                               § CAPITAL HABEAS PETITION
RICK THALER, DIRECTOR, TEXAS                   § DEATH PENALTY CASE
DEPARTMENT OF CRIMINAL JUSTICE,                §
INSTITUTIONAL DIVISION.                        §
                                               §
                    RESPONDENT.                §

## HABEAS CORPUS PETITION-EXHIBITS(SECTION 1)

1.     Affidavit of Dr. A. David Axelrad

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EUGENE ALVIN BROXTON.                   §
          Petitioner,                §
                                     §
v.                                       § C.A. NO. _____
                                     § CAPITAL HABEAS PETITION
RICK THALER, DIRECTOR.                   § DEATH PENALTY CASE
TEXAS DEPARTMENT OF                      §
CRIMINAL JUSTICE.                        §
          Respondent.                §

## AFFIDAVIT OF A. DAVID AXELRAD, M.D.

STATE OF TEXAS                           §
                                     §
COUNTY OF HARRIS                         §

BEFORE ME the undersigned authority. on this day personally appeared A. DAVID

AXELRAD, M.D.. known to me to be the person whose name is subscribed to his statement. and

who upon his oath, deposed and stated as follows:

"My name is A. David Axelrad. I am over the age of eighteen years old and I am in all
ways qualified to testify to the matters contained herein based on my personal knowledge.

"I have been retained to assist as a potential expert witness in the capital habeas
proceedings on behalf of the petitioner, Eugene Broxton. I was employed under this
Court's order signed on December 2, 2010. Attached is a current curriculum vitae and a
list of the attorneys I have worked with over the past years. I am regularly appointed by
both the federal and state courts to act as an expert forensics psychiatrist. Since 1976 I
have been qualified as an expert and testified in over 1500 cases in both the federal and
state courts in both Texas and California.

"In connection to the Broxton case, I have been employed to review documents and
render an opinion on various issues related to Mr. Broxton's mental status and the
psychiatric/psychological testimony that was put forth in both the 1992 and 2003 trials of
Mr. Broxton on capital murder charges for the death of Sheila Dockens. Attached hereto
is a true and correct copy of my report prepared in connection with this case. as if the
report. which is incorporated in this affidavit by reference as if the testimony contained in
the report were fully stated herein.

"Affiant sayeth no more."

A. DAVID AXELRAD

SIGNED under oath before me on this __1 8__ day of January. 2011.

NOTARY PUBLIC, STATE OF TEXAS



TANYA OLIVER
My Commission Expires
October 31, 2013





# A. DAVID AXELRAD M.D. & ASSOCIATES, P.A.

**4545 Bissonnet Street, Suite 131**
**Bellaire, TX 77401**
**(713) 523-5999 · Fax (713) 942-9626**

## FORENSIC PSYCHIATRIC CONSULTATION

## EUGENE ALAN BROXTON

## JANUARY 17, 2011

## UNITED STATES DISTRICT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

### *EUGENE ALAN BROXTON, PETITIONER V. RICK THALER, DIRECTOR OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION*

### NO. 4:10-MC-00048

I.     **IDENTIFYING INFORMATION AND BACKGROUND INFORMATION**

Mr. Eugene Alan Broxton is currently appearing before the United States District Court for the Southern District of Texas, Houston Division, in a Petition concerning his punishment hearing in the District Court of Harris County, Texas, 209th Judicial District, before the Honorable Judge Michael T. McSpadden. This trial was convened by Judge McSpadden following the Defendant's original conviction and a subsequent punishment hearing concerning the *State of Texas v. Eugene Alan Broxton.* The punishment hearing concerning Mr. Broxton's charge of Capital Murder was convened in Judge McSpadden's court on May 5, 1992.

Following the hearing that was convened on November 13, 2003, the jury did provide a verdict of capital punishment. The current proceedings in the District Court before the Honorable Judge Vanessa D. Gilmore have been filed by Mr. Broxton's appellate attorney, Mr. Robert M. Rosenberg, attorney at law, at 3303 Main Street, Suite 305 in Houston, Texas 77002.

**FORENSIC PSYCHIATRIC CONSULTATION**
**EUGENE ALAN BROXTON**
**JANUARY 17, 2011**
**PAGE 2**

In the month of December 2010, Mr. Rosenberg did contact my office and requested that I provide a forensic psychiatric consultation concerning matters involving Mr. Broxton's previous punishment hearing, which was convened on November 13, 2003, because the expert that was retained by Mr. Broxton's previous attorneys for the punishment hearing in November 2003 was the same expert who was employed by the State during Mr. Broxton's previous punishment hearing, which was convened on May 5, 1992. Mr. Rosenberg did request that I review some testimony from the previous punishment hearing that was convened on May 5, 1992, before the Honorable Judge Michael T. McSpadden.

Mr. Rosenberg also advised me during the course of this referral that Walter Quijano, Ph.D., was retained by the defense attorneys for the punishment hearing convening on November 13, 2003. Mr. Rosenberg also advised me that Mr. Broxton's two attorneys, Mr. R.P. "Skip" Cornelius and Mr. Thomas D. Moran, did make a decision to retain Dr. Quijano to undertake an interview of their client and provide testimony concerning future dangerousness with full knowledge that Dr. Quijano had been previously retained by the State for the purposes of providing testimony concerning future dangerousness in the punishment hearing convened on May 5, 1992. In view of the above considerations, Mr. Rosenberg did request that I undertake a review of transcripts of testimony in both the earlier punishment hearing on May 5, 1992, and transcripts of testimony in the subsequent hearing convened on November 13, 2003, and November 14, 2003.

Following my receipt and review of these records, which will be addressed in a subsequent section of this report, I did advise Mr. Rosenberg that it would be necessary for me to undertake an interview of his client in view of the information I reviewed in the transcripts of the testimony. Further, I also advised Mr. Rosenberg that it would be essential and necessary for Mr. Broxton to undergo a neuropsychological evaluation for the purposes of determining whether Mr. Broxton is suffering from sustained brain injury as a result of his significant history of crack cocaine abuse. I advised Mr. Rosenberg that I would be able to provide a report concerning my forensic analysis of the transcripts, and I would be able to address certain forensic questions he posed to me during the course of the referral.

## II.   REFERRAL SOURCE AND REASON FOR REFERRAL

Mr. Broxton has been referred to me by his attorney, Mr. Robert M. Rosenberg. On December 7, 2010, Mr. Rosenberg advised me that he had obtained approval from Judge Gilmore authorizing the hiring of a mental health expert for the purposes of consulting with him concerning issues involved in Mr. Broxton's previous hearing and its relationship to the fact that the principal forensic expert retained by his attorneys in the hearing convened on November 13, 2003, was the same dangerousness forensic expert who had been retained by the District Attorney in the original punishment hearing convened on May 5, 1992.

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 3

III.  **FORENSIC QUESTIONS**

    A.  Based upon my review of the testimony of Walter Quijano, Ph.D., during the hearing convened on May 5, 1992, did his attorneys take into consideration the scope of Dr. Quijano's previous testimony and the significant limitations of his previous testimony when he testified for the State in the original 1992 hearing?

    B.  What is my expert opinion concerning whether the Defense Attorneys had a sufficient dialogue with Dr. Quijano before the hearing on November 13, 2003, to ensure that he was able to take into account enough information to render a medical opinion regarding Mr. Broxton's mental health at the time of the commission of the alleged offense and his mental health that might be mitigating for the punishment hearing in his original testimony in 1992 and his subsequent testimony on November 13, 2003?

    C.  Given the nature and scope of Dr. Quijano's original testimony and his subsequent testimony in the 2003 hearing, was Dr. Quijano able to render an opinion concerning future dangerousness in a prison society rather than the more global society?

    D.  Are there any circumstances, based upon my experiences as a forensic psychiatrist, which would dictate that a Defense Attorney would call a mental health expert on future dangerousness who is going to testify that the patient is a future danger and, if so, is this such a case?

    E.  What is my opinion concerning Dr. Quijano's testimony that Mr. Broxton has an Antisocial Personality Disorder in view of the fact that Dr. Quijano did not undertake any psychological or neuropsychological testing and, further, did not examine Mr. Broxton at the time he gave his original testimony in May 1992?

    F.  Based upon the testimony of Wendell Dickerson, Ph.D., who was an expert called by one of Mr. Broxton's attorneys, Mr. Tom Moran, who was also one of the attorneys who represented Mr. Broxton in the 2003 hearing, what is my opinion concerning the testimony of Dr. Dickerson and Dr. Quijano in the original punishment hearing in May 1992?

    G.  Given my review of Dr. Quijano's testimony during the original hearing in May 1992 and the questionable methodology utilized in that case, what is my opinion concerning Mr. Broxton's attorneys selecting Dr. Quijano as their forensic expert as to dangerousness in the second trial?

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 4


IV.   QUALIFICATIONS OF THE EXAMINER

I attended Vanderbilt University from 1961 to 1965, graduating Vanderbilt University
with a BA degree. Following graduation from Vanderbilt University, I attended the
University of Houston Graduate School from 1965 to 1968. I graduated from the
University of Houston Graduate School with an MS degree in biology/physiology (Thesis:
Influence of Fasting and Alloxan Diabetes on the Active Transport of Monosaccharides by
the Rat Intestine.) I attended The University of Texas Medical Branch at Galveston
from 1966 to 1970. I was elected into the Alpha Omega Alpha Honorary Medical
Society in 1969. I was awarded the MD degree – Magna Cum Laude – in 1970.

I undertook a straight medicine internship at the Sacramento Medical Center
of the University of California, Davis, from 1970 to 1971. I attended
the University of California, Davis, Department of Psychiatry from
1971 to 1974 and graduated from this residency program in 1974.

Following completion of my straight medicine internship at the Sacramento Medical
Center of the University of California, Davis, from 1970 to 1971, I was licensed to
practice medicine in the state of Texas. During my training in California, I was
also licensed to practice medicine in the state of California. I have maintained
both licenses in Texas and California throughout the course of my professional activities.

Following the completion of my training in psychiatry in 1974, I was inducted into the
United States Army, and I served in the United States Army with the rank of Major.
During the course of my military services, I served as Chief of one of the inpatient
services at Walter Reed Army Medical Center in 1974; and I was subsequently transferred
to Fort Ord, California, where I was appointed Chief of Mental Hygiene at
Fort Ord, California. During the course of my military service, I also served
as President of the Sanity Board in the Military Judicial District headquartered
at Fort Ord, California, from 1974 until 1976.

I was actively involved in state and national associations during the course of my house-
staff training at the University of California, Davis. I served as the First Chair of the
Interns and Residents Business Section of the American Medical Association from 1972 to
1973.

I also served as a member of the Council on House Staff Affairs of the American Medical
Association from 1972 to 1974. During my service on the Council, I did chair a major
conference of the American Medical Association – the 1973 AMA Coordinating
Conference for House Staff – which led to significant changes that occurred in
house-staff training as a result of the Conference's actions.

**FORENSIC PSYCHIATRIC CONSULTATION**
**EUGENE ALAN BROXTON**
**JANUARY 17, 2011**
**PAGE 5**

I also served as President of the Sacramento Association of Interns and Residents from 1972 to 1973 and as Chair of the Statewide Association of Interns and Residents for the University of California. I served in this capacity from 1973 until 1974. I underwent psychoanalytic training at the Houston-Galveston Psychoanalytic Institute from 1996 to 2000. I graduated with a Certificate in Adult Psychoanalysis in September 2000.

I am a practicing psychiatrist who specializes in Adult Psychiatry, Neuropsychiatry, Pain Medicine, Psychoanalysis, and Forensic Psychiatry. I am Board-certified by the American Board of Psychiatry and Neurology in General Psychiatry (April 1978 – Certificate #17308); Forensic Psychiatry (Certificate #22), and Pain Medicine (Certificate #102).

During the course of my career, I practiced in all of the above specialties. In addition, I also served as Director of Neuropsychiatry for the Del Oro Rehabilitation Institute in Houston, Texas. During the course of my service as the Director of Neuropsychiatry, I was responsible for supervision of neuropsychiatric services in the Institute. During the course of this service, I did undertake numerous diagnostic evaluations and neuropsychiatric interventions of patients who suffered from neurological injury and traumatic brain injury and who were undergoing treatment in the Rehabilitation Institute. I have continued to undertake outpatient assessment and treatment of patients suffering neurological injury, who require neuropsychiatric interventions.

During the course of my pain medicine practice in California and Texas, I have provided services for patients who experience chronic pain. My pain medicine practice consists of diagnostic evaluations of patients who experience chronic pain. Following such evaluations, I will generally develop behavioral pain medicine interventions for the patients.

During the course of my pain medicine practice in both California and Texas, I have directed multidisciplinary pain medicine teams who provide multidisciplinary interventions, including behavioral medicine interventions and physical medicine interventions. During my pain medicine practice in California, I developed a Pain Medicine Center in Sacramento, California, which did provide interdisciplinary interventions for patients who suffer chronic pain. Following my move from California to Texas in 1983, I continued providing such multidisciplinary pain services for patients experiencing chronic pain syndromes. I have served as the Medical Director of several Hospital-Based Pain Medicine Centers during the course of my pain medicine practice in Houston, Texas. Further, I have also provided medical direction of Outpatient Pain Medicine Centers, providing pain management services to patients who suffer chronic pain syndromes.

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 6

I also served as a member of the Board of Directors of the National Pain Foundation from 1983 until 1990. During the course of service on this Board, I initially served as the Medical Director of the National Pain Foundation and was subsequently elected the Chair of the Board of Directors of the National Pain Foundation in 1985. This Foundation sponsored major statewide and national symposia on pain during the time of my service on the Board of Directors of the National Pain Foundation.

During my career, I have undertaken numerous assessments for alcohol and other chemical dependency. These assessments have also been a part of a drug abuse treatment program that I supervised and monitored during my experiences as a director of pain medicine centers, both inpatient and outpatient centers. During the course of my career I have also served as the Medical Consultant to the Center for Recovering Families, providing psychiatric consultation and interventions for patients undergoing chemical dependency and alcohol dependency interventions at the Center for Recovering Families in Houston, Texas.

I also served as the Medical Review Officer for the Continental Basketball Association. The scope of my duties as the Medical Review Officer for the Continental Basketball Association included diagnostic assessment interviews of professional basketball players who were employed by the various team owners in the Continental Basketball Association. My scope would include diagnostic assessments of athletes who demonstrated positive tests on drugs screens and other tests administered to the professional athletes playing basketball for the Continental Basketball Association. In addition, I would also interface with various drug treatment programs in referring such professional athletes to the programs for interventions required in the employment agreements between the professional basketball players and team owners in the Continental Basketball Association.

During my practice in Houston, Texas, I completed psychoanalytic training in adult psychoanalysis at the Houston-Galveston Psychoanalytic Institute. I have also been involved in ongoing training as a child psychoanalyst and am presently an advanced candidate in a child psychoanalytic training program at this institute.

In addition, I have provided hypnotherapy for patients who experience habit disorders, chronic medical problems, chronic pain disorders, and anxiety disorders. I have provided self-hypnosis training for such patients to facilitate their medical and psychiatric management. I am the Senior Author of a Chapter entitled *Hypnosis in the 9th Edition of Kaplan & Sadock's Comprehensive Textbook of Psychiatry* edited by Benjamin Saddock, M.D.; Virginia Saddock, M.D.; and Pedro Ruiz, M.D., published in 2009 by Lippincott Williams & Wilkins.

The second author of this Chapter is Harold J. Wain, Ph.D., ABPH, Chief, Psychiatry

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 7

Consultation Liaison Service of the Department of Psychiatry of the Walter Reed Army Medical Center, Washington, D.C., and Professor, Department of Psychiatry, Uniformed Services University of the Health Sciences, Bethesda, Maryland. The third author is Daniel Brown, Ph.D., ABPH, Associate Clinical Professor of Psychology, Harvard Medical School.

I have also specialized in the psychiatric management of patients who suffer from Posttraumatic Stress Disorders. During my military service at Walter Reed Army Medical Center and Ft. Ord, California, from 1974-1976, I provided medical direction and psychiatric treatment for military personnel suffering from Posttraumatic Stress Disorder as a result of injuries sustained during the Vietnam War.
Over the course of my career since 1976, I have continued to specialize in the treatment of Posttraumatic Stress Disorder. I have also directed programs involving the multidisciplinary treatment of patients suffering from Posttraumatic Stress Disorder.

Throughout my career, I have provided psychiatric management and psychotherapy for patients experiencing grief and bereavement following the death of family and close associates. I also served on multidisciplinary teams providing psychiatric interventions to terminally ill patients and their families at the University of California in Davis and Fort Ord, California.

I am currently serving as an Associate Professor of Psychiatry in the Menninger Department of Psychiatry and Behavioral Sciences at Baylor College of Medicine and as an Associate Professor of Psychiatry in the Department of Psychiatry and Behavioral Sciences at The University of Texas Medical School in Houston. I am a member of the faculty of the Houston-Galveston Psychoanalytic Institute. In addition, I also serve as an Adjunct Professor of Law at the University of Houston Law Center in Houston, Texas.

During the course of my career, I have been involved in several professional review organizations, which have established standards of practice for psychiatric services. In 1974, I was appointed to the National Steering Committee for Criteria Development for Professional Standards Review Organizations. I received this appointment from the American Medical Association and the Department of Health, Education, and Welfare of the federal government. During the 1970s and 1980s, I served as a special consultant for professional standards and quality assurance to the American Psychiatric Association, the California Hospital Association, and the American Medical Association.

In addition to these responsibilities, I was also a member in the 1980s of the Diagnostic and Therapeutic Technology Assessment Board of the Council on Scientific Affairs of the American Medical Association. Further, I also served as a member of an

Ad Hoc Advisory Board on Hypnosis for the Council on Scientific Affairs of the
American Medical Association. This Ad Hoc Advisory Board did publish a major report
on the role of hypnosis in forensic psychiatry in refreshing recollections of witnesses and
victims of crime. This report was published in the *Journal of the American Medical
Association*.

I was appointed by Governor Edmund G. Brown to the California State Board of Medical
Quality Assurance, the medical licensing organization in California. During the course of
my service on the California State Board of Medical Quality Assurance (currently the
California Board of Medical Examiners), I served on the Division of Medical Quality, the
disciplinary division of the medical board in California. I served as the Secretary of the
Division of Medical Quality during the time of my service on the Board.

In addition, I, along with Gene Feldman, M.D., President of the Division of
Medical Quality, and Joe Cosentino, M.D., Chief Medical Consultant of the California
Board, developed a diversion program for impaired physicians, which subsequently was
approved by the legislature of the state of California.

Following the move of my practice to Houston, Texas, in 1983, I continued
ongoing consultations for quality assurance and professional standards to several
governmental entities and professional organizations. I served as the Chairman of the
Professional Standards Committee of both the Houston Psychiatric Society and the Texas
Society of Psychiatric Physicians, the district branch of the American Psychiatric
Association in the State of Texas.

In 1992, I was appointed to the Quality Systems Oversight Program of the
Texas Department of Mental Health and Mental Retardation. I continued to serve as a
member of the external validation team of this quality systems oversight program of the
Texas Department of Mental Health and Mental Retardation from 1992-2003.

The Quality Systems Oversight Program was a judicially mandated program that required
the Texas Department of Mental Health and Mental Retardation to provide a quality
systems oversight review of all of the treatment provided in State psychiatric hospitals and
State schools. The Department continued this quality systems oversight program
following resolution of the lawsuit, R.A.J. v. Jones, in the Federal District Court in
Dallas, Texas.

In 1994, Governor Ann Richards appointed me to the Texas State Board of
Medical Examiners where I served as a member of the District Quality Review Committee
of the Texas State Medical Board. I served in this capacity on the Texas State Medical

Board from 1994 until 2000. During the time of my service on the Texas State Medical Board, I served on numerous informal settlement conferences, representing the Texas State Medical Board, concerning disciplinary actions involving licensed physicians in Texas.

Since 1990, I have served as President and Chairman of the Board of Directors of The Texas Institute for Behavioral Medicine and Neuropsychiatry, a 501C non-profit institute dedicated to providing services in the fields of behavioral medicine and neuropsychiatry. Since 1993, the Institute has provided a program - The Free Clinic for Women – a program committed to alleviating the suffering and providing emotional and social support for women with breast cancer. For the past nine years, I have served as a group therapist for a continuing weekly therapeutic support group for women with stage IV breast cancer.

Over the course of my career, I have practiced forensic psychiatry. During my practice in California, I was appointed to numerous court panels to serve as a court-appointed expert in cases involving questions concerning competency to stand trial, diminished mental capacity, and criminal responsibility. During my faculty appointment at the University of California at Davis, I served as an Associate Professor of Psychiatry and Director of Forensic Psychiatry for the Department of Psychiatry in the School of Medicine of the University of California at Davis.

I have continued my interest in these areas during the course of my forensic psychiatric practice in Texas. I currently serve on court panels in Harris County, Texas, and Fort Bend County, Texas. I do provide expert evaluations in both Harris County and Fort Bend County in the areas of competency to stand trial and criminal responsibility. In addition to my forensic activity in the criminal courts, I have continued to provide forensic examinations and consultations in areas of personal injury, pain and suffering, wrongful death, and professional liability in the civil courts of Texas. During the course of my forensic practice in Texas, I have been involved in major litigation involving industrial explosions resulting in traumatic brain injury and Posttraumatic Stress Disorder experienced by injured workers in industrial explosions. I have also continued to practice forensic psychiatry in areas of professional liability and fitness-for-duty examinations during the course of my forensic practice in Texas. I have also provided forensic psychiatric training to residents in psychiatry at The University

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 10

of Texas Medical School at Houston.

Following my move to Houston, I was appointed as an Adjunct Professor of Law at the
University of Houston Law Center, where I have served on the faculty. I have provided
courses in forensic medicine to third-year law students during the course of my
educational activities at the University of
Houston Law Center. In addition, I am currently a member of the
Health Law and Policy Institute of the University of Houston Law Center.

In addition to my forensic activities in criminal and civil law, I have also provided forensic
psychiatric evaluations of patients who suffer personal injury with injuries involving either
pain or psychiatric problems. I have also provided treatment for patients who suffer
personal injury or intractable pain. Further, I have utilized my experiences as a
neuropsychiatrist, specializing in the treatment of traumatic brain injury, to undertake
forensic psychiatric assessments of patients who suffer traumatic brain injury and require
forensic evaluations.

I currently serve as a member of the Forensic Psychiatry Committee, the
Budget Committee, and the Executive Council of the Texas Society of
Psychiatric Physicians. I have served this organization as President from 1999-2000. I
currently serve as a representative of the Texas Society of Psychiatric Physicians to the
Assembly of District Branches of the American Psychiatric Association. The Texas
Society of Psychiatric Physicians has awarded me with its highest award, The
Distinguished Service Award, in 2007.
I have served as the psychiatric consultant to the Board of Ethics of the Harris County
Medical Society. I have also served as the Chair of the Ethics Committee of the
Houston-Galveston Psychoanalytic Institute.

During my service to the Houston-Galveston Psychoanalytic Institute, I have also served
as the Chairman of the Faculty Committee of the Houston-Galveston Psychoanalytic
Institute and as a member of the Board of Directors of the Houston-Galveston
Psychoanalytic Institute.

One may refer to my resume for a full review of my professional experiences.
(See Attachment A.)

## V.    FORMAT OF FORENSIC PSYCHIATRIC CONSULTATION

Following my being retained by Mr. Rosenberg for the purposes of
providing a forensic psychiatric consultation concerning the matters before
the Honorable Judge Gilmore in the United States District Court for the Southern District
of Texas, Houston Division, I did request that the attorney forward to me the relevant

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 11

transcripts of Dr. Quijano's testimony and Dr. Dickerson's testimony in the initial punishment hearing on May 5, 1992. I also requested that I be provided relevant testimony in the subsequent punishment hearing on November 13, 2003, and November 14, 2003.

Following my review of the information forwarded to me, I did provide an opinion to Mr. Rosenberg that it would be necessary for Mr. Broxton to undergo both a clinical psychiatric interview by me and a General Diagnostic Battery and Neuropsychological Evaluation by a licensed psychologist who specializes in neuropsychological assessment. One may be referred to a subsequent section of this report concerning my reasoning concerning this request and its relevance to my overall opinions in this case.

## VI.    PRESENTING INFORMATION

(During the course of a forensic psychiatric consultation, all presenting information is requested which appears to have relevance to the forensic questions posed in the consultation. I reviewed the following information and submitted all of the information to forensic analysis. I am prepared to address any element of the presenting information as it relates to the forensic findings I arrived at in this matter. Certain portions of the forensic information will be addressed in subsequent sections of this report. Further, some portions of the information will also be addressed in the formulation to the psychiatric and forensic findings in this matter.)

The following information has been forwarded to me for purposes of review and analysis.

- Transcript of Punishment Hearing before the Honorable Judge Michael T. McSpadden, Presiding Judge of the 209th District Court of Harris County, Texas, May 5, 1992.

  - Direct Examination and Cross Examination of Wendell Dickerson, Ph.D.; Pages 14-67.

  - Transcript of Direct Examination, Cross Examination, Redirect Examination, and Recross Examination of Walter Quijano, Ph.D.; Pages 89-131.

- Transcript of Punishment Hearing on November 13, 2003, and November 14, 2003, in the District Court of Harris County, Texas, 209th Judicial District, before the Honorable Judge Michael T. McSpadden.

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 12

- Testimony of Walter Quijano, Ph.D.; Pages 153-171 and 305-326.

- Testimony of Larry Fitzgerald, Ph.D.; Pages 171-219.

- Testimony of Mr. Eugene Alan Broxton; Pages 242-297.

- Transcript of Closing Argument by Defense Counsel and Closing Argument by State's Attorney dated November 14, 2003.

A. **Testimony in Punishment Hearing before the Honorable Judge Michael T. McSpadden, Presiding Judge, in the 209th Judicial District Court of Harris County, Texas, May 5, 1992; Pages 89-131.**

1. **Testimony of Walter Quijano, Ph.D.** I have reviewed the testimony of Dr. Quijano. I do find that this testimony has serious limitations. Dr. Quijano testified as to the psychiatric history of Mr. Broxton, and he rendered psychiatric diagnoses of Mr. Broxton without undertaking a psychological evaluation of Mr. Broxton prior to his testimony as to future dangerousness of Mr. Broxton. It is important to note that the American Psychiatric Association has established that it is unethical for a psychiatrist to testify in a criminal proceeding as to future dangerousness without undertaking a psychiatric evaluation of the defendant.

It is to be noted that on cross examination by one of the attorneys, Mr. McKinney, Mr. McKinney did address the fact that the American Psychiatric Association, at the time of Dr. Quijano's testimony, had established an ethical standard that it was unethical for psychiatrists to make a prediction of future danger of violence without having a personal interview with the defendant. Dr. Quijano testified "no" because the question of Mr. McKinney was misstated as the American Psychological Association. Mr. McKinney should have indicated in his questions that it was the American Psychiatric Association that had established an ethical standard that psychiatrists could not make predictions of future violence without having a personal interview with the defendant.

It is to be noted that one of the attorneys who retained Dr. Quijano to testify in the subsequent hearing in 2003 was Mr. Moran, who was also Mr. Broxton's attorney in the previous punishment hearing in 1992.

Further, Dr. Quijano's testimony was unreliable in that he did provide

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 13

testimony in this hearing concerning the nature of Mr. Broxton's depression
without undertaking a psychological examination of him to determine
the nature and clinical significance of Mr. Broxton's psychiatric disorders.
Further, he did have available to him the fact that Mr. Broxton had been
involved in significant abuse of crack cocaine which, at the time of his
testimony, was found to produce brain injury, given the significant degree
of his cocaine abuse. His significant abuse of crack cocaine may be associated
with brain dysfunction and brain injury as a result of the vasoconstriction
of cerebral circulation associated with chronic crack cocaine abuse and
dependence. In view of this history and the history of the patient's significant
symptoms of depression, his testimony on Page 107, Lines 7-20 of the
transcript is totally inconsistent with the psychiatric records that he reviewed.
His discussion in this testimony on Page 107 is clearly in error and is
inconsistent with what is contained in the patient's psychiatric records
and what is well accepted in the psychiatric and psychological profession.

Dr. Quijano's testimony is further significantly criticized in view of the fact
that Mr. McKinney, the attorney, did document how Dr. Quijano's testimony
was inconsistent with the medical records and the diagnoses of Mr. Broxton
by psychiatrists, which indicate he was suffering from a psychiatric disorder,
Dysthymia, which is a depressive disorder.

In summary, upon review of Dr. Quijano's testimony in the hearing on
May 5, 1992, it is my opinion that his testimony was significantly in error
and, based upon psychiatric standards of ethics, was unethical. Further, he did
have available to him the fact that Mr. Broxton had been involved in significant
abuse of crack cocaine, which may produce brain injury, given the significant
degree of his cocaine abuse and dependence. His significant abuse of crack
cocaine may be associated with brain dysfunction and brain injury as a result
of the vasoconstriction of cerebral circulation associated with chronic cocaine
abuse and dependence. Further, it is my opinion that Dr. Quijano's testimony
as to future dangerousness in the 1992 hearing would most certainly have
influenced Mr. Moran, the attorney who was also retained by Mr. Broxton
in the 2003 hearing, to retain another forensic expert who could have
provided significant testimony, which will be addressed in a subsequent
section of this report. I have requested from the attorney copies of the
Defendant's medical records concerning his prior psychiatric evaluations.
It is to be noted that experts have testified under oath as to the nature of his
psychiatric records, which were reviewed by the defense expert, Dr. Dickerson,

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 14

and the State's expert, Dr. Quijano.

2. **Testimony of Wendell Dickerson, Ph.D.** I have reviewed the testimony of Dr. Dickerson, and his testimony does establish clearly that Dr. Dickerson does correctly address the fact that a psychiatric diagnosis of Antisocial Personality Disorder should be arrived at following a psychological interview and a careful review of the defendant's history. He was also able to more fully address the Defendant's psychiatric Depressive Disorder, which is adequately documented in the psychiatric records. Dr. Dickerson was able to adequately address many of the issues that the State's witness, Dr. Quijano, improperly addressed during the course of his testimony. Upon review of Dr. Dickerson's review of the psychiatric records, it is apparent that Dr. Quijano ignored the psychiatric records when he provided testimony concerning Mr. Broxton in the earlier trial.

B. **Testimony of Walter Quijano, Ph.D., in the Punishment Hearing on November 13, 2003, before the Honorable Judge Michael T. McSpadden, Presiding Judge, in the District Court of Harris County, Texas, 209th Judicial District; Pages 153-171, Pages 305-326.**

Upon review of Dr. Quijano's testimony in the hearing in 2003, it is to be noted that he was directed by Mr. Moran, who was the lawyer in the previous hearing in 1992. Under Mr. Moran's questioning, he does testify that he had previously testified concerning Mr. Broxton's future dangerousness in the hearing in 1992. He also testified to the jury in the 2003 hearing that he had been requested to testify for the State in the 1992 hearing. Mr. Moran also clearly establishes for the jury that he was the defense attorney in the previous hearing. As previously discussed in this report, Mr. McKinney, his co-counsel, did examine Dr. Quijano in the previous hearing. He further presents to the jury that Dr. Quijano testified in the previous hearing without examining the Defendant. Dr. Quijano does testify in the 2003 hearing that he did examine the Defendant on October 20, 2003, before his testimony in the 2003 hearing. He further gives an opinion that Mr. Broxton continues to be a threat to society "if he were left in the community." (See Page 160, Lines 24-25.) Unfortunately, Dr. Quijano provides erroneous testimony under the direction of Mr. Moran when he gives an opinion on Page 163, Lines 6-24, that he did not find that any testing would be necessary in his evaluation of Mr. Broxton. He erroneously testifies that testing was not called for when the question was asked concerning future dangerousness. He further provided erroneous testimony that testing at this stage is not reliable because the Defendant has a very good incentive to look good in the testing process. He further provides erroneous testimony that "the validity of these tests is questionable anyway, and they cost money, so I did not do any of them."

On the contrary, psychological testing by clinical psychologists does have validity

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 15

indicators and are known to be reliable for both criminal defendants and patients
in general.  Further, Mr. Broxton's history of abuse of crack cocaine and its
well-known and recognized effects in producing brain injury in some patients
would lead a reasonable psychologist to conclude that neuropsychological testing was
indicated to address whether Mr. Broxton was suffering from brain injury associated
with the vasoconstriction of cerebral circulation that may occur with chronic crack
cocaine abuse and dependence.

Mr. Moran's decisions in retaining Dr. Quijano in view of the significant errors that
Dr. Quijano made in his previous testimony are most certainly compounded by the
fact that Dr. Quijano's testimony on Page 163 is erroneous and unreliable.  It is to be
noted that Dr. Quijano's testimony on Page 163 is entirely consistent with his previous
testimony, when he was the State witness and testified erroneously that Mr. Broxton
was not suffering from any mental illness, despite the fact that Mr. Moran's own
witness, Dr. Dickerson, was able to clearly establish the evidence of psychiatric
illness in his client in the previous testimony.  His cross-examination by Mr. Hawkins
(See Page 305, Line 6 to Page 306, Lines 1-25) provides further data concerning
the erroneous testimony of Dr. Quijano in this matter.  Despite the fact that
his lawyers were fully aware of Dr. Quijano's previous testimony in 1993, the
cross-examining attorney was able to continue to emphasize Dr. Quijano's erroneous
opinions that Mr. Broxton does not suffer from any mental illness or mental defect.
I have previously noted in my report that Dr. Quijano was unable to provide such
testimony without neuropsychological testing to determine whether Mr. Broxton
is suffering from brain injury associated with his crack cocaine abuse.

In his closing recross-examination of Dr. Quijano, the District Attorney, Mr. Hawkins,
was able to establish that Issue #2 does not address a danger to society as it relates
to society or prison.  Mr. Hawkins clearly establishes affirmatively to the second
special issue when in response to questioning, Dr. Quijano testifies that the special
issue concerning future dangerousness in society is "yes."  (See Page 326, Line 21.)

In summary, Dr. Quijano's testimony in the subsequent hearing was erroneous,
and the lawyers selecting Dr. Quijano in view of his previous testimony in
the 1993 hearing was compounded by their designation of him as an expert
in the 2003 hearing.

C.  **Testimony of Larry Fitzgerald, Ph.D., in the Punishment Hearing on
    November 13, 2003 before the Honorable Judge Michael T. McSpadden,
    Presiding Judge, in the District Court of Harris County, Texas,
    209th Judicial District; Pages 171-219.**

Mr. Fitzgerald's testimony is consistent with the information that Dr. Dickerson

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 16

provided in the previous hearing and is also consistent with the fact that Mr. Broxton
is not exhibiting any significant symptoms suggestive of an Antisocial Personality
Disorder.

**D. Testimony of Mr. Eugene Alan Broxton in the Punishment Hearing on
November 13, 2003, before the Honorable Judge Michael T. McSpadden,
Presiding Judge, in the District Court of Harris County, Texas,
209th Judicial District; Pages 242-297.**

Upon my review of the testimony of Mr. Broxton, I do find that he did provide
significant information concerning the effect of his significant abuse of crack cocaine
and its effect on his memory functioning. He does report lapses in his memory.
While I am fully aware that he has no recollection and denies committing any of the
homicides in this matter, there is a possibility he has no memory for any of the events.
It is to be noted that it is medically possible that Mr. Broxton could have been involved
in some activity involving the commission of the alleged offenses and experienced
no memory for the events as a result of both his cocaine intoxication and its effect on
his sustained brain injury from his significant abuse of crack cocaine. In view of the
fact that he denies committing the alleged offenses, it is still my forensic psychiatric
opinion that Dr. Quijano should most certainly have recommended neuropsychological
testing for the Defendant, which could have revealed brain injury that may have been
mitigating in his punishment hearing. The fact that his attorneys selected a previous
State expert on future dangerousness who had previously testified that Mr. Broxton
had no mental disorder obviously prohibited his legal counsels from utilizing
a forensic psychologist as an expert in mitigating his future dangerousness
and in mitigating whether he experienced a psychiatric disorder.

**E. Review of Closing Argument by Defense Counsel and State's Attorney
in the Punishment Hearing on November 14, 2003, before the
Honorable Judge Michael T. McSpadden, Presiding Judge, in the
District Court of Harris County, Texas, 209th Judicial District.**

Upon review of the closing argument by the Defense in this matter, it is to be noted
that Mr. Cornelius did remind the jury in his closing argument that Dr. Quijano
did not examine his client prior to his previous testimony in the prior hearing
when he was called by the State to testify as to Mr. Broxton's future dangerousness.
Further, Mr. Cornelius also testified, based upon Dr. Quijano's testimony, that
his client had an Antisocial Personality Disorder. As I have previously noted in
this report, Dr. Quijano's original diagnosis of Antisocial Personality Disorder in
the 1993 hearing was unethical in view of the fact that he did not examine Mr. Broxton
before rendering such testimony. I have previously noted in my report the fact that
Dr. Quijano's testimony concerning no need for psychological or neuropsychological
testing was erroneous, and this issue was not addressed by his counsel in closing
arguments.

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 17

Upon review of the closing arguments by the prosecution in this matter, it is to be noted that the prosecution does clearly establish on Pages 43 and 44 that Dr. Quijano's testimony was most certainly utilized as to the Defendant's future dangerousness in the 2003 hearing.

VII.        FORENSIC FINDINGS

- Based upon my review of the testimony of Walter Quijano, Ph.D., during the hearing convened on May 5, 1992, it is my opinion that his attorneys did not take into consideration the scope of Dr. Quijano's previous testimony and the significant limitation of his previous testimony when he testified for the State in the original 1992 hearing.

- It is my expert opinion that the defense attorneys did not have a sufficient dialogue with Dr. Quijano before the hearing on November 13, 2003, in order to ensure that he was able to take into account enough information to render a medical opinion regarding Mr. Broxton's mental health at the time of the commission of the alleged offense and his mental health that might be mitigating for the punishment hearing in his original testimony in 1992 and his subsequent testimony on November 13, 2003. It is clear that Dr. Quijano continued to maintain that Mr. Broxton had no mental disorder in the hearing on November 2003, which was consistent with his previous testimony in 1992. Obviously, simple questioning of Dr. Quijano concerning his opinions would have certainly alerted the defense attorneys that his testimony would not be helpful as to the questions relating to Mr. Broxton's mental disorder, which could have been mitigating for his punishment hearing.

- Given the nature and scope of Dr. Quijano's original testimony and his subsequent testimony in the hearing in November 2003, it is my forensic opinion that Dr. Quijano was unable to render an opinion concerning future dangerousness in a prison society rather than the more global society. The examining attorney for the State was able to utilize the defense's own expert to answer affirmatively as to Issue #2 regarding future dangerousness. This was obviously compounded by the fact that Dr. Quijano also stated that the Defendant had no mental disorder.

- Based upon my experiences as a forensic psychiatrist in both California and Texas, it is my opinion that it would be highly unlikely, under any circumstances, for a defense attorney to call a mental health expert on future dangerousness who is going to testify that the patient is a future danger, as he did in this case. As I previously discussed in this report, this opinion is compounded by the fact that both attorneys were fully aware that Dr. Quijano had testified previously that their client had no mental disorder.

- As I have previously discussed in this report, it is my opinion that

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 18

Dr. Quijano's testimony in the hearing in May 1992 was not credible in view of the fact that he did not interview or evaluate the Defendant, and he ignored the information in the psychiatric records, according to Dr. Dickerson's testimony, concerning the Defendant's prior psychiatric diagnoses and treatment. Further, his testimony in the 2003 hearing, as well as the 1992 hearing, as to Antisocial Personality Disorder is inconsistent with the other defense experts who were retained in both hearings.

- It is my opinion that Dr. Dickerson's testimony did appear to provide significant information concerning Mr. Broxton's prior psychiatric problems, which could have been mitigating in his punishment hearing. Unfortunately, Dr. Quijano's testimony in the 1992 hearing was not helpful in view of his statements that the Defendant did not have a mental disorder and did experience an Antisocial Personality Disorder without the benefit of a psychological evaluation or psychological and/or neuropsychological testing in 1992.

- It is my psychiatric opinion that both attorneys in this matter utilized very questionable methodology in selecting Dr. Quijano as their forensic expert as to dangerousness in the second trial in view of his previous testimony as to both future dangerousness and the absence of any psychiatric disorder in their client.

## XVI. RECOMMENDATIONS

As I previously discussed in this report, it is my recommendation that Mr. Rosenberg request sufficient funding from Judge Gilmore in order to provide an opportunity for Mr. Broxton to undergo a General Diagnostic Battery and Neuropsychological Evaluation by a clinical neuropsychologist. I have discussed this matter with Larry Pollock, Ph.D., a clinical neuropsychologist who is the Director of the Project Reentry Head Injury Rehab Program in Houston, Texas. Dr. Pollock is a well-respected neuropsychologist, and he does agree with me that the Defendant most certainly meets indications for a General Diagnostic Battery and Neuropsychological Evaluation. He has advised me that he would be willing to travel to the prison facility that is incarcerating Mr. Broxton and undertake a General Diagnostic Battery and Neuropsychological Evaluation. In addition, I have discussed with Mr. Rosenberg that I would be open to undertaking a psychiatric evaluation of Mr. Broxton following completion of his neuropsychological testing.

FORENSIC PSYCHIATRIC CONSULTATION
EUGENE ALAN BROXTON
JANUARY 17, 2011
PAGE 19


Respectfully submitted,


A. David Axelrad, M.D.
Diplomate, American Board of Psychiatry & Neurology, Certificate No. 17308
Subspecialty Certification in Forensic Psychiatry, Certificate No. 22
Subspecialty Certification in Pain Medicine, Certificate No. 102
Distinguished Life Fellow, American Psychiatric Association

ADA:vlh/HRTS

# Allan David Axelrad, M.D.

# Resume

A. **David Axelrad, M.D.**

**4545 Bissonnet Street  #131**

**Bellaire, Texas 77401**

**Phone: (713) 523-5999**

**Facsimile: (713) 942-9626**

## SUMMARY OF QUALIFICATIONS

A. David Axelrad, M.D., attended Vanderbilt University from 1961 to 1965, graduating Vanderbilt University with a BA degree. Following graduation from Vanderbilt University, A. David Axelrad, M.D., attended the University of Houston Graduate School from 1965 to 1968. Dr. Axelrad graduated from the University of Houston Graduate School with an MS degree in biology/physiology (Thesis: Influence of Fasting and Alloxan Diabetes on the Active Transport of Monosaccharides by the Rat Intestine.) Dr. Axelrad attended The University of Texas Medical Branch at Galveston from 1966 to 1970.  Dr. Axelrad was elected into the Alpha Omega Alpha Honorary Medical Society in 1969.  Dr. Axelrad was awarded the MD degree - Magna Cum Laude - in 1970.

A. David Axelrad, M.D., undertook a straight medicine internship at the Sacramento Medical Center of the University of California, Davis, from 1970 to 1971.  Dr. Axelrad attended the University of California, Davis,

Department of Psychiatry from 1971 to 1974 and graduated from this residency program in 1974.

A. David Axelrad, M.D., was actively involved in state and national associations during the course of his house-staff training at the University of California, Davis. Dr. Axelrad served as the First Chair of the Interns and Residents Business Section of the American Medical Association from 1972 to 1973.

A. David Axelrad, M.D., also served as a member of the Council on House Staff Affairs of the American Medical Association from 1972 to 1974. During his service on the Council, Dr. Axelrad did chair a major conference of the American Medical Association - the 1973 AMA Coordinating Conference for House Staff - which led to significant changes that occurred in house-staff training as a result of the Conference's actions.

A. David Axelrad, M.D., also served as President of the Sacramento Association of Interns and Residents from 1972 to 1973 and as Chair of the Statewide Association of Interns and Residents for the University of California. Dr. Axelrad served in this capacity from 1973 until 1974.

A. David Axelrad, M.D., underwent psychoanalytic training at the Houston-Galveston Psychoanalytic Institute from 1996 to 2000. Dr. Axelrad graduated with a Certificate in Adult Psychoanalysis in September 2000.

A. David Axelrad, M.D., is a practicing psychiatrist who specializes in Adult Psychiatry, Neuropsychiatry, Pain Medicine, Psychoanalysis, and Forensic Psychiatry. Dr. Axelrad is Board-certified by the American Board of Psychiatry and Neurology in General Psychiatry (April 1978 - Certificate #17308); Forensic Psychiatry (Certificate #22), and Pain Medicine (Certificate #102).

During the course of his career, Dr. Axelrad practiced in all of the above specialties. In addition, Dr. Axelrad also served as Director of Neuropsychiatry for the Del Oro Rehabilitation Institute in Houston, Texas. During the course of his service as the Director of Neuropsychiatry, Dr. Axelrad was responsible for supervision of neuropsychiatric services in the Institute. During the course of this service, Dr. Axelrad did undertake numerous diagnostic evaluations and neuropsychiatric interventions of patients who suffered from neurological injury and traumatic brain injury and who were undergoing treatment in the Rehabilitation Institute. Dr. Axelrad has continued to undertake outpatient assessment and treatment of patients suffering neurological injury, who require neuropsychiatric interventions.

During the course of his pain medicine practice in California and Texas, Dr. Axelrad has provided services for patients who experience chronic pain. His pain medicine practice consists of diagnostic evaluations of patients who experience chronic pain. Following such evaluations, Dr. Axelrad will generally develop behavioral pain medicine interventions for the patients. During the course of his pain medicine practice in both California and Texas, Dr. Axelrad has directed multidisciplinary pain medicine teams who provide multidisciplinary interventions, including behavioral medicine interventions and physical medicine interventions. During his pain medicine practice in California, Dr. Axelrad developed a Pain Medicine Center in Sacramento, California, which did provide interdisciplinary interventions for patients who suffer chronic pain.

Following his move from California to Texas in 1983, Dr. Axelrad continued providing such multidisciplinary pain services for patients experiencing chronic pain syndromes. Dr. Axelrad has served as the Medical Director of several Hospital-Based Pain Medicine Centers during the course of his pain medicine practice in Houston, Texas. Further, Dr. Axelrad has also provided medical direction of Outpatient Pain Medicine Centers, providing pain management services to patients who suffer chronic pain syndromes.

A. David Axelrad, M.D., also served as a member of the Board of Directors of the National Pain Foundation from 1983 until 1990. During the course of service on this Board, Dr. Axelrad initially served as the Medical Director of the National Pain Foundation and was subsequently elected the Chair of the Board of Directors of the National Pain Foundation in 1985. This Foundation sponsored major statewide and national symposia on pain during the time of his service on the Board of Directors of the National Pain Foundation.

During his career, Dr. Axelrad has undertaken numerous assessments for alcohol and other chemical dependency. These assessments have also been a part of a drug abuse treatment program that Dr. Axelrad supervised and

monitored during his experiences as a director of pain medicine centers, both inpatient and outpatient centers. During the course of his career, Dr. Axelrad has also served as the Medical Consultant to the Center for Recovering Families, providing psychiatric consultation and interventions for patients undergoing chemical dependency and alcohol dependency interventions at the Center for Recovering Families in Houston, Texas.

A. David Axelrad, M.D., also served as the Medical Review Officer for the Continental Basketball Association. The scope of his duties as the Medical Review Officer for the Continental Basketball Association included diagnostic assessment interviews of professional basketball players who were employed by the various team owners in the Continental Basketball Association. His scope would include diagnostic assessments of athletes who demonstrated positive tests on drugs screens and other tests administered to the professional athletes playing basketball for the Continental Basketball Association. In addition, Dr. Axelrad would also interface with various drug treatment programs in referring such professional athletes to the programs for interventions required in the employment agreements between the professional basketball players and team owners in the Continental Basketball Association.

During his practice in Houston, Texas, Dr. Axelrad completed psychoanalytic training in adult psychoanalysis at the Houston-Galveston Psychoanalytic Institute. Dr. Axelrad has also been involved in ongoing training as a child psychoanalyst and is presently an advanced candidate in a child psychoanalytic training program at this institute.

In addition, Dr. Axelrad has provided hypnotherapy for patients who experience habit disorders, chronic medical problems, chronic pain disorders, and anxiety disorders. Dr. Axelrad has provided self-hypnosis training for such patients to facilitate their medical and psychiatric management. Dr. Axelrad is the Senior Author of Chapter 30.4 entitled *Hypnosis* in the *9th Edition of the Comprehensive Textbook of Psychiatry* edited by Benjamin Saddock, M.D.; Virginia Saddock, M.D.; and Pedro Ruiz, M.D., published in 2009 by Lippincott Williams & Wilkins.

The second author of this Chapter is Harold J. Wain, Ph.D., ABPH, Chief, Psychiatry Consultation Liaison Service of the Department of Psychiatry of the Walter Reed Army Medical Center, Washington, D.C., and Professor, Department of Psychiatry, Uniformed Services University of the Health Sciences, Bethesda, Maryland. The third author is Daniel Brown, Ph.D., ABPH, Associate Clinical Professor of Psychology, Harvard Medical School.

A. David Axelrad, M.D., has also specialized in the psychiatric management of patients who suffer from Posttraumatic Stress Disorders. During his military service at Walter Reed Army Medical Center and Ft. Ord, California, from 1974-1976, Dr. Axelrad provided medical direction and psychiatric treatment for military personnel suffering from Posttraumatic Stress Disorder as a result of injuries sustained during the Vietnam War.

Over the course of his career since 1976, Dr. Axelrad has continued to specialize in the treatment of Posttraumatic Stress Disorder. Dr. Axelrad has also directed programs involving the multidisciplinary treatment of patients suffering from Posttraumatic Stress Disorder.

Throughout his career, Dr. Axelrad has provided psychiatric management and psychotherapy for patients experiencing grief and bereavement following the death of family and close associates. Dr. Axelrad also served on multidisciplinary teams providing psychiatric interventions to terminally ill patients and their families at the University of California in Davis and Fort Ord, California.

A. David Axelrad, M.D., is currently serving as an Associate Professor of Psychiatry in the Menninger Department of Psychiatry and Behavioral Sciences at Baylor College of Medicine and as an Associate Professor of Psychiatry in the Department of Psychiatry and Behavioral Sciences at The University of Texas Medical School in Houston. Dr. Axelrad is a member of the faculty of the Houston-Galveston Psychoanalytic Institute. In addition, Dr. Axelrad also serves as an Adjunct Professor of Law at the University of Houston Law Center in Houston. Texas.

During the course of his career, Dr. Axelrad has been involved in several professional review organizations, which have established standards of practice for psychiatric services. In 1974, Dr. Axelrad was appointed to the National Steering Committee for Criteria Development for Professional Standards Review Organizations. Dr. Axelrad received this appointment from the American Medical Association and the Department of Health, Education, and Welfare of the federal government. During the 1970s and 1980s, Dr. Axelrad served as a special consultant for

professional standards and quality assurance to the American Psychiatric Association, the California Hospital Association, and the American Medical Association.

In addition to these responsibilities, Dr. Axelrad was also a member in the 1980s of the Diagnostic and Therapeutic Technology Assessment Board of the Council on Scientific Affairs of the American Medical Association. Further, Dr. Axelrad also served as a member of an Ad Hoc Advisory Board on Hypnosis for the Council on Scientific Affairs of the American Medical Association. This Ad Hoc Advisory Board did publish a major report on the role of hypnosis in forensic psychiatry in refreshing recollections of witnesses and victims of crime. This report was published in the *Journal of the American Medical Association.*

A. David Axelrad, M.D., was appointed by Governor Edmund G. Brown to the California State Board of Medical Quality Assurance, the medical licensing organization in California. During the course of his service on the California State Board of Medical Quality Assurance (currently the California Board of Medical Examiners), Dr. Axelrad served on the Division of Medical Quality, the disciplinary division of the medical board in California. Dr. Axelrad served as the Secretary of the Division of Medical Quality during the time of his service on the Board.

In addition, A. David Axelrad, M.D., along with Gene Feldman, M.D., President of the Division of Medical Quality, and Joe Cosentino, M.D., Chief Medical Consultant of the California Board, developed a diversion program for impaired physicians, which subsequently was approved by the legislature of the state of California.

Following the move of his practice to Houston, Texas, in 1983, Dr. Axelrad continued ongoing consultations for quality assurance and professional standards to several governmental entities and professional organizations. Dr. Axelrad served as the Chairman of the Professional Standards Committee of both the Houston Psychiatric Society and the Texas Society of Psychiatric Physicians, the district branch of the American Psychiatric Association in the State of Texas.

In 1992, Dr. Axelrad was appointed to the Quality Systems Oversight Program of the Texas Department of Mental Health and Mental Retardation. Dr. Axelrad continued to serve as a member of the external validation team of this quality systems oversight program of the Texas Department of Mental Health and Mental Retardation from 1992-2003.

The Quality Systems Oversight Program was a judicially mandated program that required the Texas Department of Mental Health and Mental Retardation to provide a quality systems oversight review of all of the treatment provided in State psychiatric hospitals and State schools. The Department continued this quality systems oversight program following resolution of the lawsuit, R.A.J. v. Jones, in the Federal District Court in Dallas, Texas.

In 1994, Governor Ann Richards appointed Dr. Axelrad to the Texas State Board of Medical Examiners where he served as a member of the District Quality Review Committee of the Texas State Medical Board. Dr. Axelrad served in this capacity on the Texas State Medical Board from 1994 until 2000. During the time of his service on the Texas State Medical Board, Dr. Axelrad served on numerous informal settlement conferences, representing the Texas State Medical Board, concerning disciplinary actions involving licensed physicians in Texas.

Since 1990, Dr. Axelrad has served as President and Chairman of the Board of Directors of The Texas Institute for Behavioral Medicine and Neuropsychiatry, a 501C non-profit institute dedicated to providing services in the fields of behavioral medicine and neuropsychiatry. Since 1993, the Institute has provided a program - The Free Clinic for Women - a program committed to alleviating the suffering and providing emotional and social support for women with breast cancer. For the past nine years, Dr. Axelrad has served as a group therapist for a continuing weekly therapeutic support group for women with stage IV breast cancer.

Over the course of his career, Dr. Axelrad has practiced forensic psychiatry. During his practice in California, Dr. Axelrad was appointed to numerous court panels to serve as a court-appointed expert in cases involving diminished mental capacity and criminal responsibility. Dr. Axelrad has continued his interest in these areas during the course of his forensic psychiatric practice in Texas. During his faculty appointment at the University of California, Davis, Dr. Axelrad served as Director of Forensic Psychiatry in the School of Medicine.

Following his move to Houston, Dr. Axelrad was appointed as an Adjunct Professor of Law at the University of Houston Law Center, where he has served on the faculty. Dr. Axelrad has provided courses in forensic medicine to third-year law students during the course of his educational activities at the University of Houston Law Center. In addition, Dr. Axelrad is currently a member of the Health Law and Policy Institute of the University of Houston Law Center.

In addition to his forensic activities in criminal law, Dr. Axelrad has also provided forensic psychiatric evaluations of patients who suffer personal injury with injuries involving either pain or psychiatric problems. Further, Dr. Axelrad has utilized his experiences as a neuropsychiatrist, specializing in the treatment of traumatic brain injury, to undertake forensic psychiatric assessments of patients who suffer traumatic brain injury and require forensic evaluations.

A. David Axelrad, M.D., currently serves as a member of the Forensic Psychiatry Committee, the Budget Committee, and the Executive Council of the Texas Society of Psychiatric Physicians. Dr. Axelrad has served this organization as President from 1999-2000. Dr. Axelrad currently serves as a representative of the Texas Society of Psychiatric Physicians to the Assembly of District Branches of the American Psychiatric Association. The Texas Society of Psychiatric Physicians has awarded him with its highest award, The Distinguished Service Award, in 2007.

A. David Axelrad, M.D., has served as the psychiatric consultant to the Board of Ethics of the Harris County Medical Society. Dr. Axelrad has also served as the Chair of the Ethics Committee of the Houston-Galveston Psychoanalytic Institute.

A. David Axelrad, M.D., presently serves as the Chairman of the Faculty Committee of the Houston-Galveston Psychoanalytic Institute, and Dr. Axelrad also serves as a member of the Board of Directors of the Houston-Galveston Psychoanalytic Institute.

One may refer to the resume of A. David Axelrad, M.D., for a full review of his professional experiences. (See Attachment A.)

## PERSONAL DATA

Name:  *Allan David Axelrad, M.D.*

## Date/Place of Birth May 25, 1943 in Houston, Harris County, Texas

Profession:  Psychiatrist

### CURRENT PROFESSIONAL TITLES AND RESPONSIBILITIES

*President and Medical Director, A. David Axelrad, M.D. & Associates, P.A.:* **A professional association (P.A.) which provides psychiatric, behavioral medicine, and pain medicine services.**

*President, Texas Institute for Behavioral Medicine and Neuropsychiatry, Inc.:* A 501-C nonprofit institute dedicated to medical research and training in the fields of behavioral medicine and neuropsychiatry. The Institute was founded and developed by faculty of The University of Texas Medical School at Houston (Departments of Neurobiology and Anatomy and Psychiatry) and the staff of the Center for Psychiatric Medicine, P.A. The HCA Center for Health Excellence provided a grant to implement the development of the Institute.

*President & Medical Director, Free Clinic for Women:* A program committed to alleviate suffering and provide emotional and social support to women with breast cancer.

*Member:* Professional Standards Committee, Texas Society of Psychiatric Physicians

*Member:* Government Affairs Committee, Texas Society of Psychiatric Physicians

*Member:* Forensic Psychiatry Committee, Texas Society of Psychiatric Physicians

*Past President:* Texas Society of Psychiatric Physicians (2000-2001)

*Member:* Political Action Task Force, Texas Society of Psychiatric Physicians (2000-Present)

*Representative:* Assembly of District Branches, American Psychiatric Association (2001-2010)

*Member:* Quality Systems Oversight Review Team for State Hospitals (required by RAJ vs Jones Settlement of March 1992) - Texas Department of Mental Health and Mental Retardation (1992-2003)

*Psychiatric Consultant:* Board of Ethics, Harris County Medical Society

*Chair:* Faculty Committee of the Houston-Galveston Psychoanalytic Institute

*Member:* Board of Directors, Houston-Galveston Psychoanalytic Institute


## CURRENT SCOPE OF PROFESSIONAL PRACTICE

*Psychiatric Services*

- Psychiatric assessment
- Neuropsychiatric assessment and services
- Marital and family therapy
- Consultation - liaison psychiatry
- Outpatient psychotherapy and utilization of psychotropic medications
- Inpatient psychiatry
- Psychotherapy


*Psychoanalysis*

- Adult psychoanalysis
- Advanced Candidate in child psychoanalysis - Houston-Galveston Psychoanalytic Institute

Behavioral Medicine Services

- Management of psychiatric complications associated with medical illness and neurological injury
- Cognitive therapy and rehabilitation
- Biofeedback training
- Hypnosis
- Contingency management and operant conditioning

### *Clinical Dependency and Recovery Services*

- Neuropsychiatric assessment and detoxification
- Cognitive therapy services

### *Pain Medicine Services*

- Psychiatric and chronic pain assessment of patient suffering from chronic pain
- Psychiatric treatment of chronic pain patients to include psychotherapy, cognitive therapy, operant conditioning (contingency management), family therapy, hypnosis, biofeedback, and the use of psychotropic medications and antidepressants as indicated
- Neuromodulation, electrical therapy, electro-acutherapy, and electrosleep
- Biofeedback training

### *Hypnotherapy*

- For patients experiencing various habit disorders - smoking, over-eating, etc.
- For patients experiencing psychological stress as a result of intrapsychic or interpersonal disorders
- For patients experiencing psychiatric/psychological problems secondary to medical disease or physical injury

### *Forensic Medicine*

- Forensic psychiatric evaluation
- Forensic pain medicine evaluation
- Forensic assessments for personal injury, disability, general competency, competency to stand trial, criminal responsibility, child custody and malpractice
- Forensic medical evaluations utilizing consulting medical and psychological assessments of physical and/or psychological injury - integration of interdisciplinary medical and psychological diagnostic assessment in cases of personal injury, disability, child custody and malpractice

## EDUCATIONAL AND PROFESSIONAL TRAINING

1961 - 1965  College  Vanderbilt University (B.A.)

1965 - 1968  Graduate School University of Houston (M.S.), Biology-Physiology

> Thesis:  "Influence of Fasting and Alloxan Diabetes on the
> Active Transport of Monosaccharides By the Rat Intestine"

1966 -1970  Medical School The University of Texas Medical Branch at

Galveston (M.D.) *Magna cum Laude*

1970 - 1971  Internship  Sacramento Medical Center, University of

California, Davis, Straight Medicine Internship

1971 - 1974  Residency  University of California, Davis - Department of

Psychiatry

1994 - 2000  Psychoanalytic Psychoanalysis, Houston-Galveston Psychoanalytic

Training (Adult) Institute - Graduated July 14, 2000

1996- Present  Psychoanalytic Psychoanalysis, Houston-Galveston Psychoanalytic

Training (Child) Institute

## LICENSURE


July 1970  #D6933  State of Texas (current)

July 1971  #C33454  State of California (current)

## CERTIFICATION

**April 1978  #17308  American Board of Psychiatry and Neurology**


October 1983  #136   American Board of Forensic Psychiatry

July 21, 1992   #5554   American Academy of Pain Management

December 1994 #22   American Board of Psychiatry and Neurology

Added Qualifications in Forensic Psychiatry

January 8, 1996 #6619   American College of Forensic Examiners

American Board of Psychiatry and Neurology

March 2003  #22    Subspecialty Certification in Forensic Psychiatry

September 2003 #102    Subspecialty Certification in Pain Medicine

## CURRENT ACADEMIC APPOINTMENTS

*Associate Clinical Professor of Psychiatry.* The University of Texas Health Science Center at Houston, School of Medicine, Houston, TX

*Associate Clinical Professor of Psychiatry.* Baylor College of Medicine, Houston, TX.

*Adjunct Assistant Clinical Professor of Psychiatry.* The University of Texas Health Science Center at Houston - Graduate School of Biomedical Sciences, Houston, TX

*Member of the Faculty.* The Houston-Galveston Psychoanalytic Institute, Houston, TX

*Adjunct Professor of Law,* The University of Houston Law Center, Houston, TX

PRIOR ACADEMIC APPOINTMENTS

*Assistant Clinical Professor,* University of California at Davis

## PRIOR APPOINTMENTS TO STATE REGULATORY AGENCIES

*Member,* California Board of Medical Examiners, (Formally- California Board of Medical Quality Assurance, Division of Medical Quality- Secretary Treasurer)

*Member,* Texas State Board of Medical Examiners, District Review Committee

PROFESSIONAL SOCIETIES

**Best Doctors in America    Texas Medical Association**

Alpha Omega Alpha Honorary Medical Society American Society of Clinical Hypnosis

Houston Psychiatric Society    International Society of Hypnosis

Texas Society of Psychiatric Physicians  American Academy of Psychiatry and Law

American Psychiatric Association - Fellowship American Academy of Pain Management

Houston Galveston Psychoanalytic Society American College of Forensic Examiners

American Psychoanalytic Association Harris County Medical Society

American Academy of Pain Medicine The American College of Psychiatrists

## PRINCIPAL PROFESSIONAL ACTIVITIES AND HONORS

1968. Graduated - Masters of Science degree - University of Houston Graduate School

1969 - 1970 Co-Director - National Student Research Forum, Student American Medical Association

1970 Graduated - Medical Degree--Magna cum Laude--The University of Texas Medical Branch at Galveston; Alpha Omega Alpha Honorary Medical Society; Mu Delta Honorary Medical Service Society

1970-1971 Intern - Straight Medicine - University of California, Davis - Sacramento Medical Center

1974. Resident - Psychiatry - University of California, Department of Psychiatry - School of Medicine

1971-1976 Emergency Physician (60-96 hrs/month) - Amador County Hospital, Jackson, CA; Marshall Hospital, Yuba City, CA; Sonoma Valley Hospital, Sonoma, CA; National General Hospital Salinas, CA

1973. President - Sacramento Association of Interns and Residents

1973. Chairman - AMA Interns and Residents Business Session

1972-1974 Member - AMA Council on House Staff Affairs

1973. Chairman - AMA Coordinating Conference for House Staff

1976. Member - Project Steering Committee for Criteria Development Project of Professional Standard Review Organizations - Appointed by the American Medical Association and

Department of Health Education and Welfare of the United States

1976. <u>Consultant, Quality Assurance</u> - American Medical Association for American Psychiatric Association; California Department of Consumer Affairs; California Hospital Association

1976. <u>Major, United States Army</u> - Staff Psychiatrist, Chief of Inpatient Service, Walter Reed Army Medical Center, Chief, Mental Hygiene Consultation Service, Fort Ord and 7th Infantry Division, Fort Ord, CA; President, Sanity Board, 5th Military Judicial District, 7th Infantry Division and Fort Ord, CA

1975. <u>Consultant Quality Assurance</u> - Department of Health, State of California, Transition Task Force (12/74-04/75) Appointed by Governor Jerry Brown (on leave - U. S. Army)

1982. <u>Private Practice of Psychiatry</u> - 1111 Howe Avenue, Suite 200, Sacramento, CA; Director, Mental Health Institute of Sacramento, 87 Scripps Drive, Suite 216, Sacramento, CA

1982. <u>Forensic Psychiatry</u> - Forensic Psychiatrist, Superior Court Panels of Sacramento County, El Dorado County, Placer County, Lassen County, Shasta County, Yolo County and Yuba County

1977. <u>Board Certified Psychiatry</u> - American Board of Psychiatry and Neurology (Psychiatry) #17308

1982. <u>Assistant Clinical Professor - Psychiatry</u> - School of Medicine - University of California, David, CA

1980. <u>Member, California State Board of Medical Quality Assurance Division of Medical Quality -</u> Appointed by Governor Edmund G. Brown in 01/78. Confirmed by California State Senate

Principal activities during tenure on State Medical Board:

Member - Task Force for Impairment of Physicians of the California State Board of Medical Quality Assurance

Legislative Coordinator - Division of Medical Quality, California State Board of Medical Quality Assurance

Member - The Professional Performance Pilot Project of the California State Board of Medical Quality Assurance

Secretary Treasurer - Division of Medical Quality, California State Board of Medical Quality Assurance

1981.  Chairman, Symposium on Psychiatry and the Law - Annual Meeting, American Psychiatric Association

1982.  Coordinator, Forensic Psychiatric Training - University of California, Davis, Department of Psychiatry

1982.  Chairperson, Educational Resources Commission - American Academy of Psychiatry and Law, Northern California Chapter

1982.  Medical Advisor - Head Trauma Support Project, Inc., Sacramento, CA

1982.  Outstanding Clinical Faculty Award - University of California, Davis, Department of Psychiatry, Residency Training Program

1992.  Member - National Pain Foundation, Board of Directors

1983.  Chairman - National Pain Foundation, Medical and Scientific Advisory Committee

1983.  Faculty Recognition Award - University of California, Davis, Department of Psychiatry (Award for Forensic and Hypnosis Seminar Series)

1983.   <u>Co-Director</u> - The Sacramento Symposium on Head Trauma Sponsored by the Head Trauma Support Project, Inc., The Easter Seal Society, and The University of California, Davis School of Medicine

1985.   <u>Director</u> - Pain and Fitness Center of Houston, TX

1984.   <u>Member, Ad Hoc Advisory Board</u> - Council on Scientific Affairs of the American Medical Association (Refreshing recollection by the use of hypnosis of witnesses and victims of crime)

1983-1990 <u>Member</u> - AMA Council on Scientific Affairs - Diagnostic and therapeutic Technology Assessment Board

1983.   <u>Board Certified (Forensic Psychiatry)</u> - American Board of Forensic Psychiatry (1983) #136

1984.   <u>Medical Director</u> - National Pain Foundation

1995.   <u>Assistant Clinical Professor Psychiatry</u> - The University of Texas Health Science Center at Houston, School of Medicine, Houston, TX

1983-1996 <u>Assistant Clinical Professor Psychiatry</u> - Baylor College of Medicine, Houston, TX

1983-Present <u>Adjunct Assistant Clinical Professor of Psychiatry</u> - The University of Texas Health Science Center at Houston - Graduate School of Biomedical Sciences, Houston, TX

1992.   <u>Chairman, Board of Directors</u> - National Pain Foundation, a charitable, nonprofit foundation (tax exempt) committed to the goals of professional education, public education and support of research concerning chronic pain

1991.   <u>Member</u> - Ethics Committee, Houston Psychiatric Society

1991.   <u>Member</u> - Quality Assurance Committee, Houston Psychiatric Society

1994.   <u>Associate Medical Director</u> - Del Oro Institute for Rehabilitation

1989-Present <u>President and Chief Executive Officer</u> - Institute for Chronic Pain and Stress Inc.

   1997.   <u>President and Medical Director</u> - Center for Psychiatric Medicine, P.A.

   1997.   <u>Director of Behavioral Medicine</u> - Texas Pain and Stress Center

1990-Present <u>President</u> - Texas Institute for Behavioral Medicine and Neuropsychiatry, Inc.

1990-1991 <u>Chairman</u> - Quality Assurance Committee, Houston Psychiatric Society

   1993.   <u>Chairman</u> - Ad Hoc Quality Assurance Liaison Committee Houston Psychiatric Society
          and Greater Houston Hospital Council - Psychiatric Forum

   1994.   <u>Councilor</u> - Houston Psychiatric Society

   1991.   <u>Chairman</u> - Quality Assurance Symposium of Houston Psychiatric Society and Greater
          Houston Hospital Council

   1993.   <u>Medical Review Officer</u> - Continental Basketball Association

          1992-Present <u>Member</u> - Government Affairs Committee, Texas Society of Psychiatric
          Physicians

          1992-Present <u>Member</u> - Professional Standards Committee, Texas Society of Psychiatric
          Physicians

   1993.   <u>Member</u> - Ad Hoc Liaison Committee, Texas Society of Psychiatric Physicians and
          Texas Hospital Association - Psychiatric Constituency Council

1992-Present <u>Member</u> - Quality Systems Oversight Review Team for State Hospitals - Texas Department of Mental Health and Mental Retardation

1992.   <u>Program Director</u> - Hospital Psychiatry Year 2000 - The University of Texas Medical School (12/04-5/92) at Houston, Department of Psychiatry and Houston Psychiatric Society

1993-1994 <u>Chairman</u> - Fellowship and Awards Committee, Houston Psychiatric Society

1998.   <u>Chairman</u> - Professional Standards Committee, Texas Society of Psychiatric Physicians

1993-Present <u>President, Medical Director</u> - Free Clinic for Women: "Living and Coping with Cancer," Texas Institute for Behavioral Medicine and Neuropsychiatry, Inc.

1993.   <u>Participant</u> - Texas Department of Mental Health and Mental Retardation - Revision of Informed Consent for Psychotropic Medications.

1993-1994 *Chairman,* Political Action Task Force, Texas Society of Psychiatric Physicians

2000-2001

1994-2000 <u>Member:</u> Texas State Board of Medical Examiners, District Review Committee for District 1, appointed and commissioned by the Honorable Governor Ann Richards - November 15, 1994, confirmed by Texas Senate, April 16, 1995.

1999.   <u>President and Medical Director</u> - Quest HealthCare, P.A.

1999.   <u>President</u> - Venture Health Management

1999.   <u>President-Elect</u> - Texas Society of Psychiatric Physicians

2000.   <u>President</u> - Texas Society of Psychiatric Physicians

2001.   <u>Immediate Past President</u> - Texas Society of Psychiatric Physicians

2001.   1993-1994 *Chairman,* Political Action Task Force, Texas Society of Psychiatric Physicians

2000-Present   <u>Representative to the Assembly of District Branches -</u> American Psychiatric Association, Texas Society of Psychiatric Physicians

     2006.   <u>Chairman of the Ethics Committee</u> - Houston-Galveston Psychoanalytic Institute

2007-2010 <u>Chairman</u> - Faculty Committee Houston-Galveston Psychoanalytic Institute

2007-2010 <u>Member</u> - Board of Directors, Houston-Galveston Psychoanalytic Institute

2007 Awarded Distinguished Service Award of Texas Society of Physicians

## LIST OF PUBLICATIONS

- "Fasting and Alloxan Diabetes Effects on Intestinal Transport on Monosaccharides" - Master Thesis, 1968, University of Houston Press

- "Consumerism in Medicine," 1977. Section of Report to Physicians National House Staff Association

- "Quality Assurance and State Responsibility, A Complicated Interface" - in progress

- "Comparison of Depot Fluphenazines - Duration of Action and Incidence of Side Effects" with Patrick Donlop, et al, 1974, Comprehensive Psychiatry, Vol. 17,p.369-376

- Above Abstracted, 1977, Psychiatric Digest

- "Current Trends in Treatment of Schizophrenia Study Project of the National Institute of Mental Health," 1975, Hospital Physician

- "Fasting and Alloxan Diabetes Effects on Intestinal Transport of Monosaccharides" with A. L. Lawrence and R. L. Hazelwood, 1970, American Journal of Physiology, Vol.19.,No.4

- "Sample Criteria for Short Stay Hospital Review Screening Criteria to Assist PSRO's in Quality Assurance" (P.O. 92-603) with Claude Wench, et al, 1976, AMA-HEW U. S. Government Printing Office, 739 pages

- "Scientific Status of Refreshing Recollection by the Use of Hypnosis" with Martin T. Orne, M.D., et a., 1985, JAMA V.253, No.13. p.1918-1923

- "Introduction to Proceedings of Chronic Pain Symposium," 1990, Houston Medicine, V.6, No.2

- "Introduction to Proceedings of Chronic Pain Symposium," 1990, Houston Medicine, V.6, No. 3

- "The Role of Hypnosis in Multiple Convergent Management of Chronic Pain," 1990, Houston Medicine, V.6, No.3

- "Chapter 11 - Quality System Oversight" in State Hospital Reform - Why Was It So Hard to Accomplish?, 1998, Carolina Academic Press, David B. Pharis, Editor

- "Chapter 30.4 - Hypnosis" - David Axelrad, M.D., Daniel Brown, Ph.D., ABPH, and Harold J. Wain, Ph.D., ABPH, in 9th Edition of the Comprehensive Textbook of Psychiatry, 2009, Lippincott Williams & Wilkins, Benjamin Saddock, M.D., Virginia Saddock, M.D., and Pedro Ruiz, M.D., Editors

## MAJOR PRESENTATIONS

1974  Medical Education Conference, University of Michigan, School of Medicine

Paper - <u>The Intern and Resident Emerging Responsibility for Medical Care and Medical Education</u>

1974  Annual Meeting, Protestant Hospital Association

Paper - <u>The Intern and Resident in the 80's</u>

1980  Annual Meeting, Kaiser Hospital - Oakland, California

Paper - <u>DSM-III and Forensic Psychiatry</u>

1981  Annual Meeting, American Psychiatric Association

Paper - <u>Madness and Justice in California</u>

1981.  Annual Meeting, The American Academy of Psychiatry and the Law

1981.  Annual Meeting, The American Academy of Psychiatry and the Law

Paper - <u>Chemical Toxicity, Posttraumatic Stress Disorder and Personal Injury Litigation</u>

Paper - <u>Mens Rea and Neuro-Psychology: Forensic Psychiatric Reasoning</u>

1982.  Paper - <u>Richard Trenton Chase and Dan White: Dissolution of Diminished Capacity in California</u>

1982 The Sacramento Symposium on Head Trauma - Easter Seals Society for Crippled Children and Adults Head Trauma Support Project, Inc., University of California, Davis School of Medicine Paper - <u>Psychiatric Dysfunction: Organic or Functional Disease - A Psychiatric and Forensic Psychiatric Perspective</u>

Paper - <u>The Survivor's Syndrome and the Head Injured Patient</u>

1987.  Chronic Pain and the Primary Physician -1st Annual Scientific Meeting on the National Pain Foundation

Paper - <u>The Role of Hypnosis in Multiple Convergent Pain Management in Chronic Pain</u>

1988.  Chronic Pain and the Primary Physician-2nd Annual Scientific Meeting of the National Pain Foundation

Paper - <u>The Role of Hypnosis in Multiple Convergent Pain Management in Chronic Pain</u>

1989.  Behavioral Medicine Seminar Series - The Texas Pain and Stress Center -  Upjohn
Symposium, "Chronic Pain Management"

1990.  Chronic Pain and the Primary Physician - 3rd Annual Scientific Meeting of the National
Pain Foundation

Paper -  The Role of Hypnosis in Multiple Convergent Pain Management in
Chronic Pain

1989  Biofeedback Society of Houston

"Multiple Convergent Chronic Pain Management"

1989  Nursing Teaching Conference, HCA Medical Center Hospital

"Chronic Pain Management"

1989.  Dupont Corporation

"Stress in Business"

1989  Shell Oil Company

"Stress Management for Administrative Staff"

1989  Exxon Corporation

"Stress Management: The Next Generation"

1989  HCA Center for Health Excellence

"Self-Hypnosis in Treatment of Stress"

1990.  OB/GYN Associated Nurse Training

"Stress Management for Health Care Professionals"

1991.  River Oaks Rotary Club

"Stress Management"

1990  Lions District Convention

"Stress Management

1990  Dow Chemical Company

"Stress and Chronic Pain"

1990  Nursing Teaching Conference - HCA Woman's Hospital of Texas

        "Hypnosis in Medicine"

1990  Fifth Annual Senior Expo

        "Managing Chronic Pain and Stress"

1990  Upjohn Symposium

        Discussion of Paper - <u>Medicine, Media and Malpractice</u>, by Dr. John

        Walker

    1992.  Quality Assurance Symposium of Houston Psychiatric Society and Greater

        Houston Council

        Chairman's Address - "Implication of Quality Assurance in Psychiatric

        Care"

    1991.  Villa Rosa Hospital, San Antonio, Texas

        Lecture - "Multiple Convergent Pain Management in the Treatment of

    Chronic Pain Patients"

    1993.  Fifth Annual Southwest Head Injury Symposium

        "Role of Multiple Convergent Pain Management in the Treatment of Chronic Pain
        Associated with Closed Head Injury"

1992  The Woman's Hospital of Texas - Medical Grand Rounds

        Lecture - "Treating Anxiety and Depression in Pregnancy and Postpartum"

1992  The Woman's Hospital of Texas - Mid Life Plus Group

        Lecture - "Living with Chronic Pain"

1992  Baylor College of Medicine

        Lecture - "Multiple Convergent Pain Management in the Treatment of

        Chronic Pain Patients"

1992  International Hypnosis Society - International Congress on Hypnosis - Jerusalem,

    Israel

Lecture - "The Role of Hypnosis in Multiple Convergent Pain Management of Chronic Pain Patients"

1992 Hospital Psychiatry Year 2000

Lecture - "The Development of Professional Standards in Psychiatric

Hospitals"

"Challenge and Opportunity for Organized Psychiatry and The

Hospital Medical Staff"

1994. HCA Center for Health Excellence

Lecture - "Behavioral Medicine and Chronic Pain"

1994 HCA Medical Center Hospital and the Texas Pain and Stress Center

Workshop - "Chronic Pain: What is it and How is it Treated?"

1994 American Cancer Society, Reach to Recovery Seminar, Houston, TX

"Behavioral Treatment for Pain Management"

1994 UTHSC, Department of Anesthesiology, Houston, TX

"Behavioral Treatment for Pain Management"

1994 National Alliance for the Mentally Ill (NAMI), Washington, D.C.

Presenter "Working Together for Change, A system for Real

Hospital Improvement"

1994 TPA Annual Convention, Houston, TX

Forensic Assessment: An Example with Industrial Accident Victims with PTSD"

1994 Interstitial Cystitis Association, Houston, TX

"Multiple Convergent Management of Chronic Pain"

1994 American Psychiatric Association 46th Institute on Hospital and Community

Psychiatry Coordinator and Presenter - "Continuous Quality Improvement

In Psychiatry"

1994.  National Student Research Forum, Student American Medical Association, Co-

1995.  Congress on Medical Education - American Medical Association, Federation of State
Medical Boards

> Paper - <u>The Intern and Response to the Goals and Priorities Report of the National
> Board of Medical Examiners</u>

1995  UTHSC - P.

> 1995 The Art of Healing Body, Mind and Senses, Houston Gulf Coast TAPAN - District
> One - "Healing Options for Chronic Pain"
>
> 1995 Radio Talk Show - KPRC, Houston, TX
>
> "Organizing Your Life - Death, Taxes and Emotions"
>
> 1995 128th Annual Session TMA, Dallas, TX
>
> "Unconventional Treatment of Chronic Pain: Hypnosis for Treatment
>
> of Chronic Pain"
>
> 1995 The University of Texas Medical School, Houston, TX
>
> "Hilltop Rapist"

1995  Texas Department of Mental Health and Mental Retardation, Austin, TX

> "Continuous Quality Improvement of Hospital Psychiatry"

1996.  GY II Residents, Houston, TX

> "Multiple Convergent Management of Chronic Pain"

1997  Texas Medical Association Workshop, Houston, TX

> Lecture "Psychiatry and Chronic Pain"

1998  Channel 11 TV

> Presentation series on "Chronic Pain"
>
> 1998 "Risk Management in Psychiatry" - Com Net Audio Telecommunication
>
> Network of the Texas Department of Mental Health and Retardation

1998 Member of Faculty, National Institute for Trial Advocacy - Habeas Institute:

Representing Death - Sentenced Clients in Post Conviction Proceedings"

1999. Austin Psychiatric Society

"Risk Management in Psychiatry"

2000. Greater Houston Area Chapter of the American Association for Medical

Transcription "Forensic Psychiatry"

# ATTORNEY LIST

Abraham, Watkins, Nichols, Sorrels, Agosto & Friend

800 Commerce St., 2nd Floor

Houston, TX 77002

Attorney: Walter Kronzer II

Attorney: Johnny Garza

Law Offices of Sam Adamo

3200 Travis, 4th Floor

Houston, TX 77006

Attorney: Sam Adamo

Jim S. Adler and Associates

1900 West Loop South, 20th floor

Houston, Texas 77027

Atty: Mitchell Ginsburg

Adley & Barnes

2 Riverway, Suite 1750

Houston, TX 77056

Attorney: Mr. Ken Adley

Ahmad & Zavitsanos

1221 McKinney, Suite 3460

Houston, TX 77010

Attorney: John Zavitsanos

Ajamie LLP

Pennzoil Place-South Tower

711 Louisiana St., Suite 2150

Houston Texas 77002

Attorney: Mark Strawn

Phone: 713-860-1600

Tom Alexander

600 Travis, Suite 4700

Houston, TX  77002

Robert  Ammons

3700 Montrose

Houston, TX 77006

Telephone: 713-523-1606


Andrews Kurth

600 Travis, Suite 4200

Houston, Texas 77002

Attorney A. Ross Rommel,Jr.

Arnold & Itkin

5 Houston Center

1401 McKinney, Suite 2250

Houston, TX  77010

Attorney:  Jason Itkin

Attorney: Kurt Arnold

Phone: 713-222-3800

Mr. Eric Ashford Attorney at Law

P.O. Box 772512

Houston, TX 77215-2512

Phone: 713-266-7524

Austin & Associates

515 North Sam Houston Parkway

East Unit COIN
Houston, TX 77060

Ballard & Simmons, LLP

701 Brazos, Ste. 900

Austin, Texas  78701

Attorney: Dan Ballard

Baybrook Medical Services

1320 South Valley Vista Drive

Diamond Bar, California 91765

Beirne Maynard & Parsons

1300 Post Oak Blvd.

Houston, TX 77056

Phone:  713-623-0887

Attorney:  Martin Beirne

Attorney: David Gamble

Attorney: Ben Escobar

Benckenstein, Norvell, & Nathan LLP

550 Fannin, Suite 200

Beaumont, TX 77701

PO BOX 551

Beaumont, TX 77704

(409)(833-4309)

Attorney: Collin D. Cobb

Benge and Sheilds, LLP

21 Waterway Avenue, Suite 300

The Woodlands, Texas  777380

Phone: 281-362-7571

Attorney: Judith Shields

Bennett, Krenek & Hilder

1 Houston Center

1221 McKinney Suite 1050

Houston, TX  77010

Attorney: Philip Hilder

Berg & Androphy

3700 Travis

Houston, TX  77002

Attorneys: Wade Howard, Elizabeth Klein

Micheal Best & Friedrich

100 East Wisconsin Ave

Milwaukee, Wisconsin 53202

Attorney: Miriam Fleming

Best Koeppel

(New Orleans Branch)

2030 St. Charles Avenue

New Orleans, Louisiana 70130

Phone: 504-598-1000

Attorney: Larry Best

Best Koeppel (Houston Branch)

4801 Woodway Dr.

Suite 300 East

Houston, TX 77056

Bickham Law Firm

3120 Southwest Freeway, Suite 650

Houston, Texas  77098

Atty: Tom Bickham

Atty: David Bickham

Bracewell & Patterson (Houston Branch)

2900 South Tower Pennzoil Place

Houston, TX 77002

Phone: 713-223-2900

Attorney:  Marcy Kurtz

Bracewell & Patterson   (Dallas Branch)

500 N. Akard St. Suite 4000

Dallas, TX 75201-4010

Phone:  214-740-4000

Attorney: Jim Flegle

Braden, Varner & Aldous, P.C.

703 McKinney Avenue

Suite 400

Dallas, TX 75202

Attorney: Steven Aldous

Victor F. Branch Law Office

440 Louisiana, Suite 2050

John O. Brentin & Associates

3700 Buffalo Speedway, Suite 560

Houston, TX 77098

Attorney: Ms. Julie Joffrion

Terry Bryant,

8584 Katy Freeway, Suite 100

Houston, TX

Burd & Associates

3040 Post Oak Blvd., Suite 450

Houston, TX 77056

Attorney: Ms. Dominique Boussac

Burnsen, Jamail, Hartley & Goodson

Po Box 4915

Beaumont, TX  77704

Attorney: George Jamail

David A Busby

201 N President St

Jackson, MS 39201


Buswald, Funk & Zevely

226 Main Street

PO Box 6910

Florence, KY 41022-6910

Attorney: Jay Vaughn

Butler & Harris

1007 Heights Blvd.

Houston, TX  77008

Attorney: Kathy Butler

California Appellate Project

One Ecker Place Suite 400

San Francisco CA  94105

Attorney: Scharlette Holdman

Michael Callahan

3120 Southwest Freeway

Suite 650

Houston, TX  77098

Brann Law Firm

7660 Woodway, Suite 390

Houston, TX 77002

Attorney: Mr. Victor Branch

Wilburn Cameron

PO Box 8036

Houston, TX 77288

Ron Campana

6363 Woodway

Suite 725

Houston, TX 77057

Carrigan, Lapin, Landa & Wilde LLP

1200 Smith Street Suite 1250

Houston, TX 77002-2909

Attorneys Carlton D.Wilde,Jr.,John Landa,Jr

Clark, Burnett, LLP

440 Louisiana (Lyric Center)

16th Floor Suite 1600

Houston, TX 77002

Attorney: Ms. Shelly Van Natter Huston


George Chandler

P.O. Box 340

Lufkin, TX 75902-0340

Paul D. Clote

4 Houston Center

1221 Lamar St. Suite 1090

Houston, TX 77010

Coats & Rose

3 East Greenway Plaza, Suite 2000

Houston, TX 77046

Attorney: Mr. Jerry M. Young

Cochran & Cochran

777 Walker Street, Suite 2500

Houston, TX 77002

Attorney: Les Cochran

Conner & Lindamood, P.C.

Four Houston Center

1221 Lamar, Suite 1010

Houston, TX 77063

Tracey Conwell

518 E. 9th St.

Houston, TX 77007

Russell Cook, Jr.

1221 McKinney, Suite 3425

Houston, Texas 77010

713-650-1221

The Law Office of Duane T. Corley, PC

208 West Davis

Conroe, Texas 77301

Attorney: Duane T. Corley

The Cornwell Law Firm

850 Park St., Suite 101

Beaumont, TX 77701

(409)(833-1889)

Attorney: Gary Cornwell

Dorian Cotlar

808 Travis, Suite 1101

Houston, Texas 77002

Lee D. Cox

201 South Eleventh Street

Richmond, Texas  77469

Crain, Caton & James, PC

Five Houston Center, 17th Floor

1401 McKinney, Suite 1700

Houston, TX 77010

Attorney: George Lederer, Jr.

Gene F. Creely

1331 Lamar

4 Houston Center, Suite 1080

Houston, TX  77001

Marcia Davidoff

Ft. Bend County

509 South 5th Street
Richmond, TX 77469

Davis & Davis

9442 Capital of Texas Highway

Austin, TX 78759

Attorney: Mr. Scott Tatum

Daw & Ray, LLP

5718 Westheimer, Suite 1750

Houston, Texas  77057

Attorney: James L. Ray

Tyler and Das

2000 Bering Dr # 370

Houston, TX 77057

(713) 739-1900

Attorney: Micky N Das

The Debes Law Firm

3D/International Tower

1900 W. Loop South, Suite 1910

Houston, TX 77027

Attorney: Robert Debes

Marci Davidoff

509 S. Fifth Street

Richmond, TX 77469


Dewitt Law Firm

235 West Sealy Street

Alvin, TX 77511

Stephen Doggett

1000 Austin #C

Richmond, TX 77469

Domengeaux, Wright, Roy & Edwards

556 Jefferson Street

Jefferson Towers, Suite 500

Post Office Box 3668

Lafayette, Louisiana 70502

Attorney: Brian Colomb

Doyle, Restrepo, Harvin & Robbins

600 Travis

Suite 4700

Houston, TX 77002

Attorney: James Doyle

Doyle & Raizner LLP

One Houston Center

1221 McKinney, Suite 4100

Houston, TX 77010

Telephone: 713-228-5100

Attorney: Mike Doyle

Jim Drexler

440 Louisiana St., Ste 200

Houston, Texas 77002

713-223-4900

Ben Dyer

910 Travis, Suite 1700
Houston, TX 77002

Edison, McDowell & Hetherington, LLP

Phoenix Tower

3200 Southwest Freeway

Suite 2920

Houston, Texas  77027

Attorney: Bradley J. Aiken

Elliott and Pederson

City Place Building

Twenty Second Floor

204 North Robinson Avenue

Oklahoma City, Oklahoma 73102

Attorney: Ken Elliot

Telephone: 405-236-3600

Espstein,Becker, Green, Wickcliff, & Hall

1000 Louisiana, Suite 5400

Houston, Texas 77002

Attorney: Greta Ravitsky

Ron Etzel

4620 Fairmont Parkway #202

Pasadena Texas 77506

John Ezell

3730 Kirby Dr.

Houston, TX 77098

Farrar & Ball, LLP

1010 Lamar, Suite 1600

Houston, Texas 77002

Jerome Farrer

1216 N. Velasco

Angleton, TX 77515

Dan Fay

5 Greenway Plaza

Suite 1450

Houston, Texas 77046

Federal Defender's Office

Attn: Julie

801 I Street 3rd Floor

Sacramento, CA 95814

Telephone: 916-498-5700

Fibich, Hampton & Leebron LLP

1401 McKinney, Suite 1800

Five Houston Center

Houston, TX 77010

Attorney: Ms. Sara Fendia

Phone: 713-751-0025


G. Scott Fiddler

9601 Jones Rd., Suite 250

Houston, TX 77065

Telephone: 281-897-0070

Fielding, Parker & Hallmon, LLP

Western Union Bldg., Suite 300

314 Main St.

Fort Worth, TX 76102-7423

Attorney: David Fielding

Filteau & Sullivan, PC

1111 Bagby 15th Floor

Houston, TX 77008

Phone: 713-236-1400

Attorneys:  John A. Sullivan III

David Grant

Fisher, Boyd, Brown, Boudreaux and Huguenard, LLP

2777 Allen Parkway, 14th Floor

Houston, TX 77019

Fisher, Gallagher, & Lewis LLP

2905 Fackett

Houston, TX 77098

Attorneys: Craig Lewis, Bill Robins III

Telephone: 713-222-8080

Fort Bend County

301 Jackson Street

268th Judicial District Court

240th Judicial District Court

400th Judicial District Court

434th Judicial District Court

Richmond, TX 77469

Franklin, Cardwell & Jones PC

1001 McKinney, Suite 18

Houston, TX 77002

Attorneys: A. Scott Alford,

Suzanne Cardwell

Fulbright & Jaworski LLP

Fulbright Tower

1301 McKinney, Suite 5100

Houston, TX 77010

(713)(523-5999)

Galloway, Johnson, Tompkins,

Burr, & Smith

3555 Timmons St.

Houston, TX 77027

Gardere, Wynne & Sewell LLP

600 Congress Ave., Suite 3000

Austin, TX 78701

Attorney: Mr. Carl Richie

The Garth Law Firm

1330 Heights Blvd.

Houston, TX 77008

Attorney: Mr. S. Tanner Garth

Georjian & McCabe

510 Sausome St. #212

San Francisco, California

Attorney: Wayne Fisher

Germer Gertz LLP

550 Fannin Street , Suite 400

Beaumont, TX 77701

Attorney: Jerry W. Fancher, Jr.

(409)(654-6700)

Steven John Gilbert

403 S. 5th St.

Richmond, Texas 77469

(281)342-4116

Gillespie, Rozen, Watsky, & Jones, P.C.

3402 Oak Grove Avenue

Suite 200

Dallas, Texas  75204

Telephone: 214-720-2009

Fax: 214-720-2291

Attorney:  Joseph H.Gillespie

Glickman & Hughes LLP

3800 Two Houston Center

909 Fannin

Houston, TX 77010

Attorney: Kenneth D. Hughes


Randolph V. Gonzalez

Attorney at Law

2715 San Pedro Avenue

San Antonio, TX 78212

Gordon, Elias, & Seely, LLP

1811 Bering Drive, Suite 300

Houston, Texas  77057

Atty: Steve Gordon

Atty: Todd Elias

Phone: 713-668-9999

Fisher, Gallagher & Lewis LLP

2905 Fackett

Houston, TX 77098

Attorney: Mr. Craig Lewis

Goorgian & McCabe

500 Sansome Street, Suite 212

San Francisco, CA 94111

Attorney: Ms. Neoma Kenwood

Griggs, Strasburger & Price

1401 McKinney

Suite 2200

Houston, TX 77010

Attorney: W. Garney Griggs

Grossman & Cohn LLP

1001 Mc Kinney, Suite 1400

Houston, TX 77002

Attorney: Scott Sheiness

Margo Grubbs

327 W. Pike St.

Convington, KY 41011

Guerra & Moore

4201 N. McColl

McAllen, TX 78504

Gwinett County Department of Law

75 Langley

Lawrenceville, Georgia 30045

Attorney: Melinda Wells


Hagans & Associates

3200 Travis, 4th Floor

Houston, TX 77006

Phone: 713-222-2700

Attorneys: Fred Hagans

David Hammit

103 W Main St

Normangee, TX

Handlin & Associates

2777 Allen Parkway, Suite 370

Houston, TX 77019

Attorney: Amy Loose-Mitchell

Hansen & Bax

2211 Norfolk, Suite 610

Houston, TX 77098

Attorney: R.K. Hansen

Mr. Gerri Hardaway

2800 Post Oak Blvd.

61st Floor

Houston, TX 77056

Rusty Hardin and Associates. PC

1401 McKinney, Suite 2250

Houston, Texas  77010

Attorney: Derek Hollingsworth

The Harris Firm

PO Box 2728

Austin, TX  78768

Attorney: Stephen Harris

Havins and Associates

1001 McKinney Suite 500

Houston, TX

Attorney: John Havins

Hayne, Alexander and Spalding

600 Travis Suite 3850

Houston, TX 77002

Attorney: Paula Berlund

Hays, McConn, Price and Pickering

400 Two Allen Center

1200 Smith St.

Houston, TX 77002

Attorneys:  Bruce Gaible, Steve Duble,

Todd Litton

Heard, Robins, Cloud & Assoc

500 Dallas Street Suite 3100

Houston, TX  77002

Don Hecker

PO Box 681

Stafford, TX 77497-0681

Phone: (281) 344-9955

(713)(988-5260)

Helixon & Woods

600 Travis, Suite 6200

Houston, TX 77002

Attorney: Will Helixon

Helms, Pletcher, Bowen & Saunders LLP

2929 Allen Parkway

Houston, TX 77019

Attorney: John Tavormina

Hilder & Associates, PC

819 Lovett Blvd.

Houston, TX 77006

Reginald Hirsch

1980 Post Oak Blvd., Suite 1780

Houston, TX 77056

Hirsch & Westheimer

700 Louisiana, Suite 2550

Houston, TX 77002

Attorney: Mr. Scott Newar

Hopkins, Crow & Little

118 W. Pauline

Conroe, TX 77301

Derek Howard

100 Congress, Suite 1720

Austin, TX 78701

Hunt, Hermansen, McKibben & Barger, LLP

1100 First City Tower II

555 North Carancahua

Corpus Christi, TX 78478

Attorney: Daryl Barger

Jamail & Kolius

500 Dallas Street, Suite 3434

Houston, TX  77002

Jenkins & Kamim, L.L.P.

Two Greenway Plaza, Suite 600

Houston, Texas 77046

Attorney: John "Bo" Nichols, Jr.

Phone: 713-600-5500

Jones, Granger, Tramuto & Halstead

P.O. Box 4340

Houston, Texas  77210

Atty: Marc Zito

Phone: 713-683-1216

Kacal, Adams & Law PC

One Riverway, Suite 1200

Houston, TX 77056

Attorney: Richard M. Law

Attorney: Michael C. Feehan

Kettleman, Thomas & Ramirez

& Gonzalez LLP

4900-B North Tenth Street

McAllen, TX  78504

Attorney:  Raymond L. Thomas

Phone: 956-686-8797

Law Offices of Val W. Kientz, P.C.

5847 San Felipe, Suite 3800

Houston, TX 77057

Elizabeth Kilbride

1177 West Loop South

Suite 720

Houston, TX 77027

Steven Kirkland

1817 Lubbock St

Houston, TX 77007

Paul Wesley Klinger Jr

15141 Lakeview Drive

BaytownTX77520

Telephone: 281-383-3533

Bobby W. Kolenovsky

4131 N. Central Expressway

Suite 980

Dallas, TX 75204

Kroger & Associates

3100 Weslayan, Suite 300

Houston, TX 77027

Lagarde Law Firm PC

Weslayan Tower

24 Greenway Plaza, Suite 400

Houston, TX 77046

Laminac, Pirtle & Martines

440 Louisiana Suite 1250

Houston, TX 77002

Langston & Langston PCCL

201 N. President St.

Jackson, MS 39201

Attorney: David Busby

Lapeze and Dunahoe

1010 Lamar Street, Suite 1150

Houston, Texas 77002-6311

Atty: Keith Lapeze

Phone: 713-739-1011

Sheila Latham

6750 West Loop South, Suite 500

Bellaire, TX 77402

The Lawrence Firm

606 Philadelphia St.

Convington, KY 41011

Attorney: Jennifer Lawrence

Telephone: 513-651-4130

Louis Leichter

1602 East 7th Street

Austin, TX 78702

Tommy J. Lewis

401 Studewood St.,Suite 205

Houston, Texas 77007

Telephone: 713-868-0081

Thomas Lightsey, III

909 Fannin

Houston, TX 77002

Lipstet & Hirsch

1980 Post Oak, Suite 1700

Houston, TX 77056

Attorney: Reginald Hirsch

Littler Mendelson

One Chevron Tower

1301 McKinney Street, Suite 1900

Houston, TX 77010

Locke, Liddell & Sapp

3400 J.P. Morgan Chase Tower

Houston, TX 77002

Attorney: Mr. John Holland

Lovelace Law Firm

PO Box 1268

Dripping Springs, TX 78620

Attorney: Renee Colwill Lovelace

Phone: 512-858-0707

Luccia & Evans

1330 Post Oak Blvd., Suite 1500

Houston, TX 77046

Attorney: Mr. Frank Luccia

Telephone: 713-629-0002

Lukin & Hedges

3701 Kirby

Houston, TX 77002

Attorney: Kevin Hedges

Lyons & Clark

616 S. Main, Suite 201

Tulsa, Oklahoma 74119-1260

Attorney: Kevin Danielson

Lyons & Rhodes

126 Viollita Street

San Antonio, TX 78205

Attorney: J. Thomas Rhodes III

Mahaffey & Mahaffey

124 West Sabine Street

Carthage, TX 75633

Mallios and Associates

1607 West Avenue

Austin, TX 78701

Jonathan Malone.

2200 Post Oak Blvd, Suite 710

Houston, TX 77056

Maloney, Martin & Mitchell, LLP

3401 Allen Parkway, Suite 100

Houston, TX 77019

Attorney: Thomas N. Lightsey III.

Attorney: Mike Martin

Attorney: Frank Mitchell

Mandell & Wright, P.C.

712 Main St., Suite 1600

Houston, TX 77002

Attorney: Elliot Tucker

Attorney: Robert Rapp

Manske & Manske

121 E. Monseratte

El Campo, TX 77437

Attorney: Richard Manske

Markland Hanley LLP

2200 Ross Avenue

Suite 4100 W

Dallas, Texas 75201

Attorney: Amy Stewart

Melissa Martin

306 Main Street, Suite 300

Houston, Texas 77002

Mr. Robert McConn

5330 Willers Wade

Houston, TX 77056

McCue-Pauley & Associates, P C

14114 Dallas Parkway, Suite 380

Dallas, Texas  75254

Attorney: David C. McCue

Paul McCulloch

440 Louisiana

Houston, TX 77002


McDonald,Mackay&Weitz,LLP
1411 West Avenue , Suite 200

Austin,TX78701
(512)260-6843
Fax:(512)260-6851
Attorney:TimothyE.Weitz
Attorney Jon Porter

Cynthia McMurray

2120 Welch

Houston, TX 77019

Melendez & Marketto

El Paso, TX

Attorney: Alfonso Melendez

Meredith, Donnell & Abernathy

800 N. Shoreline, Suite 1500 North Tower

Corpus Christi, TX 78401

Attorney: Robert Sigler

Law Firm of Pat Mobley

2000 Smith /Kirby Mansion

Houston, TX 77002

Attorney: Pat Mobley

Miller & Scamardi

6525 Washington Avenue

Houston, TX 77007

Attorney: Joseph Scamardi

Richard Mithoff

500 Dallas, Penthouse Suite 3450

Houston, TX 77002

Charles L. Michulka

P.O. Box 1131

208 HWY 90A East

Richmond, TX 77469

281-341-0130

Montgomery County

221st Judicial District Court

Conroe, Texas 77301

Morgan Madden Brashear Collins & Yeast

109 Dickinson Street

Manchester, Kentucky 40962

Attorney: R. Scott Madden

Law Office of Winfred H. Morgan

3220 Louisiana, Suite 102

Houston, TX 77006

Phone: 713-521-3000

Morgan & Weisbrod LLP

6800 West Loop South, Suite 450

78759 77401-4523

Telephone: 713-838-0003

Attorney: Paul Gold

Donald Moye

1519 Boston Ave

Nederland, TX 77627

Henry R. Muller

1900 North Loop West, Suite 500

Houston, TX 77018

Marc Murr

1001 Texas Avenue #1250

Houston, TX 77002

Myres, Dale & Assoc PC

1919 St. James Place

Houston, TX 77057

Ft. Bend, Harris & Montgomery Counties

Attorney:  Laura Dale

Mae Nacol

600 Jefferson Suite 690

Houston, TX 77002


Attorney Michael Nasif

P O Box 18136

Sugar Land, Texas  77496

Steve Nelson

801 Congress #225

Houston, TX 77002

Steve Nelson

P.O. Box 16908

Sugar Land, TX 77497

The Nelson Firm

820 East Main

League City, TX 77573

Attorney: Tad Nelson

Scott Newar

700 Louisiana, Suite 2550

Houston, TX  77002

Jack Newman

1301 McKinney, Suite 3500

Houston, TX 77010

Jimmy Nieset

1123 Pithon

Lake Charles, Louisiana 70601

The O'Quinn Law Firm

2300 Lyric Center Building

440 Louisiana

Houston, TX 77002

Attorney: Carl Shaw

Attorney:  Charles Soechting

Attorney:  Tracy Conwell

Attorney:  Brad Leigh

Attorney: Michael Lowenberg

Attorney: Neil McCabe

Oldham & Hanson

1812 Rose Street

PO Box 324

Wichita FallsTX 76307

Attorney: Ted Haasm


Padilla, Rodriguez, and de La Garza

1776 Yorktown, Suite 110

Houston, Texas  77056

Attorney` John Padilla

George J. Parnham

440 Louisiana , Suite 200

Houston, Texas 77002-1665

Attorney: George Parham

Patchen & Micham

1400 Congress

Houston, TX 77002

Atty: Tim Snively

Mr. Glenn Patterson

11 E. Greenway Plaza

Houston, TX 77002

Payne & Payne Associates

7100 Regency Square Blvd.

Suite 250

Houston, TX 77036

Attorney: Andrew Payne

Phone: 713-972-1949

Perrier & Lacoste

One Canal Place

365 Canal Street, Suite 2550

New Orleans, Louisiana  70130

Law Offices of Marvin Peterson

4611 Montrose Blvd. # A 210

Houston, TX  77006

Attorney: Marvin Peterson

Phone: 713-222-0004

Petty & Petty, L.L.P.

1330 Post Oak Boulevard, Suite 1600

Houston, TX 77056

Attorney: Andrew Petty


Deborah Perkey

4012 Avenue O1/2

GalvestonTX


Phillip Pfeifer

2211 Norfolk, Suite 616

Houston, TX 77098

Phillips & Akers

3200 Southwest Freeway

3400 Phoenix Tower

Houston, TX 77027

Telephone: 713-552-9595

Phillip and Associates

3030 N. Third Street, Suite 1100

Phoenix, Arizona 85012

Attorney: Rick Poster

Attorney Joyce Phoenix

208 S. Third Street

Richmond, Texas 77469

(281)633-0980

Margaret Poissant Law Firm

1001 McKinney, Suite 1000

Houston, Texas  77002

Atty: Margaret Poissant

Ph: 713- 880-5553

Popham Lawfirm

922 Walnut Suite 1300

Kansas City, Missouri 64106

Attorney: Barbara Gardner Robertson

Preis Kraft & Roy

2000 Bering Drive, Suite 600

Houston, TX  77057

Attorney:  Ronald Tigner

Phone: 713-355-6062

Price & Associates

9610 Long Point Rd., # 201

Houston, TX 77055

Phone: 713-468-6664

Price & Price

101 Simonton

Conroe, Texas  77301

Atty: Amy Montgomery


Provost & Umphrey, LLP

470 Park Street

Beaumont, TX 77704

Attorneys: Dave Wilson, Michael Hennen,

Mike Ramsey, and Mark Sparks

Law Offices of Robert Rapp

Three Riverway Tower, Suite 150

Houston, TX 77056

Phone: 713-520-8250

Riddle & Associates

4201 FM 1960 W, Suite 550

Houston, TX 77068

Robins & Cloud

910 Travis

Houston, TX  77002

Attorney: Bill Robins

Rodriguez, Calvin, Chaney & Sanz

1201 East Van Buren

BrownsvilleTX  78522

Attorney: James Rodriguez

Roxie Roll

12114 Meadow Lake Drive
Houston, TX 77077

Ms. Marion Rosen & Associates

1300 Post Oak Blvd., Suite 2910

Houston, TX  77056

Phone:  222-6464

Attorney: Marion Rosen

Thomas Royce Jr.

2001 Kirby, Suite 614

Houston, TX 77019

Royston, Rayzor, Vickery & Williamson

601 Milam Suite 2200

Houston, TX 77002

Attorney: Denise Osborne

Thomas Schlotzhaus

3500 Travis

Houston, TX 77002


Law Office of Joseph Salhab

2028 Buffalo Terrace

Houston, Texas  77019

Phone: 713-528-1005

Attorney: Joseph Salhab

Attorney: Fresnel Phan

Schechter, Mc Elwee & Shaffer

3200 Travis St., 3rd Floor

Houston, TX  77006

(713)(524-3500)

Attorney: Matt Shaffer

Attorney: Jonathan Harris

Attorney: Dennis McElwee

Scheiner, Grant

2211 Norfolk, Suite 735

Houston, TX 77098

(713)(783-8998)

Schmeltzer Aptaker & Shepard

2600 Virginia Av. NW

Suite 1000

Washington DC  20037

Phone:  202-333-8800

Attorney:  Robert L. Duston

Andy Schreck

6555 Timmons, Suite 1225

Houston, TX 77027

Joseph G. Shannonhouse IV

500 N. Walker Ave. # C100

Oklahoma City, OK 73102

Phone: 405-415-1700

Law Office of Toni L. Sharretts

6760 Portwest

Houston, Texas  77024

Atty: Toni L. Sharretts

Cell: 281-827-7749

Ethan Shaw

390 Park Street Suite 500
Beaumont, TX 77701

Rob Shaw-Meadow

601 North West Loop 410

Suite 600

San Antonio, TX 78216

Sheehy, Serpe & Ware

2500 Two Houston Center

909 Fannin St

Houston, TX 77010-1003

Attorney: Jim Wilde

Danny M. Sheena, P.E.

The Binz Law Center

1001 Texas Avenue, Suite 240

Houston, Texas 77002

Sheiness, Scott, Grossman, Cohn LLP

1001 McKinney, Suite 1400

Houston, TX 77002

Attorney: Steve Grossman

Simon & Luke

2929 Allen Parkway

42nd Floor

Houston, Texas 77019

Attorney: Robert Luke

Sinkin & Barretto, P.L.L.C

105 West Woodlawn Ave

San Antonio, TX 78212

Attorney: Steven Sinkin

Simmons & Fletcher

9821 Katy Freeway, Suite 925

Houston, TX 77024

Attorney: Robert S. Simmons

Attorney: Keith M. Fletcher

Phone: 713-932-0777

Connie Singleton

1800 Bering #590

Houston, TX 77057

Smith & Gibson PC

3850 Two Houston Center

909 Fannin Street at McKinney

Houston, TX 77010

Attorney: Mr. Shelton Smith

Smith & Hassler

1445 North Loop West, Suite 700

Houston, Texas  77008

Attorney: Brent Cordell

Boyd Smith

1001 Fannin Suite 2500

Houston, TX 77002

Donald Smith

1209 Decker Drive

Suite 109

P.O. Box 1457

Baytown, TX 77522

Kathryn Snapka

545 N. Broadway, Suite 800

Corpus Christi,TX 78403

Solar, Padilla & Associates

2800 Post Oak Blvd., Suite 6300

Houston, TX  77056

Mr. Thomas Solomon

9525 Katy Freeway

Houston, TX  77024

Phone:  713-984-9400

Spagnoletti & Associates

1600 Smith. Suite 4545

Houston, TX 77002

Attorney: Edward W. Poole

Attorney: Frank Spagnoletti

Spivey & Ainsworth

48 East Avenue

Austin, TX  78701

Attorney: Broadus Spivey

State of California

Attorney General's Office
California Department of Justice
Attn: Public Inquiry Unit
P.O. Box 944255
Sacramento, CA 94244-2550

Steed & Flagg LLP

1010 W. Ralph Hall Parkway, 2nd Floor

Rockwall, TX 75032

Attorney: Mr. William Dunill

Stockwell, Sievert, Viccellio,

Clements & Shaddock

One Lakeside Plaza, 4th Floor

Lake Charles, Louisiana 70602

Attorney: John Bradford

Stern, Miller, and Higdon

4909 Bissonnet Suite 100

Bellaire, TX 77401

Attorney: Adam Miller

Atty: Jeffery Stern

Stevens, Brand, Golden,

Winter & Skepnek

P.O. Box 189

Lawrence, Kansas  66044

Attorney: Robert Skepnek

Victoria Soto

111 Congress Ave, Ste 400

Austin, TX 78701

512-391-3870

Cell 512-921-2979

Stevenson Law Firm

24 Greenway Plaza, Suite 750

Houston, TX 77046

713-622-3223

Attorney: Quentin Brogdon

Strasburger & Price LLP

1401 McKinney, Suite 2200

Houston, TX 77010

Attorney: Mary C. Harlan

Attorney: Mr. William A. Harrison

Mark Strawn Attorney at Law

711 Louisiana, Suite 2150

Houston, TX 77002


Law Office of Joel Steed

5910 N. Central Expressway

Suite 650

Dallas, TX 75206

Attorney: Billy Dunill

Attorney: Sara Fendia

Stephens & Stephens LLP

520 Post Oak Blvd.

Suite 600

Houston, TX 77027

Attorney: Gary Stephens

Tom Strickler

235 West Sealy Street
Alvin, TX 77511

Gay Stottman

Mainsrasse Village

606 Philadelphia Street

Covington, KY 41011

Strong, Pipkin, Nelson & Bissell LLP

595 Orleans

Suite 1400

Beaumont, TX 77701

Attorney: John Bridger

Sullins & Johnston

220 Phoeniz Tower

3200 Southwest FWY

Houston, TX 77027

Attorney: Mason Meyer

Phone: 713-521-0221

Jack Swisher

1445 N. Loop West

Houston, TX 77008

Tekell, Book, Matthews & Limmer LLP

4300 One Houston Center

1221 McKinney

Houston, TX 77010

Telephone: 713-651-5151

Attorney: Bob Mace


Texas Attorney General's Office

PO Box 12548

Austin, TX 77811

Attorney: Peter Plotts

Texas State Board of Medical Examiners

P.O. Box 2018

Austin, TX 78768-2018

Brian Tew MD JD

1200 Smith, Suite 400

Houston, TX 77002

Raymond L. Thomas

4900-B North 10th Street

McAllen, TX 78505

James Thompson, Sr.

700 Central Avenue, Suite 500

St. Petersburg, FL 33701

Thompson & Knight

333 Clay Street, Suite 3300

Houston, TX  77003

Mark A Ticer

3300 Oak Lawn Ave, Suite 700

Dallas, TX 75219

Law Firm of Alton C. Todd

312 S. Friendswood Drive

Friendswood, Texas  77546

Attorney Alton C. Todd

Attorney Clint McGuire

The Townsley Law Firm, LLP

3102 Enterprise Blvd

Lake Charles, LA  70601

Attorney: Rex D. Townsley

Tran Law Firm

440 Louisiana, Suite 720

Houston, TX  77002

Tribble ,Ross &Wagner

3050 Post Oak Blvd, Suite 1350

Houston, Texas 77056

Attorney: Philip McDaniel

Phone: 713-622-0444

Tucker/Vaughan

712 Main Street, Suite 1600

Houston, Texas  77002-3297

Attorney Eliot P. Tucker

Gary Tucker & Associates, PC

650 North Sam Houston Parkway East

Suite 105

Houston, Texas 77060-5983

Attorney Brian Messina

Phone: 281-445-5777

Fax: 281-445-5627

Turner and Davis

PO Box 2796

Midland, TX 79702

Attorney: Patrick S. Gerald

Tyler & Das

PO Box 2796

Midland, TX 79702

Attorney: Mr. Patrick S. Gerald

Unival

PO Box 130770

Ann Arbor, MI 48113

UNUM Provident Corporation

One Fountain Square, 14C15

Chattanooga, Tennessee 37402

Wes Urquhart

909 Fannin #500

Houston, TX 77010

Kay Van Wey

3100 Monticello Ave.

Suite 500

Dallas, TX 75205

Phone: 888-416-9572

Van Osselaer, Cronin & Buchanan

9600 Great Hills Trail

300 West

Austin, TX 78759

Attorney: Rebecca DeMassi


Vujasinovic& Beckom, PLLC

1001 Texas Avenue, Suite 1020

Houston, Texas 77002

Attorney: Vuk Vujasinovic

Gaines West

1515 Emerald Plaza

College Station, TX 77845-1515

The Weycer Firm

4545 Bissonnet, Suite 294

Bellaire, TX 77401

Attorney: Mark Weycer

The Wice Law Firm

440 Louisiana, Suite 900

Houston, Texas 77002

Attorney: Brian Wice

Williams & Bailey Law Firm

8441 Gulf Freeway, Suite 600

Houston, TX 77017

(713)(230-2200)

Attorney: Rick Rosemond

Williams, Burnberg & Anderson

2000 Bering, Suite 909

Houston, TX 77057

Attorney: John Greco

Willis and Associates

1111 One Houston Center

Houston, TX 77010

Attorney: David Willis

Young & Hampton

1301 McKinney

Suite 3400

Houston, TX 77010

Attorney: Tom Gillespie

Young, Haynes & Boone LLP

201 Main St. Suite 2200

Fort Worth, TX 76102

Attorney: George Parker Young


Jerry Young

700 Louisiana 40th floor

Bank of America Center

Houston, TX 77002

Zimmerman, Axelrad, Meyer, Stern & Wise

3040 Post Oak Blvd

Suite 1300

Houston, TX 77056-6560

S: \wpdocs\djb\adaforms\Resume2005/NewAtty List.l065

# CASE LIST FOR A. DAVID AXELRAD, M.D.

Ables, Joseph
Adams, Terry v BNSF
Adkins vs Adkison
Aldrich vs Hewlett Packard et al
Alexander vs Ford Motor Co.
Alston vs Empowerment
Alston vs Gulfcoast Transport
Alvarez, Camelia
Alzate, Jaqueline
Anderson, Jonathan
Andrade, Juan Carlos
Andrews, Marilyn
Arneson vs Arana
Arreozola, Ignacio
Arterburn vs Quest Hospital
Arthur, Vergie vs Stern, Howard K et al
Authement, Andrew vs Dune
Aycock vs Hornbeck Offshore Drilling
Babbitt vs Calderon
Balch vs Bridgestone et al
Baker vs Cleveland Regional Hospital
Barbosa v. Pizza Hut
Bard vs Reynolds Metal
Barron,III, Daniel

Barta, Rhonda
Barton vs Karter, Bollman,Schneidr, National Car & Diane Ruth
Bass vs Bass
Brian Bateman
Baumann vs Gerwell
Bean vs Calderon
Beegle, Terrence
Benton, Tyrone
Berger vs ISK Biosciences
Berry, Holly
Bertone, Stephen
Bertrand, Chris
Best, Jeffrey Brian vs BP
Best Jr, Paul vs BP
Best, Sr., Paul vs BP

Bible, Barbara vs Harris County Community Supervision and Corrections
Blair vs Hillman
Blair vs Phillips
Blake vs Marquis
Blakeley vs Nestle Foods Corporation
Blanton, Rex
Blazer Building, Inc. vs Don Jones, Jr.
Blevins, James (See McKenzie V Offshore Service Vessels,LP)
Bobbitt, Margaret
Bogle vs. Phillips Petroleum
Boling vs Guilliams

Bowden vs Sandler
Bowman vs Texas Woman's University
Boyd vs Green Oaks

Bradley vs Rausher

Brannan vs Austin Family Care
Branning, Rebecca

Breed, Maria vs Walgreen's

Brennan vs Bob's Self Storage

Brow, Bennie

Brown, Douglas
Brown vs G.B. Bioscience

Brown vs Total E&P USA Inc.
Browning vs. Robbins Chevrolet
Bryant vs Theodore Solomon

Burns, Bartley vs BP

Burns, Jeffrey vs BP
Burrell vs Union Pacific
Burroughs vs Alleo Recycling-Texas, Inc.
Butler vs H. R. Management Company
Calhoun vs Nautilus Insurance Co.
Campbell vs Dynamic Cranes

Cannon, Jeremy

Canterbury, Gary
Cantu, Christina
Carbajal, Maricella

Carmack, Kathy
Carter, Dekeysha

Carter, Dwayne

Casteneda, Ragelio

Causey, Todd vs BP

CD vs Standley & Scamardo

Chambers vs Hermann Hospital
Chinn vs Westway Terminal Company, Inc., et al

Choate vs Carballo

Choy, Christopher

Clapp vs Forde Construction Co., Inc.
Clement, Earl vs Roque Saul

Clouse vs Wiggins

Collins,Estate of Roy vs Baptist Regional Medical Center,et al
Conlay vs BCM
Coon, Billy vs TransOcean
Cooper vs Columbia Woman's Hospital
Corley, Shanna
Cornitius vs Anchor Packing

Corsey vs BP

Couvillier, Craig

Crane/Cienfuegos, Alma

Crane/Gonzalez, Gerardo

Crane/Hernandez, Hector

Crane/Perez, Jose

Crane/ Castillo, Andres

Crane/Pinto, Jorge

Crane/Muniz, Maria

Crane/ Castillo, Adam

Crane/ Alonzo, Hector

Crane/ Danny Salinas

Crane/ Rosario Paez, Sr

Crane/ Rosario Paez, Jr
Criep, Leo, M.D. vs Sentry Insurance, et al

Crochet, Daniel

Crocker, Rebecca
Cuesta, Juan

Dao, Khan vs. Park Place Motorcars, LTD

Daugherty, Michelle

Davis/U.S. vs Benny Cleveland Davis

Dean, Ayanna
Dekelaita vs. BP

Dement vs Lane Freight Inc.
Dibetta vs Waste Management, Inc.
Dodd vs Crown Central Petroleum et al
Dowd vs Roman Catholic Diocese of Dallas

Dornes/Fotenot vs Columbia-West
Drugg vs Zale Lipshy University Hospital

Dudley, Clayton vs BP

Duin vs Reliant Resources

Duncan, Tyrone

Dunn vs Karni

Diane Dupont, individually and as Next Friend of Maxwell Watson vs Camp Stewart for
Boys, Inc. , and Camp America USA

Echols, Jeremiah James

Elizondo vs Krist

Ewen vs Exxon Corporation

Escalante, Hector

Escamilla, Jaime

Faires vs Paulsel, et al
Felton vs Cibavision et al

Ferguson vs Shell
Fleytas, Andrea
Fox vs Christus Santorosa

Francis, Bill

Franco vs Coca Cola
Franco vs TexMart Management
Freeman, D.

Fraser vs. Austin Regional Clinic

Fregia, Rhona

Fries v Premier Construction

Fuente, Antonio and Sylvia vs BP
Garcia, Jason

Garcia, Luis

Garcia et al vs Golden Triangle Living Centers Inc.

Gardner, Carolyn vs Ronald Newman, M.D.

Gaspard vs ATP Oil

George, Ronald vs BP

Gipson vs Texas Youth Commission

Glasspool vs BP
Glenn vs Shannon Medical Center, et al

Goerl, Conrad

Gonzalez, Alfredo

Gonzalez, Jorge

Goodnough, Gregory

Gordon, George "Allen" vs Diamond Offshore Services Company

Graham, Anthony

Grams, Dale IME

Green vs Blitz

Green vs Eckerds
Green vs MHMR

Griffin, Ronnie

Grimes Jr. , Grover

Groutage, Guita Layla

Grubbs vs Kanneganti

Grosvenor, John

Guerra vs. Moody Gardens

Guilbeau, Kirk vs Capital Safety, Inc. et al

Guillory, Brett

Guillory vs Bual
Guillory vs Mandviwala et al

Guthrie vs Hampton

Gutierrez, John
Hall vs Integrated Health
Hance vs Paul Revere Insurance Company
Hanson

Hanna vs Oryx Energy
Harper, Floyd

Harralson, Doral

Harris, David

Harris, Tina

Harris, Trina

Harris, Patrick

Harris vs Oxy Petroleum

Harrison vs NFL Player Retirement
Hartley vs Ice Cold Ice
Hartman, Steve

Hayes vs Southern

Hedelston vs Hedlesten

Heffernan vs West Oaks Hospital
Hensel vs Baker Hughes

Hernandez, Anthony

Hernandez, Ragelio vs Ashtonwood Homes

Herse vs Jiminez et al
Hewett, Vernon

Hicks vs G-Tech Corporation
Hill, Bruce

Hillard, Gary
Hodges, William

Hooks vs San Jacinto Garden Apartments
Holgado, Teresita

Hoop, James

Huckabay, Micheal

Huerta, Esteban

Hutson, Nicky

Hopkins, William Newton
Horta vs Covenant
Howard, Derek

Huckabay, Mike

Hughes vs Nacogdoches County Hospital District

Huichapa vs TTSF et al
Hutson, Ashley
Ingram, James
Ireland, Frank vs. Trans Ocean
Isaac, Jerry
Isfalt vs Magellan et al
Israel, Nancy v. Investment Capital Corporation

Jack, Samuel

Jackson vs Texas One Security
Jackson , Charlie and Warner vs Celadon Trucking

Jacobs, Matthew

Janicek, Rachel

Jett vs American Casualty of Reading Pennsylvania

Jobe, Dionne
Johnson vs Coastal Bend

Johnson vs Shaw Industries
Johnson, Joni vs Chevron Phillips

Johnson vs Olofson

Jones vs Baker Hughes, Inc.

Jones vs KBR

Jones vs Quicksilver Trailer

Jones vs Sig Arms
Jupin vs. Stowe Lumber
Kane, Dennis

Kayser vs Miller Brewing

Kees, Robert

Kenney, Roger

Keplinger, Yancy

Kern, Susan

Ketchum vs Barta Gin
Kim, Kil Nan

Kinney, Roger

Kipple vs Starbranch et al
Kreuzer vs City of Houston

Kubala, Thomas and Mary vs Jake's Inc

Kukuk, Bobby

Lain, Ellen vs UNUM Life Insurance Co
Lambert, Crystal

Lambert, Steven

Landry, Coty
Leal, Lena

Lebouef, Raymond

Lederer vs Amica
Lee vs Falcon Drilling, Co., Inc.
Letney vs Leviton Manufacturing
Lopez vs Lazo

Luckey, Gary

Lutes vs Northern Kentucky MHMR Regional Board

Luviano vs Nunn Constructors

Maglitto vs Goodyear

Mahoney vs Ernst & Young

Maiella, Linda

Mallow vs Brandt et al

Maloy, Wendell

Mangum, Rubye

Mansfield, James "Brent"

Martin, Rose

Martin vs Walmart

Martinez, Angel (Nahun)

Martinez, Anthony

Martinez, Carmella

Martinez vs TIE

Martinez, Norma

Matthews vs Bradley Apt Homes

Maye, Sylvester

McBride, et al vs ObGyn Associates

McClure vs Kathleen Fogarty

McCarty, Keith

McCraven, Mike vs Pasadena Refining System
McDowell vs McDonald Management, et al

McElreath vs Randy Vanaugh and Star Cable Co.
McFarland vs. Brookshire

McFetridge

McGaha vs Waterbury Companies

McKenzie, Benjamin C. vs Offshore Service Vessels, LP

McKinley vs LA Transportation

McNeil, Jake vs BP

Mead vs Ford Motor Co

Meill, Elizabeth

Mickey, Douglas
Mickey vs. Woodford
Miles, D.

Miller, David vs Orion Marine Group Inc.

Miller, James vs BP

Mitchum, Danny

United States vs Miller, Jeffrey

Montalvo, Roland

Montano, Jesse

Montemarano, Jeremy

Moore, et al vs Beaumont Regional Medical Center et al

Moore, Stephen vs BNSF Railway Co.
Mora, Luis vs Home Depot

Morales, Heber

Morris vs Insurance Company of North America

Mosley vs Alcon
Mosqueda, Kim

Mosser, Terri

Mueller vs Allsteel, Inc., et al
Mumford vs Mumford
Murphy, Colleen
Murphy, Gary

Musselwhite vs Baltimore Orioles

Neal, Lester

Nelson vs Halliburton

Newin vs Hudson Group
Newton vs BP. Williams

Nguyen vs Land Rover

Nguyen, Andy

Nichols, Louis

Noel, Kurtis

Norris, Kevin

Nou et al vs. David Detmer
Nwanne, Eunice

O'Banion, Kisha

Oberlitner vs Cornell

Olgin, Celia

Olmeda vs Lowes

Odom,Anthony Jerome

Olmeda, Diana vs Lowe's

Onofre vs Erlinda Belvis and Mission Vista Hospital Co.
Ortega, Jessica

Ortiz, Baltazar

Ortiz, Jesus

Outlaw, David

Outler, Donald

Outley, Marcus
Paschal, Sandra

Pastore vs MacGregor Medical Association
Patel vs Christus GC Hospital

Patel vs Katy West Houston Ob Gyn, et al
Patrick vs BP

Patterson vs Shellman

Peavy vs BP

Permetti vs Kelsey Seybold

Perez, Edna

Perez, Jose