CHECK  STOCK  TF: No.713-755-6228  Jun 15.92 14:04 No.011 P.03

HARRIS COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER 93-06121646

| COMPLAINANT (LAST, FIRST, MIDDLE) | LOCATION OF OFFENSE | DATE |
|---|---|---|
| STATE OF TEXAS | 250 UVALDE #95 | 6/12/92 |

| REPORTEE/WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| BUSINESS ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| WORK ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| WORK ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| INTRODUCTION/YOUR LOCATION | FROM WHOM | TIME RCVD | TIME ARRIVED | FIRST OFFICER ON SCENE |
|---|---|---|---|---|
| 300 NORMANDY | DISP | 847 AM | 855 AM | WORLEY |

SCENE SUMMARY:
THE SCENE WILL BE APT #95 AT THE OAKS OF WOODFOREST APT COMPLEX LOCATED AT 250 UVALDE ON THE WEST SIDE OF THE ROADWAY. APT #95 IS ON THE FIRST FLOOR OF A TWO STORY APT BUILDING THAT CONTAINS NUMEROUS OTHER APTS. APT #95 FACES NORTH. VISIBILITY EXCELLENT DUE TO ARTIFICIAL INTERIOR LIGHTING. DURING DAYTIME HOURS.

INVESTIGATIVE NARRATIVE: ON FRI, 6/12/92 AT 847 AM, I DEPUTY C. WORLEY #0451 WAS ON PATROL IN THE 300 BLK OF NORMANDY, WHEN I WAS ADVISED BY THE DISP OF A SHOOTING. TWO WOUNDED OR DEAD AND A LARGE AMOUNT OF DRUG MONEY AT 250 UVALDE #95 THE OAKS OF WOODFOREST APTS. UPON MY ARRIVAL, AT 855 AM, I FOUND THE FOLLOWING.
AS DEPUTY C. WHITSEY, U#4553, DEPUTY M. SMITH, U#4557, AND I

| HOSPITAL | AMBULANCE/NO. OF ATTENDANTS | DOCTOR | INJURIES | M. E. |
|---|---|---|---|---|
| | | | | |

| EVIDENCE/PROPERTY RCVD | PROPERTY ROOM | TAG # | CRIME LAB | PHOTOS | OTHER |
|---|---|---|---|---|---|
| | | | | | |

## HARRIS COUNTY SHERIFF'S DEPARTMENT
### SUPPLEMENT REPORT

CASE NUMBER 92-0612064

APPROACHED THE APT. WE OBSERVED THREE BULLET HOLES ABOUT
HEAD LEVEL IN A BEDROOM WINDOW ADJACENT TO THE FRONT
DOOR. I ALSO OBSERVED A BULLET HOLE IN THE FRONT DOOR, APPROX.
AT EYE LEVEL.

REALIZING THE DISTINCT POSSIBILITY THAT THERE WERE WOUNDED
OR DEAD IN THE APT, I KNOCKED ON THE FRONT DOOR AND
PUSHED. THE DOOR, WHICH WAS NOT LOCKED, OPENED. I YELLED
"SHERIFF" AND ENTERED, ALONG WITH DEPUTIES WHITSEY AND
SMITH. AS OUR EYES ADJUSTED TO THE LIGHT DIFFERENCE,
WE HEARD A VOICE SAY "I'M IN HERE. DON'T SHOOT". THE
VOICE CAME FROM A B/M, WHO IDENTIFIED HIMSELF AS HOYLE
MINDINHALL, WHO WAS GETTING OUT OF A BED IN THE MASTER
BEDROOM. I DIRECTED HIM TO A COUCH IN THE LIVINGROOM,
A SECURE PLACE. ALSO IN THIS BED, ON THE FAR SIDE, WAS A WIF
IDENTIFIED BY HER TDL AS STACEY LYSACK 2/26/77. AFTER
SECURING HER, AND CLEARING THE APT. FOR OUR SAFETY, DEPUTIES
WHITSEY AND SMITH BEGAN TALKING WITH OCCUPANTS. AS THIS
WAS TAKING PLACE I NOTICED TWO PISTOLS ON THE MASTER
BEDROOM FLOOR WITHIN ARMS REACH OF WHERE THE B/M HAD
BEEN LAYING ON THE BED.

GENTLY RECOVERING THE PISTOLS, I FOUND THAT ONE PISTOL WAS
A SIX INCH BLUE STEEL S/W .44 MAGNUM MODEL 29, S# N87304 7,
THE SECOND PISTOL A TWO INCH BLUE STEEL, S/W .38 SPECIAL
MODEL 36, S# 35052 WAS LOADED WITH SIX LIVE ROUNDS. THE .44 MAG.
HAD FOUR SPENT ROUNDS AND TWO LIVE. CHECKING THE SERIAL
NOS. WITH OUR DISP. I WAS ADVISED THAT THE .38 WAS NOT
REPORTED STOLEN. HOWEVER, THE .44 MAG. WAS REPORTED STOLEN
UNDER HCSD CASE NUMBER 91-0517 0785, AND WAS A WEAPON
WHICH, THAT HAD NEVER BEEN RECOVERED. I THEN SECURED BOTH
GUNS IN MY PATROL CAR.

AS THIS WAS TAKING PLACE, SGT. J. RANKIN, U#455 ARRIVED
AND OBTAINED A VOLUNTARY CONSENT TO SEARCH FROM MR.
MINDINHALL. UPON RETURNING TO THE APT. MR. MINDINHALL STATED
THAT AT APPROX. 1:00 AM 6/12/92, FRI. TWO UNKNOWN B/M'S,
WEARING SKI MASKS, HAD PUSHED THEIR WAY IN BEHIND HIS
GIRLFRIEND STACEY LYSACK, AND POINTED UNKNOWN TYPES OF
GUNS AT THEM. ACCORDING TO MR. MINDINHALL THE TWO UNKNOWN

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
| | | | | |

CHECK    STOCK    TEL No.713-755-6228    JUL 15,92 14:04 No.011 P.05

## HARRIS COUNTY SHERIFF'S DEPARTMENT
### SUPPLEMENT REPORT

CASE NUMBER 92-0612064

B/M'S DEMANDED MONEY, MR. MINDENHALL STATED THAT HE WAS
ABLE TO GET TO THE MASTER B.R. AND RETREIVE THE .44 MAGNUM.
AND FIRE FOUR SHOTS, FROM THE BEDROOM, AT THE TWO SUSPECTS.
HE THEN ADVISED THAT BOTH SUSPECTS THEN FLED.

AS MR. MINDENHALL WAS RELATING THE STORY TO ME A
QUICK SEARCH OF THE APT. WAS TAKING PLACE. THE SEARCH
REVEALED A CASHBOX IN A HALLWAY CLOSET THAT WHEN
OPENED CONTAINED A HEAVY WHITE POWDERY RESIDUE. SGT.
RANKIN, USING A "C-NAK" TEST KIT OBTAINED A POSITIVE
RESULT FOR COCAINE, WE ALSO FOUND A LOCKED CLOSET DOOR
ADJACENT TO THE BATHROOM. THE DOOR HAD NO KNOB, ONLY A KEY
LOCK.

FORCING THE DOOR OPEN, WE FOUND A SAFE MADE BY STAR
MODEL # UNK    S#J15-31077 STANDING AGAINST A WALL, THE SAFE,
APPROX. FOUR FT. TALL AND APPROX THIRTY INCHES WIDE, WAS
THE ONLY ITEM IN THIS CLOSET, NO CLOTHING OR PERSONAL ITEMS.
REALIZING THAT THE INVESTIGATION WAS TAKING DIFFERENT
TURN, WE STOPPED OUR SEARCH, AND AWAITED THE ARRIVAL OF
THE NARCOTICS DOGS. AT THIS POINT, DEPUTY SMITH TRANSPORTED
BOTH SUBJECTS TO STA. 3 FOR FURTHER INVESTIGATION.

WHILE AWAITING THE ARRIVAL OF THE DOG UNIT, I CHECKED
THE PARKING AREA NORTH OF THE APT. FOR ANY PHYSICAL
EVIDENCE. THERE I FOUND A LARGE CALIBER SLUG, DEFORMED
APPROX. ONE HUNDRED FEET FROM THE APT. DUE TO THE LARGE
NUMBER OF BYSTANDERS, BY THIS TIME I RECOVERED THE SMALT
SLUG. AS I WAS LOOKING FOR MORE I WAS APPROACHED BY
A W/F W/HO IDENTIFIED HERSELF AS PAULA PITTS 6/24/64 ISO
W/A DOB#94 P#455-2942. AND A B/F, W/HO IDENTIFIED HERSELF AS
VALINDA CONNER, 11/7/64 2:50 I/WADE#70, NO PHONE. THEY BOTH
STATED THAT THE B/M FROM APT#95 DID INDEED LIVE THERE
AND WAS KNOWN TO THEM AS "QUID". THEY ALSO ADVISED ME
THAT A SECOND B/M KNOWN TO THEM AS "DEREK", ALSO LIVED
THERE. THE B/M, "QUID" RETREIVED HISCLOTHES FROM THE SECOND BEDROOM.

AT APPROX. 1015AM OFFICER G. DOYLE H/M ARRIVED ON THE
SCENE WITH HIS DOG. OBSERVING THE DOG WORK, THE DOG.
REACTED, VIOLENTLY (POSITIVE) TO BOTH THE CASHBOX IN THE
HALLWAY AND THE LOCKED SAFE IN THE CLOSET. A SHORT

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|

CHECK    STOCK        TEL No.713-755-6228         n 15.92 14:04 No.011 P.06

## HARRIS COUNTY SHERIFF'S DEPARTMENT
## SUPPLEMENT REPORT

CASE NUMBER 92-0612064b

TIME LATER OFFICER N. CHALINE, ALSO WITH HPD, ARRIVED WITH HIS DOG, HE WAS ALSO ALERTED (POSITIVE) TO BOTH THE CASHBOX AND THE SAFE.

DEPUTY SMITH, AT STA 3 WITH BOTH SUBJECTS, OBTAINED A VOLUNTARY CONSENT TO SEARCH FOR THE SAFE IN THE CLOSET FROM MR. MINNINHALL. WE THEN WERE ABLE TO REMOVE THE SAFE, WHICH WAS EXTREMELY HEAVY, FROM THE CLOSET TO THE TO THE PATIO AREA IN ORDER TO OPEN IT. AS WE WORKED TO OPEN THE SAFE, WE TOOK A SHORT BREAK TO REST. WHILE WE STOPPED MOMENTARILY I OBSERVED A LATE MODEL MAROON 4-DR NISSAN, PARKED IN FRONT OF THE APT, OCCUPIED BY ONE B/M. BOTH PITTS AND CONNER BEGAN YELLING "THAT'S HIM, THAT'S DEREK".

OFFICER CHALINE AND I THEN APPROACHED THE B/M, AND ASKED FOR HIS T.D.L. HE ADVISED ME THAT HE DID NOT HAVE A D.L. WITH HIM, AT THIS POINT OFFICER CHALINE AND I SECURED HIM PENDING FURTHER INVESTIGATION. AT APPROX. 1110 AM SGT. RANKIN, OFFICERS DOYLE, CHALINE AND I, SUCCEEDED IN OPENING THE SAFE, AND FOUND A LARGE AMOUNT OF AMERICAN CURRENCY.

SGT. RANKIN THEN NOTIFIED LT. GRIFFIN, HARRIS CO. NARCOTICS AND ADVISED HIM OF THE SITUATION. A SHORT TIME LATER, DET. J PRUITT AND N. DANIELS ARRIVED ON THE SCENE. DET. PRUITT AND I TRANSPORTED THE CASH TO THE OCU OFFICE WHERE IT WAS THEN TAKEN BY DET. PRUITT AND D.A. INVESTIGATOR JOE VACA TO AMERICAN BANK TO BE COUNTED. DEPUTY WHITSEY TRANSPORTED THE SECOND B/M, DEREK THOMAS, TO STA. 3 WHERE THEY WERE LATER INTERVIEWED BY NARCOTICS DETS. THE TWO PISTOLS WERE RELEASED TO HOMICIDE DET. TAMARY WE3104, AT APPROX. 3 PM F? 6/12/92. I.D. UNIT # 708  PROCESSED THE SCENE. SEE I.D. SUPPLEMENT BY DEPUTY N. SHIELDS. THE LOCKING CASH BOX WAS RELEASED TO LT. N. GRIFFIN AND WILL BE SUBMITTED TO M.P.'S OFFICE FOR FURTHER ANALYSIS. A GREEN ZIP-UP BAG, WHICH HAD CONTAINED CURRENCY INSIDE THE SAFE WAS SUBMITTED TO THE PROPERTY ROOM FOR STORAGE. SUBJECTS RELEASED TO OCU DETECTIVES. THE MICRO-CASSETTE TAPE FROM THE ANSWERING MACHINE WAS ALSO PLACED IN THE PROPERTY ROOM FOR SAFE-KEEPING.

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
|  |  |  |  |  |

JUDGE                  JUSTICE INFORMATION MANAGEMENT SYSTEM          JUN 17, 1992

SPR19                        SHERIFF'S PROPERTY ROOM                  PAGE   97 OF 19

                             MULTIPLE ITEM ENTRY                      REPORT _____

                                                                     OFF: _____   ___

CASE #: 9105170385 SUBMIT OFF: O.L.MUIR HOM DIV:_____ ___ DIST/UNIT: 91 - 91

BADGE : _____     SUBMIT DATE: 0520911  CF: __         CAUSE # _____

DEFENDANT: UNK_____ ME #: _____ DPS #: _____ ____

FBI #: _____ MASTER TAG: _____ NAPE #: _____ OFFENSE TYPE  99705

REC'D BY: K.SPURLOCK PROPERTY ROOM____ CARRIED: O.L MUIR HOM DIV:_____ ___

MISC #: _____  _____                                           :

   QTY   STOR LOC   TYPE   MAKE    MODEL    CAT      SERIAL NUM      ITEM-ID

   __    BW215BX6   E_    _____    ____    AGC    _____    53580

   DECL 12-LIVE .44 ROUNDS(REC,SEALED-061592 FROM OEL:;PANKY HOM DIV:)_____

   __    BW215BX6   E_    _____    ____    AGC    _____    53589

   PLUS  4-SPENT CASINGS(REC,SEALED-061591 FROM OEL: HOMP HOM DIV:) _____

   __    BW215BX6   E_    _____    ____    AGC    _____    53580

   DECL 1-SPENT .44 SLUG(REC,SEALED-061591 FROM OLT:;OMPT HOM DIV:) _____

*** KEY ADDS   PROCESSED ***

1=MULTI ENTRY   2=P.R COPY   3=RELEASE DEPT   4=RETURN DEPT   5=DESTROY DEPT

6=SEIZE DEPT   7=BACK   8=FRAUD   9=INQUIRY  10=REFRESH       11=HELP

```
JIMGY                 JUSTICE INFORMATION MANAGEMENT SYSTEM        JUN 15- 1992

SPR10                      SHERIFF'S PROPERTY ROOM                 PAGE   1 OF 1

                              MULTIPLE ITEM ENTRY                  S-ROLL: _____

                                                                  OPT: _____ - _____

CASE #: 9206120646 SUBMIT OFF: G.HURLEY (HOT SPOT)_____ DIST/UNIT: 45   51

BADGE : ____      SUBMIT DATE: 061592 . CRT: ____     CAUSE #: __ . ____ . __

DEFENDANT: UNK_____ NE #: _____ DPS #: ____ _____

FBI #: _____ MASTER TAG: _____ NARC #: _____ OFFENSE TYPE: 571100

REC'D BY: R.E.SCHODE:_____ CARRIER: DET TONRY (HOMICIDE)___ __ .

MISC #: _____


   QTY   STOR LOC   TYPE   MAKE   MODEL   CAT    SERIAL NUM    ITEM-TO

_   1    P 10506    6L     SW     38      WEA    352653        52452

    DESC: 1: S&W 38 CAL REVOLVER S# 352653 M# 36 (DISTURBANCE)_____

_   5    P 10508    6L             MOT                         52552

    DESC: 5: 38 CAL ROUNDS_____


    DESC: _____

*** (2) ADDS - PROCESSED ***                                          (2)

1=SINGLE ENTRY   2=PC-COPY   3=RELEASE UPDT   4=RETURN UPDT   5=DESTRUCT UPDT

6=RECEIVE UPDT   7=BACK   8=FRWD   9=INQUIRY   10=REFRESH      11=HELP
```

JURYW (6ND2)     JUSTICE INFORMATION MANAGEMENT SYSTEM     NOV 07, 2003(C2)

SPR30                      SHERIFF'S PROPERTY ROOM               OPT _____ - SPR

                                 RELEASE                    PAGE:   17 -   17


NUM>  C 91051/0385_____       SUBMITTED BY: _____

DATE: _____ - _____       RECEIVED BY: _____

DIST: __   UNIT: __   LOC> _____  CRT> ___  CAT> ___   PROP TYPE> ___

MAKE> ___  MODEL: ___  DESC: _____, HELD> _

                  ** RELEASE INFORMATION **          RELS ONLT>

    RELEASE DATE: 11072003      RELEASE DEPUTY: L.K. BARR  *J/4 # 274

    RELEASE TIME: 1200          RELEASE AUTHORITY: PROPERTY ROOM____ .

       TDL NUMBER: _____        RECEIVED BY: DET. TONRY (HOMICIDE)___

          COMMENT: RELSD FOR COURT____ *X* #607 _____

    HELD     NUM                      DESCRIPTION

_  <A>    SHF   91051/0385    1 SPENT .44 SLUG(REC,SEALED,051595 FROM DET,TON

_  <A>    SHF   91051/0385    SEALED ENVELOPE W/ CLOTHING & BINDING(REC, 9-25

_  <R>    SHF   91051/0385    1) S&W 44 CAL REVOLVER S# N893047 M# 29-2 (REC*

                    1 # M    TONRY RELEASED TO
                             INVESTIGATION S. JONES
                             11-7-03  12:45 AM

* ( 83 ) RECORDS FOUND **

=>

1=MULTI ENT   2=SINGLE ENT   3=RELEASE ALL  4=ATTACH SUMM  5=RETURN

6=RLSE UPDT   7=BACKWARD     8=FORWARD      9=PROP INQ    10=REFRESH    11=HELP

```
DETAIL REPORT FOR HARRIS COUNTY              CASE NO:  9206120646
        LAW ENFORCEMENT                      Date: 03/22/11  Time: 16:42
                                                           Page:  1
```

```
        Type of Offense:     SHOOTING INVESTIGA CAD NATURE CODE

Dispatch Location                   Ali    Grid  Beat  District  Comm
250 UVALDE RD                              457W  3A1        33    S1

Reported Location                   Ali    Grid  Beat  District  Comm
250 UVALDE RD                              457W  3A1        D3    S1

At/Between              Date/Time                     Date/Time
BETWEEN                 06/12/92  08:49               06/12/92  17:00

Premises Involved:               Method of Entry  :
Point of Entry    :              Point of Exit    :
Inst/Tool Used    :              Weather Condition:
Cause of Fire     :              Latent Prints:   Scene Photos:
```

```
Persons Involved Information:
Ty/No        Name/Address        Rel to Offender      AGE  RACE  SEX  HISP
R01 REFUSED
        OAKS OF WOOD FOREST
                             713-691-9452

     Date of Birth :       Social Security No :
     Drivers License :              State :
     Condition :    Taken To :     Transported by :
     Employment :

          Phone :           ext :
```

```
Officers Involved:
P  Name                  TDISP  TENRT  TARRD  TCLRD  DIS  CBY
P  WORLEY,GARY           08:49  08:49  08:55  18:00  REP  DMA
B  SCHIELD,R L           14:41  14:41  15:28  15:51  CBU  DMA
B  MERCHANT,ROBT         09:01  09:01  10:20  12:11  CBU  DMA
B  RANKIN,JAMES          08:59  08:59  09:01  13:41  CBU  DMA
B  SMITH,MARK B          08:58  08:58  08:58  18:00  CBU  DMA
B  WHITSEY,C M           08:50  08:50  08:55  18:00  CBU  DMA
```

```
Status / Disposition   Report Status: DRA      UCR Clearance: OPN
           Name                     Date
              SCHIELD,R L           06/12/92     Initial Entry

     Related Cases
```

DETAIL REPORT FOR HARRIS COUNTY
LAW ENFORCEMENT

CASE NO:  9206120646
Date: 03/22/11  Time: 16:42
Page:     2

Property Involved:
Per/No Item  St Brand     Type              NIC Number  Serial Number     Value/
                                                                          Loss

                          NO PROPERTY FOR THIS CASE

Vehicle Involved:
Per/No  Status  Make  Model    Lit       VCO       LIC       LIS     Value/
                                                                     Loss

Synopsis of Offense:

Suspects Involved:

DETAIL REPORT FOR HARRIS COUNTY
LAW ENFORCEMENT

CASE NO:  9206120646
Date: 03/22/11  Time: 16:42
Page:     3

---

Supplement number:   1
  ENTERED BY: SCHIELD,R L          Date: 06/12/92   Time: 18:18
  Approved by: MORGAN,DAVID        Date: 06/15/92   Time: 09:08

---

///
  ON FRIDAY, 6/12/92 AT 235PM WHILE IN THE IDENTIFICATION DIVISION, I, DEPUTY
R. L. SCHIELD, UNIT 7108, WAS INSTRUCTED BY LT. MORGAN TO PROCEED TO THE
ABOVE ADDRESS IN REFERENCE TO A SHOOTING INCIDENT/MONEY RECOVERY. I WENT EN-
ROUTE AND ARRIVED AT 305PM WHERE I MET WITH DEPUTY WHITSEY, UNIT 4554.

### SCENE DESCRIPTION

  THE SCENE WAS IN THE OAKS OF WOODFOREST APARTMENTS. THE ACTUAL SCENE WAS IN
APT. 95. THIS IS A LOWER LEVEL UNIT ON THE SOUTHWEST SIDE OF THE COMPLEX. THE
UNIT HAS MAIN ENTRY THROUGH A FRONT DOOR WHICH OPENS TO THE WEST. THERE IS
ALSO A GLASS SLIDING DOOR WHICH OPENS TO THE NORTH. I ENTERED THROUGH THE
GLASS DOOR AND TURNED TO THE RIGHT AND WAS IN THE LIVING ROOM. IN THE FRONT
DOOR TO THE APT. WAS A THROUGH AND THROUGH GUNSHOT. THE LIVING ROOM HAS A
WINDOW THAT FACES TO THE NORTH, AND THERE IS A BULLET HOLE THROUGH THE BLINDS
AND THROUGH THE WINDOW PANE. I THEN WENT TO THE BEDROOM LOCATED ON THE WEST
SIDE OF THE APT AND IN THE DOOR WAS ANOTHER THROUGH AND THROUGH BULLET HOLE.
I WENT INTO THE BEDROOM AND THERE ARE SOME WINDOWS ON THE NORTH SIDE OF THE
ROOM AND THERE ARE THREE BULLET HOLES IN THE GLASS. ON THE BED IN THE ROOM WAS
A PARTIAL BOX OF W/W .38 SPECIAL AMMUNITION. I WENT DOWN A HALLWAY LEADING
FROM THE BEDRROM TO ANOTHER BEDROOM AND IN THE BATHROOM AREA A PLYWOOD COVER
OVER THE BATHTUB HAD BEEN PULLED DOWN, EXPOSING THE AIR CONDITIONING SYSTEM.
AT THE EAST END OF THE HALLWAY WAS A CLOSET THAT HAD HAD THE DOOR FORCED OPEN,
AS THE WOOD TRIM AROUND THE INSIDE OF THE DOOR WAS BROKEN. THE DOOR WAS INSIDE
THE CLOSET.

  OUTSIDE THE APT. IN THE PARKING LOT WAS A BLACK 240SZ DATSUN WITH A FLAT
TIRE, BEARING TEXAS DCK 59R. THERE WAS ALSO A MAROON NISSAN MAXIMA, BEARING
TEXAS CWH 70G IN THE PARKING LOT. LOADED ONTO THE BACK OF DISSPAYNE WRECKER,
WAS A TAN COLORED SAFE THAT HAD THE DOOR FORCED OPEN.

  I TOOK SEVERAL COLOR PHOTOGRAPHS OF THE SCENE AND ALSO MADE A VIDEO TAPE
OF THE APT, SHOWING THE VEHICLES ALSO. THE VEHICLES WERE TAKEN TO STATION 3
UNDER COVEREED STORAGE AND SOME MORE PHOTOS WERE TAKEN.
/
  I ALSO TOOK SOME COLOR PHOTOS OF THE ONE FEMALE AND TWO MALES THAT HAD BEEN
PLACED INTO CUSTODY IN RELATION TO THIS INCIDENT. DEPUTY K. LACY, FEMALE
JAILER WAS PRESENT WHEN PHOTOS WERE TAKEN OF THE FEMALE.

  NO EVIDENCE WAS COLLECTED BY ME AT THE SCENE. THE SCENE PHOTOS AND VIDEO ]
WILL BE STORED IN THE I.D. SECTION UNDER THE ABOVE INCIDENT NUMBER.

DETAIL REPORT FOR HARRIS COUNTY
    LAW ENFORCEMENT

CASE NO:  9206120646
Date: 03/22/11  Time: 16:42
                Page:    4

---

Supplement number:    1
  ENTERED BY: SCHIELD,R L         Date: 06/12/92    Time: 18:13
Approved by: MORGAN,DAVID         Date: 06/15/92    Time: 09:08

---

DATE AND TIME OF THIS REPORT  6/12/92  @ 7:14PM

DETAIL REPORT FOR HARRIS COUNTY
LAW ENFORCEMENT

CASE NO: 9206120646
Date: 03/22/11   Time: 16:42
                 Page:    5

upplement number:    2
  ENTERED BY: SCHIELD,R L          Date: 06/25/92    Time: 15:09
Approved by: SKILLERN,BILL         Date: 06/25/92    Time: 21:16

ON 6/25/92 AT 0930HRS, I, DEPUTY R. L. SCHIELD, UNIT 7108 WENT TO DISSPAYNE
IRECKER AT 2000 HWY 90 AND PROCESSED FOR LATENT PRINTS THE SAFE THAT HAD BEEN
IECOVERED IN THE ABOVE CASE. NO PRINTS WERE DEVELOPED FROM THE INSIDE OF THE
IAFE AS REQUESTED.

DETECTIVES WILL DISPOSE OF THE SAFE

DETAIL REPORT FOR HARRIS COUNTY
LAW ENFORCEMENT

CASE NO: 9206120646
Date: 03/22/11 Time: 16:42
Page:    6

Supplement number:   3
  ENTERED BY: CURRY,DONNA
Approved by:

Date: 05/04/00     Time: 10:05
Date:              Time:

ON 042800 A FAX OF THIS REPORT WAS SENT TO SGT. BILLINGSLEY OF HCSO, DUE
TO HIS REQUEST FOR AN ONGOING INVESTIGATION. THE REPORT WAS FAXED TO 713 672-
8588. HIS PHONE NUMBER IS 713 672-8835.

CAUSE NO. 599218 DEFENDANT'S NAME _Eugene Broxton_
IN THE _209th_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS
I, _PAM KNOBLOCH_ Court Reporter for the _209th_ District Court/County Criminal Court
at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER) P. Trial / Court's Ex 1

### STATE'S EXHIBITS

1 Video
2,3 warrants
4 Consent to search
6 Waiver
7 Property receipt
8, 9 ~~Certified phone message~~ Photo Spreads

### DEFENDANT'S EXHIBITS

1-7 diagrams
8 phone messages
9 copy of last night
Chart 1 Chart
Chart 2 diagram
Chart 3 "

_Pam Knobloch_
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.
DATE: _____ 19___
TIME: _____ A.M./P.M.
RAY HARDY, District Clerk, Harris County, Texas
By _____ Deputy

---

CAUSE NO. 599219 DEFENDANT'S NAME _Eugene Broxton_
IN THE _209th_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS
I, _PAM KNOBLOCH_ Court Reporter for the _209th_ District Court/County Criminal Court
at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER) Pretrial

### STATE'S EXHIBITS

1-10 ID Atm notes Video
1g-fl photos

### DEFENDANT'S EXHIBITS

11 newspaper
12
13
DX-1 note
D-1 Batson - dis. of jurors

_Pam Knobloch_
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.
DATE: _____ 19___
TIME: _____ A.M./P.M.
RAY HARDY, District Clerk, Harris County, Texas
By _____ Deputy

CAUSE NO. _____ IN THE 209th DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS

I, PAMELA K KNOBLOCH Court Reporter for the 209th District Court/County Criminal Court at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:

(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

STATE'S EXHIBITS

1. Key map / image
2. Room diagram
86 3. Photographs
4. mattress and part of mattress
88-89 5. Sheets
90 part of mattress pad

DEFENDANT'S EXHIBITS

1. diagram
2-7 photos
8,9 diagrams
10-19 14 photos
20 video
24-28 photos

*Pam Knobloch*
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: 11/11/97 19____

TIME: 4:35 A.M./P.M.

RAY HARDY, District Clerk, Harris County, Texas

By _____ Deputy

5-E

---

EXHIBIT FILE

CAUSE NO. 599218 DEFENDANT'S NAME: Eugene Broxton

IN THE 209th DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS

I, Pam Knobloch Court Reporter for the 209th District Court/County Criminal Court at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:

(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

STATE'S EXHIBITS

91 Mattress pad
92 mirror
95 gun case
97 comforter
99 sheet rock
101 2 shell casings

DEFENDANT'S EXHIBITS

29,30 diagram
31 records
32 diagram
33 video
34 a + b teddy
35 panties

*Pam Knobloch*
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____ 19____

TIME: 4:15 A.M./P.M.

RAY HARDY, District Clerk, Harris County, Texas

By _____ Deputy

CAUSE NO. 599218    DEFENDANT'S NAME Eugene Broxton

IN THE 209th DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS

I, _____ Court Reporter for the 209th District Court/County Criminal Court

at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

STATE'S EXHIBITS

| | | |
|---|---|---|
| 2,103 | projectiles | 108-A Photo of gun marked 108 by court |
| 104 | purse | Order to Restore Property |
| 105 | wallet | May 12 1997 |
| 106 | watch | |
| 107 | knife | |
| 108 | 22 magnum pistol | |

DEFENDANT'S EXHIBITS

| | |
|---|---|
| 37 | glass pipe |
| 38 | 22 syringes |
| 39 | records |
| 40-42 | photos |
| 43 | records |
| 44 | Taxes Start |

*Pam Knobloch*
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____ 19___  RAY HARDY, District Clerk, Harris County, Texas

TIME: _____ A.M./P.M.  By _____ Deputy

---

CAUSE NO. 599218    DEFENDANT'S NAME Eugene Broxton

IN THE 209th DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS

I, PAM KNOBLOCH Court Reporter for the 209th District Court/County Criminal Court

at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

STATE'S EXHIBITS

| | | |
|---|---|---|
| 109 | ring | |
| 111 | Keys w/ remote | |
| 113 | 22 pistol | Model RG23 Cal 22LR F-706278 |
| 114 | bag of 22 shells | |
| 117 | Calendar book | |
| 118 | Savings book | |

DEFENDANT'S EXHIBITS

| | |
|---|---|
| 45 | Corpus/IC |
| 47-60 | records |
| 61-63 | charts |

*Pam Knobloch*
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____ 19___  RAY HARDY, District Clerk, Harris County, Texas

TIME: 3:30 _____ A.M./P.M.  By _____ Deputy

CAUSE NO. _599218_   DEFENDANT'S NAME _Eugene Broxton_

IN THE _209 +_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS

I, _____ Court Reporter for the _209_ District Court/County Criminal Court

at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

S T A T E ' S   E X H I B I T S

119 — voided checks
120 — address book
121 — note pad
122, 123 — photos
124-126 — 3 skull (drawings)
127, 128 — Medicine records

D E F E N D A N T ' S   E X H I B I T S

_____
_____
_____
_____
_____

Pam Knoblock
COURT REPORTER

FILED TYRIA
KATHERINE TYRIA CLERK
HARRIS MAY 11  2 35 PM '92

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____  19____    RAY HARDY, District Clerk, Harris County, Texas

TIME: _____  A.M./P.M.    By _____ Deputy

---

CAUSE NO. _599219_   DEFENDANT'S NAME _Eugene Broxton_

IN THE _209+_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS

I, _Pam Knoblock_ Court Reporter for the _209_ District Court/County Criminal Court

at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

S T A T E ' S   E X H I B I T S

129 — deposition
130 — diagram
131 — photo
134-137 — hair
138, 139 — blood samples
140-147 — photos

D E F E N D A N T ' S   E X H I B I T S

_____
_____
_____
_____
_____

Pam Knoblock
COURT REPORTER

FILED TYRIA
KATHERINE TYRIA CLERK
HARRIS MAY 11  2 35 PM '92

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____  19____    RAY HARDY, District Clerk, Harris County, Texas

TIME: _____  A.M./P.M.    By _____ Deputy

AUSE NO. _599218_ DEFENDANT'S NAME _Eugene BROXton_

N THE _209th_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. ____ OF HARRIS COUNTY, TEXAS

I, _PAm KNOBLOCH_ Court Reporter for the _209_ District Court/County Criminal Court

t Law No. _____, do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

### STATE'S EXHIBITS

| | |
|---|---|
| 18/150 | pen packets |
| 151 | photo spread |
| 152 | video |
| 3-158 | photos |
| 159 | gun strip |
| 162 | records |

### DEFENDANT'S EXHIBITS

_____

_____

_____

_____

_____

_____

_Pam Knobloch_
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____ 19___    RAY HARDY, District Clerk, Harris County, Texas

TIME: _____1 4 45_____ A.M./P.M.    By _____ Deputy

---

CAUSE NO. _599218_ DEFENDANT'S NAME _Eugene BROXton_

IN THE _209th_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. ____ OF HARRIS COUNTY, TEXAS

I, _PAm KNOBLOCH_ Court Reporter for the _209_ District Court/County Criminal Court

at Law No. _____, do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

### STATE'S EXHIBITS

| | |
|---|---|
| 164 | photo spread |
| 6-170 | photo |
| 171 | video |
| 12-176 | photo |
| 177 | video |
| 178 | diligenum |

### DEFENDANT'S EXHIBITS

_____

_____

_____

_____

_____

_____

_Pam Knobloch_
COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____ 19___    RAY HARDY, District Clerk, Harris County, Texas

TIME: _____1 4 30_____ A.M./P.M.    By _____ Deputy

CAUSE NO. _599218_ DEFENDANT'S NAME _Eugene Broxton_
IN THE _209th_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS
I, _PAM KNOBLOCH_ Court Reporter for the _209th_ District Court/County Criminal Court
at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

### STATE'S EXHIBITS

| 179 | Video |
| 30-192 | photo |
| 193-198 | Shoestring |
| 8-203 | Photos |
| 205 | Print card |
| 6-215 | photos |

### DEFENDANT'S EXHIBITS

COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____ 19____   RAY HARDY, District Clerk, Harris County, Texas

TIME: _____ 7:30 A.M./P.M.   By _____ Deputy

---

CAUSE NO. _599218_ DEFENDANT'S NAME _Eugene Broxton_
IN THE _209th_ DISTRICT COURT / COUNTY CRIMINAL COURT AT LAW NO. _____ OF HARRIS COUNTY, TEXAS
I, _PAM KNOBLOCH_ Court Reporter for the _209th_ District Court/County Criminal Court
at Law No. _____ , do hereby tender for filing to Ray Hardy, District Clerk, Harris County, the following exhibits in the above styled and numbered cause:
(LIST EXHIBITS, INCLUDING SERIAL AND/OR MODEL NUMBER)

### STATE'S EXHIBITS

| 216-216A | Diagrams |
| 217-218 | photos |
| 219 | title |
| 220 | license |
| 221-228 | Photos |
| 229 | Application |
| 230 | Stipulations |

### DEFENDANT'S EXHIBITS

COURT REPORTER

I, RAY HARDY, District Clerk, Harris County, Texas, do hereby acknowledge receipt of the above listed exhibits ONLY as tendered and described above with no responsibility as to the weights or veracity of contents in the above styled and numbered cause.

DATE: _____ 19____   RAY HARDY, District Clerk, Harris County, Texas

TIME: _____ A.M./P.M.   By _____ Deputy

```
JURYW (6ND2)      JUSTICE INFORMATION MANAGEMENT SYSTEM      NOV 07, 2003(C2)

SPR10                    SHERIFF'S PROPERTY ROOM              OPT _____ - SPR

                         MULTIPLE ITEM ENTRY                  PAGE:  42 -   42


CASE #: 91051/0385 SUBMIT OFF: O.L.MUIR HOM.DIV,_____ DIST/UNIT: 31 / 02

BADGE : ____       SUBMIT DATE: 05231991  CRT> ___        CAUSE #: _____

DEFENDANT: UNK_____ ME #: _____ DPS #: _____

FBI #: _____ MASTER TAG: _____ NARC #: _____  OFFENSE TYPE> 99900_

REC'D BY: K.SPURLOCK PROPERTY ROOM____  CARRIER: O.L.MUIR HOM.DIV,_____

MISC #: _____ PERSONAL ID: _____ SPN: _____ DIM/JOT IND: _ #: _____


    QTY   STOR LOC   TYPE   MAKE   MODEL   CAT ·   SERIAL NUM    ITEM-ID·

_   1__   P 11346_   E_    SW__   29__    WEA    N893047_____   66378_____

    DESC: 1) S&W 44 CAL REVOLVER S# N893047 M# 29-3 (GRIP IS CHIPPED; 052093)_

          _____

    OFFENSE RPT#: _____  ORI AGENCY#> _____  OWNER: _ STOLEN: _

_   ___   _____   __   ____   ____    ___    _____   _____

    DESC: _____

          _____

    OFFENSE RPT#: _____  ORI AGENCY#> _____  OWNER: N STOLEN: N

==>

1=SINGLE ENTR 2=COPY ARTICL 3=RELEASE UPD 4=RETURN UPDT 5=DESTRUCT UP    ___

6=RECEIVE UPD 7=BACKWARD   8=FORWARD     9=INQUIRY    10=REFRESH   11=HELP
```

*in HCSO*
~~witness~~
*evidence*

6=RECEIVE UPD 7=BACKWARD    8=FORWARD      9=INQUIRY     10=REFRESH

VIDEO DISPLAY COPIED TO PRINTER KAW2

JURYW (6ND2)     JUSTICE INFORMATION MANAGEMENT SYSTEM     JUL 29, 2003(C2)

SPR90                    SHERIFF'S PROPERTY ROOM           OPT _____ - SPR

                         GENERAL INQUIRY                   PAGE:   1 -  17

    NUM> C 9105170385____    SUBMITTED BY: _____

    DATE: _____ - _____ DESCRIPTION: _____

STATUS: _  HELD: _  DIST: __    UNIT: __  LOC: _____   ITEM ID: _____

    CRT> ___ CAT> ___ PROP TYPE> ___ MAKE> ____ MODEL: ____ OWNER: _ STOLEN: _


        HELD       NUM                 DESCRIPTION

  _   <A>      SHF  9105170385    D.O.A.SHOOTING/1-PR.BLUE CUT OFF PANTS(EVIDE
      CASE: 9105170385  OWNER:    STOLEN:    COURT:     ITEM#: 36592

  _   <A>      SHF  9105170385    1-PR.TAN KHAKI PANTS
      CASE: 9105170385  OWNER:    STOLEN:    COURT:     ITEM#: 36593

  _   <A>      SHF  9105170385    3-BOTTLES OF PROTTFINO COLOGNE
      CASE: 9105170385  OWNER:    STOLEN:    COURT:     ITEM#: 36594

  _   <A>      SHF  9105170385    PR.BLUE JEANS(ITEMS NOT VERIFIED BY PROPERTY
      CASE: 9105170385  OWNER:    STOLEN:    COURT:     ITEM#: 36600

  _   <A>      SHF  9105170385    PR.LT.BROWN PANTS
      CASE: 9105170385  OWNER:    STOLEN:    COURT:     ITEM#: 36601

 -=> * TOP OF DISPLAY *

1=MULTI ENTRY 2=PROP DET UP 3=PROP RELEAS 4=ATTACH SUMM 5=PROP RETURN    ___

6=OWNER INQ    7=BACKWARD    8=FORWARD    9=    10=REFRESH    11=HELP

JURYW (6ND2)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JUL 29, 2003(C2)

SPR90    SHERIFF'S PROPERTY ROOM    OPT _____ - SPR

GENERAL INQUIRY    PAGE:  17 -   17

NUM> C 9105170385 ____  SUBMITTED BY: .........................

DATE: _____ - _____ DESCRIPTION: _____

STATUS: _  HELD: _  DIST: __  UNIT: __  LOC: _____  ITEM ID: _____

CRT> ___ CAT> ___ PROP TYPE> ___ MAKE> ____ MODEL : ____ OWNER: _ STOLEN: _

|   | HELD | NUM | DESCRIPTION |
|---|------|-----|-------------|
| _ | \<A> | SHF  9105170385 | 1-SPENT .44 SLUG(REC,SEALED,061592 FROM DET, |
| | CASE: 9105170385  OWNER:  STOLEN:  COURT:  ITEM#: 53560 | | |
| _ | \<A> | SHF  9105170385 | SEALED ENVELOPE W/ CLOTHING & BINDING(REC, 9 |
| | CASE: 9105170385  OWNER:  STOLEN:  COURT:  ITEM#: 57615 | | |
| _ | \<A> | SHF  9105170385 | 1) S&W 44 CAL REVOLVER S# N893047 M# 29-3 (G |
| | CASE: 9105170385  OWNER:  STOLEN:  COURT:  ITEM#: 66378 | | |

==>

1=MULTI ENTRY 2=PROP DET UP 3=PROP RELEAS 4=ATTACH SUMM 5=PROP RETURN    ___

# SEIZURE AND FOREITURE COURT

### 301 SAN JACINTO, ROOM 829
### HOUSTON, TEXAS 77002
### TELEPHONE (713) 755-6730



JUNE 30, 1992

TO : DISTRICT ATTORNEY                                    49999997
        201      FANNIN #200
    HOUSTON        , TX    77002

### DOCKET CONTROL ORDER

1.  N/A       NEW PARTIES shall be joined and served by this date. The
              party causing such joinder will provide copies of this
              order to the new parties.
2.  N/A       EXPERTS for all plaintiffs shall be designated by this
              date. Experts for all other parties shall be designated 30
              days after this date.  No additional experts will be
              permitted to testify except for good cause shown.
3.  8/14/92   DISCOVERY shall be completed by this date.  Counsel may by
              agreement continue discovery beyond this deadline; such
              continued discovery, however will not delay the trial date
4.  N/A       AMENDMENTS to pleadings shall be filed by this date.
5.  N/A       JOINT PRE-TRIAL ORDER shall be filed by this date in the
              form enclosed with the notice of this order.
6.  9/14/92   PRE-TRIAL CONFERENCE will be held.  Trial counsel are
    9:00 am   ordered to attend and be prepared to discuss all aspects
              of the suit and trial.
7.  9/14/92   TRIAL IS SET FOR THIS DATE. If the case is not assigned to
              trial by the second Friday after this date, the trial date
              will be reset.
NOTE:         If no date is shown, time limits are governed by the
              applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 20th DAY OF    July        1992.

                              SEIZURE & FORFEITURE COURT

CASE - 9226448    FILED - 061292    COURT - 777
TYPE - SEIZURE & FORFEITURE
STATE OF TEXAS                      VS $1,000,000.00

Certified Document Number: 33779660 - Page 1 of 1

                                            777L13 - 76 - SF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779660 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



92-26448

THE STATE OF TEXAS                    §        IN THE DISTRICT COURT OF
                                      §
VS.                                   §
                                      §
APPROXIMATELY                         §        HARRIS COUNTY, TEXAS
$1,000,000.00 IN UNITED               §
STATES CURRENCY                       §        234TH    JUDICIAL DISTRICT

ORIGINAL ANSWER OF DEFENDANT CARLA J. SMITH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **CARLA J. SMITH**, Defendant herein, by and through her attorney of record, Chris Flood, and in answer to the Original Notice of Seizure and Intended Forfeiture against the same says more particularly as follows:

1.    Defendant denies all and singular, each and every allegation made by Plaintiff and relied upon by it as the basis of its alleged cause of action and demands strict proof thereof.

2.    Defendant further says that the Respondent $1,000,000.00 in United States Currency is not subject to forfeiture because it was illegally seized on June 12, 1992 and Plaintiff continues to unlawfully withhold possession of the $1,000,000.00 in U.S. Currency.

WHEREFORE, PREMISES CONSIDERED, Claimant prays that the Court will in all things deny the State's Motion for Forfeiture as prayed for and that Defendant will have judgment over and against Plaintiff in and to the Respondent $1,000,000.00 in U.S. Currency;

1

Certified Document Number: 33779698 - Page 1 of 3

and that he have all of the relief at law and in equity to which he may show himself justly entitled.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700
Attorney for Claimant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing **Original Answer of Defendant Carla J. Smith** has been forwarded to Mr. Brian Johnson, Assistant District Attorney, by mailing a copy to 201 Fannin Street, Suite 200, Houston, Texas 77002 on this _28th_ day of June, 1992.

Chris Flood

Certified Document Number: 33779698 - Page 2 of 3

2

## AFFIDAVIT

THE STATE OF TEXAS      X

                               X

COUNTY  OF  HARRIS      X

      BEFORE ME, the undersigned authority, on this day personally

appeared Chris Flood, who, after being by me first duly sworn, on

her oath deposed and said:

> "My name is Chris Flood.  I am the attorney for the
> Defendant, CARLA J. SMITH and have been authorized to
> file the Original Answer to which this Affidavit is
> attached.  All statements contained in said Original
> Answer are true and correct."

                        _____
                        Chris Flood

      SUBSCRIBED AND SWORN TO BEFORE ME on this the _25TH_ day of

June, 1992.

                        _____
                _Paula Pizzitola_ , Notary Public
                In and for The State of Texas
                My commission expires _____

Certified Document Number: 33779698 - Page 3 of 3

3



I, Chris Daniel. District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779698 Total Pages: 3

Chris Daniel. DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| V. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

### ORDER SUSTAINING PLAINTIFF'S SPECIAL EXCEPTIONS

On July 22, 1992 came on to be heard Plaintiff's Special Exceptions to Respondent's First Amended Original Answer and the same are hereby sustained as follows: Plaintiff's First Special Exception is Sustained and Plaintiff's Second Special Exception is Denied.

The Court hereby finds that it is apparent from the Respondent's First Amended Original Answer that she has negated her interest as owner or interest holder in the subject matter property and therefore her standing as a party to this suit. THEREFORE, it is hereby ORDERED that the special exceptions to Respondent's First Amended Original Answer in the instant cause, filed by Plaintiff are sustained as reflected above. The Respondent is ORDERED to amend her petition and include therein any relevant, material facts which would establish such ownership or interest and thereby her standing to proceed as a party. Said amended Answer must be filed within by August 24, 1992, to avoid striking of Respondent's Answer.

The Court further ORDERS *sets* this cause *SET* for trial on the merits on November 16, 1992.

RECORDER'S MEMORANDUM:
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

The Clerk is ~~ORDERED to~~ shall, mail copies of this order to counsel for Respondent and for Plaintiff.

SIGNED this the 24th day of August, 1992.

JUDGE PRESIDING
234TH DISTRICT COURT

RECORDER'S MEMORANDUM:
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

Certified Document Number: 33779688 - Page 3 of 3

FILED
KATHERINE TYRA
DISTRICT CLERK
HARRIS COUNTY, TEXAS

92 AUG 12  AM 10: 40

BY_____ DEPUTY



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:         33779688 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com





92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| APPROXIMATELY | § | |
| $1,000,000.00 IN UNITED | § | |
| STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

### SECOND AMENDED ORIGINAL ANSWER OF CLAIMANT CARLA J. SMITH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, equitable owner herein of the Respondent property, by and through her attorney, Chris Flood, and in answer to the Original Notice of Seizure and Intended Forfeiture against the approximately $1,000,000.00 in United States Currency referenced above says more particularly as follows:

1.    CARLA J. SMITH, owner of the Respondent property as defined by Art. 59.01(5) Tex.C.Crim.Proc., and a necessary party to this proceeding by virtue of her having a possessory interest in the place where the Respondent property was seized, pursuant to Art. 59.04(j) Tex.C.Crim.Proc., denies the allegations contained in paragraphs IV and VI of Plaintiff's Original Notice of Seizure and Intended Forfeiture, and demand strict proof thereof.

2.    Owner further says that the Respondent $1,000,000.00 in United States currency is not subject to forfeiture because it was illegally seized on June 12, 1992 and Plaintiff continues to unlawfully withhold possession of the $1,000,000.00 in U.S. currency.

WHEREFORE, PREMISES CONSIDERED, **CARLA J. SMITH** prays that the Court will in all things deny the State's Original Notice of Seizure and Intended Forfeiture as prayed for, and that she will have judgment over and against Plaintiff in and to the Respondent $1,000,000.00 in U.S. currency and that she shall have all of the relief at law and in equity to which she may show herself justly entitled.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1018 Preston, 7th Floor
Houston, Texas   77002
(713) 223-5959
State Bar No. 07155700
Attorney for Claimant

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing **Second Amended Original Answer of Claimant Carla J. Smith** has been forwarded to Mr. Brian Johnson, Assistant District Attorney, by hand delivering a copy to 201 Fannin Street, Suite 200, Houston, Texas 77002 on this 11th day of September, 1992.

Chris Flood

Certified Document Number: 33779687 - Page 2 of 3

## AFFIDAVIT

THE STATE OF TEXAS     X

COUNTY OF HARRIS     X

    BEFORE ME, the undersigned authority, on this day personally appeared Chris Flood, who, after being by me first duly sworn, on her oath deposed and said:

> "My name is Chris Flood. I am the attorney for the Claimant, CARLA J. SMITH and have been authorized by her to file this Seconded Amended Original Answer to which this Affidavit is attached. All statements contained therein are true and correct to the best of my knowledge and belief."

_____

Chris Flood

    SUBSCRIBED AND SWORN TO BEFORE ME on this the 11th day of September, 1992.

_____, Notary Public

In and for The State of Texas

My commission expires _____



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779687 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# SEIZURE AND FORFEITURE COURT

301 SAN JACINTO, ROOM 829
HOUSTON, TEXAS 77002
TELEPHONE (713) 755-6730



SEPTEMBER 8, 1992

TO : DISTRICT ATTORNEY                                49999997
      201     FANNIN #200
   HOUSTON          , TX     77002

### DOCKET CONTROL ORDER

1.  N/A      NEW PARTIES shall be joined and served by this date. The
             party causing such joinder will provide copies of this
             order to the new parties.
2.  N/A      EXPERTS for all plaintiffs shall be designated by this
             date. Experts for all other parties shall be designated 30
             days after this date.  No additional experts will be
             permitted to testify except for good cause shown.
3. 10/16/92  DISCOVERY shall be completed by this date.  Counsel may by
             agreement continue discovery beyond this deadline; such
             continued discovery, however will not delay the trial date
4.  N/A      AMENDMENTS to pleadings shall be filed by this date.
5.  N/A      JOINT PRE-TRIAL ORDER shall be filed by this date in the
             form enclosed with the notice of this order.
6. 11/16/92  PRE-TRIAL CONFERENCE will be held.  Trial counsel are
   9:00 am   ordered to attend and be prepared to discuss all aspects
             of the suit and trial.
7. 11/16/92  TRIAL IS SET FOR THIS DATE. If the case is not assigned to
             trial by the second Friday after this date, the trial date
             will be reset.
NOTE:        If no date is shown, time limits are governed by the
             applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 14ᵗʰ DAY OF September 1992.

                              SEIZURE & FORFEITURE COURT

CASE - 9226448    FILED - 061292    COURT - 777
TYPE - SEIZURE & FORFEITURE
STATE OF TEXAS                      VS $1,000,000.00

Certified Document Number: 33779659 - Page 1 of 1

777L03 - 89 - SF



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 1, 2011

Certified Document Number:        33779659 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

# SEIZURE AND FORFEITURE COURT

301 SAN JACINTO, ROOM 829
HOUSTON, TEXAS 77002
TELEPHONE (713) 755-6730

SEPTEMBER 8, 1992

TO : FLOOD,  CHRISTOPHER M.                          07155700
     1018        PRESTON 7TH FL
     HOUSTON      , TX    77002

### DOCKET CONTROL ORDER

1.  N/A      NEW PARTIES shall be joined and served by this date. The
             party causing such joinder will provide copies of this
             order to the new parties.
2.  N/A      EXPERTS for all plaintiffs shall be designated by this
             date. Experts for all other parties shall be designated 30
             days after this date.  No additional experts will be
             permitted to testify except for good cause shown.
3. 10/16/92  DISCOVERY shall be completed by this date.  Counsel may by
             agreement continue discovery beyond this deadline; such
             continued discovery, however will not delay the trial date
4.  N/A      AMENDMENTS to pleadings shall be filed by this date.
5.  N/A      JOINT PRE-TRIAL ORDER shall be filed by this date in the
             form enclosed with the notice of this order.
6. 11/16/92  PRE-TRIAL CONFERENCE will be held.  Trial counsel are
   9:00 am   ordered to attend and be prepared to discuss all aspects
             of the suit and trial.
7. 11/16/92  TRIAL IS SET FOR THIS DATE. If the case is not assigned to
             trial by the second Friday after this date, the trial date
             will be reset.
NOTE:        If no date is shown, time limits are governed by the
             applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 14ᵗʰ DAY OF September 1992.

                              SEIZURE & FORFEITURE COURT


     CASE - 9226448    FILED - 061292    COURT - 777
     TYPE - SEIZURE & FORFEITURE
     STATE OF TEXAS                       VS $1,000,000.00

Certified Document Number: 33779658 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779658 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| APPROXIMATELY $1,000,000.00 IN UNITED STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

## O R D E R

On this the 13th day of October , 1992, came on to be heard Plaintiff's Motion to correct the caption of the above action. It appears to the court that Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, that the caption in the above action is changed to read $888,598.00 in United States Currency.

SIGNED this 13th day of October , 1992.

_____
HONORABLE JUDGE PRESIDING

APPROVED AS TO FORM:

BY: _____
Brian K. Johnson
Assistant District Attorney
Special Crimes Bureau
201 Fannin, Suite 200
Houston, Texas 77002-1901
(713) 755-5840
TBC # 10685600

RECORDER'S MEMORANDUM
This Instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming



Certified Document Number: 33779664 - Page 1 of 2    V6975 P0668



F I L E D
KATHERINE TYRA
District Clerk

10-01-92

Harris County, Texas
By _____
                    Deputy

Recorded Document Number: 33779664 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779664 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

SX-2

92-26448

## STATEMENT OF PERSON IN CUSTODY

Date _June 12, 1992_

Time _10:42 p.m._

Statement of ___Carla Jeannett Smith___ taken in Harris County, Texas.

Prior to making this statement I have been warned by ___Detective M.R. Daniel___,
the person to whom this statement is made, that:

1) I have the right to remain silent and not make any statement at all and any state-
   ment I make may and probably will be used against me at my trial;
2) Any statement I make may be used as evidence against me in court;
3) I have the right to have a lawyer present to advise me prior to and during any
   questioning;
4) If I am unable to employ a lawyer, I have the right to have a lawyer appointed to
   advise me prior to and during any questioning; and
5) I have the right to terminate the interview at any time.

Prior to and during the making of this statement I knowingly, intelligently, and volun-
tarily waive the rights set out above and make the following voluntary statement:

I have been informed that under the Penal Code of the State of Texas,
Section 37.02: A person commits the offense of "Perjury" if, with
intent to deceive and with knowledge of the statement's meanings;
.e makes a false statement under oath or swears to the truth of a
false statement previously made; and the statement is required or
authorized by law to be made under oath.

My full name is Carla Jeannett Smith. I am a black female, 25 years of age,
having been born on 2-8-67. I currently reside at 9603 Homestead. I live
there alone. My TDL# is 12741322. My SS# is 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. My home phone
number is 635-7529. I am currently employed at the Swiss Village Apartments,
9603 Homestead, phone 633-8547.

On 5/19/92 I rented an apartment at the Oaks of Woodforest Apartment Complex,
apartment #95. I have been in the process of moving but my car had broken
down. Since I did not have a ride I have been staying at the Swiss Village
Apts. where I work.

The last time I was at the apartment was the first weekend in June 1992.

Officer Daniel asked me to come to the Wallisville Substation and give this
statement in reference to a large sum of money that was found in my apartment
which I was moving into.

When I left my apartment the first week end in June 1992 there was no safe
or large sum of money in my apartment. I do not know who the large sum of
money or safe in the apartment belongs to.

F I L E D

KATHERINE TYRA
District Clerk

11.10.92

Harris County, Texas

By_____ Deputy

CR-7 (10/80)

Statement of Carla Jeannett Smith                          page 2 of 2

I came to the Wallisville Substation strictly to give my statement in
regards to the money which I have no knowledge of.

I can read and write the English Language and I have read this statement
which I have made consisting of two pages and I find it to be true and correct
to the best of my knowledge.  I gave this statement of my own free will.


                                 Carla Jeannett Smith


Subscribed and sworn to before me the undersigned authority on this the
12th day of June A. D. 1992.


                                 Sherri Lyn Hicks, Notary Public in and
                                 for Harris County, Texas.  My Commission
                                 expires 03-08-96.

Certified Document Number: 33779673 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:         33779673 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

Certified Document Number: 33779666 - Page 1 of 7

HARRIS COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT
SR NUMBER 92-0612064/6

HARRIS COUNTY SHERIFF'S DEPARTMENT
OFFENSE REPORT
CASE NUMBER 92-0612064/6
Apt 5/86

| CASE STATUS | |
|---|---|
| UNFOUNDED | ☐ |
| CLEARED/ARREST | ☐ |
| EXCEPTIONAL/CLEARED | ☒ |

| 1. COMPLAINANT (LAST, FIRST, MIDDLE) | | | | |
|---|---|---|---|---|
| STATE OF TEXAS | | | | |
| | RACE | SEX | DOB | AGE | DL# |

2. ADDRESS (NUMBER & STREET)
1301 FRANKLIN HOUSTON

| 3. HOME TELEPHONE | BUSINESS TELEPHONE |
|---|---|
| 755-7947 | |

4. BUSINESS ADDRESS/OCCUPATION

5. WEATHER CONDITIONS:
DAYTIME HOURS

6. OFFENSE AS REPORTED:
SHOOTING INVESTIGATION—

7. OFFENSE CHANGED TO:
RECOVERED STOLEN Property & APPRY. Prop.

8. LOCATION OF OFFENSE:
250 WALDE #95

9. DISTRICT/KEY MAP:
3A/457 W

10. TYPE OF PREMISES:
APT. COMPLEX

11. DAY/DATE/TIME:
FRI/6-12-92/8:51 AM

| 12. VEHICLE INVOLVED | | | | | | |
|---|---|---|---|---|---|---|
| MAKE | MODEL | LIC | LIS | LIY | COLOR |

| 13. PROPERTY INVOLVED: | | | | | | | |
|---|---|---|---|---|---|---|---|
| QTY | ITEM TYPE | SERIAL # | BRAND | MODEL # | DAN# | MISC | VALUE |

14. SYNOPSIS: When INVESTIGATING A REPORTED SHOOTING AT 250
WALDE #95 I RECOVERED TWO PISTOLS ONE OF WHICH WAS
STOLEN AND A LARGE AMOUNT OF AMERICAN CURRENCY.

F I L E D
KATHERINE TYRA
District Clerk
6-14-92
Harris County, Texas
By_____ Deputy

| | REPORTING DEPUTY | UNIT # | BADGE # |
|---|---|---|---|
| | G. WORLEY | 457 | 2011 |
| | SECOND DEPUTY | UNIT # | BADGE # |

APPROVING SUPERVISOR        DATE APPROVED

CASE ORR.

HARRIS COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER *92-06120646*

| COMPLAINANT (LAST, FIRST, MIDDLE) | LOCATION OF OFFENSE | DATE |
|---|---|---|
| *STATE OF TEXAS* | *2500 UVALDE #95* | *6/12/92* |

| REPORTEE/WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| BUSINESS ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| WORK ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| WORK ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| INTRODUCTION/YOUR LOCATION | FROM WHOM | TIME RCVD | TIME ARRIVED | FIRST OFFICER ON SCENE |
|---|---|---|---|---|
| *300 NORMANDY* | *DISP* | *849 AM* | *855 AM* | *WORLEY* |

SCENE SUMMARY:
*THE SCENE WILL BE APT #95, AT THE OAKS OF WOODFOREST APT. COMPLEX, LOCATED AT 2500 UVALDE, ON THE WEST SIDE OF THE ROADWAY. APT #95 IS ON THE FIRST FLOOR OF A TWO STORY APT. BUILDING THAT CONTAINS NUMEROUS OTHER APTS. APT #95 FACES NORTH. VISIBILITY EXCELLENT, DUE TO ARTIFICIAL INTERIOR LIGHTING, DURING DAYTIME HOURS.*

INVESTIGATIVE NARRATIVE: *ON FRI, 6/12/92, AT 849 AM, I, DEPUTY G. WORLEY, U#4551 WAS ON PATROL IN THE 300 BLK OF NORMANDY, WHEN I WAS ADVISED BY THE DISP. OF A SHOOTING, TWO WOUNDED OR DEAD, AND A LARGE AMOUNT OF DRUG MONEY, AT 2500 UVALDE #95, THE OAKS OF WOODFOREST APTS. UPON MY ARRIVAL, AT 855 AM, I FOUND THE FOLLOWING.*
*AS DEPUTY C. WHITSEY, U#4554, DEPUTY M. SMITH, U#4557 AND I*

| HOSPITAL | AMBULANCE/NO. OF ATTENDANTS | DOCTOR | INJURIES | M. E. |
|---|---|---|---|---|
| | | | | |

| EVIDENCE/PROPERTY RCVD | PROPERTY ROOM | TAG # | CRIME LAB | PHOTOS | OTHER |
|---|---|---|---|---|---|
| (YES) NO | (YES) NO | | (YES) NO | (YES) NO | |

Revised 2/85 (EB 142)
A

Certified Document Number: 33779666 - Page 2 of 7

HAR COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER 92-06120646

APPROACHED THE APT, WE OBSERVED THREE BULLET HOLES, ABOUT
HEAD LEVEL, IN A BEDROOM WINDOW, ADJACENT TO THE FRONT
DOOR. I ALSO OBSERVED A BULLET HOLE IN THE FRONT DOOR, APPROX.
AT EYE LEVEL.

REALIZING THE DISTINCT POSSIBILITY THAT THERE WERE WOUNDED
OR DEAD IN THE APT, I KNOCKED ON THE FRONT DOOR, AND
PUSHED. THE DOOR, WHICH WAS NOT LOCKED, OPENED. I YELLED.
"SHERIFF", AND ENTERED, ALONG WITH DEPUTIES WHITSEY AND
SMITH. AS OUR EYES ADJUSTED TO THE LIGHT DIFFERENCE,
WE HEARD A VOICE SAY "I'M IN HERE, DON'T SHOOT". THE
VOICE CAME FROM A B/M, WHO IDENTIFIED HIMSELF AS HOYLE
MINDENHALL, WHO WAS GETTING OUT OF A BED IN THE MASTER
BEDROOM. I DIRECTED HIM TO A COUCH IN THE LIVINGROOM,
A SECURE PLACE. ALSO IN THE BED, ON THE FAR SIDE, WAS A W/F,
IDENTIFIED BY HER TDL AS STACEY LYSACK 2/26/77. AFTER
SECURING HER, AND CLEARING THE APT, FOR OUR SAFETY, DEPUTIES
WHITSEY AND SMITH BEGAN TALKING WITH OCCUPANTS. AS THIS
WAS TAKING PLACE, I NOTICED TWO PISTOLS ON THE MASTER
BEDROOM FLOOR, WITHIN ARMS REACH OF WHERE THE B/M HAD
BEEN LAYING ON THE BED.

GENTLY RECOVERING THE PISTOLS, I FOUND THAT ONE PISTOL WAS
A SIX INCH BLUE STEEL, S/W, .44 MAGNUM, MODEL 29, S# N893047.
THE SECOND PISTOL, A TWO INCH BLUE STEEL, S/W, .38 SPECIAL,
MODEL 36, S#85052 WAS LOADED WITH SIX LIVE ROUNDS. THE .44 MAG.
HAD FOUR SPENT ROUNDS, AND TWO LIVE. CHECKING THE SERIAL
NOS. WITH OUR DISP, I WAS ADVISED THAT THE .38 WAS NOT
REPORTED STOLEN. HOWEVER, THE .44 MAG, WAS REPORTED STOLEN
UNDER HCSD CASE NUMBER 91-0517085, AND WAS A MURDER
WEAPON, THAT HAD NEVER BEEN RECOVERED. I THEN SECURED BOTH
GUNS IN MY PATROL CAR.

AS THIS WAS TAKING PLACE, SGT. J. RANKIN, U#455, ARRIVED,
AND OBTAINED A VOLUNTARY CONSENT TO SEARCH FROM MR.
MINDENHALL. UPON RETURNING TO THE APT, MR. MINDENHALL STATED
THAT AT APPROX. 100 AM, 6/12/92, FRI. TWO UNKNOWN B/M'S,
WEARING SKI MASKS, HAD PUSHED THEIR WAY IN BEHIND HIS
GIRLFRIEND, STACEY LYSACK, AND POINTED UNKNOWN TYPES OF
GUNS AT THEM. ACCORDING TO MR. MINDENHALL THE TWO UNKNOWN

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
| G. WORLEY | 4551 | 1102 | 49076 | 6/12/92 |

Revised 2/85 (HP 144)

Certified Document Number: 33779666 - Page 3 of 7

HAR COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER 92-06/20646

B/M's DEMANDED MONEY, MR. MINDINHALL STATED THAT HE WAS ABLE TO GET TO THE MASTER BR, AND RETREIVE THE .44 MAGNUM, AND FIRE FOUR SHOTS, FROM THE BEDROOM, AT THE TWO SUSPECTS. HE THEN ADVISED THAT BOTH SUSPECTS THEN FLED.

As MR. MINDINHALL WAS RELATING THE STORY TO ME A QUICK SEARCH OF THE APT. WAS TAKING PLACE. THE SEARCH REVEALED A CASHBOX IN A HALLWAY CLOSET, THAT WHEN OPENED, CONTAINED A HEAVY WHITE POWDERY RESIDUE. SGT. RANKIN, USING A "C-PAK" TEST KIT, OBTAINED A POSITIVE RESULT FOR COCAINE. WE ALSO FOUND A LOCKED CLOSET DOOR, ADJACENT TO THE BATHROOM. THE DOOR HAD NO KNOB, ONLY A KEY LOCK.

FORCING THE DOOR OPEN, WE FOUND A SAFE, MADE BY STAR, MODEL # UNK, S# JIS-51097, STANDING AGAINST A WALL. THE SAFE, APPROX. FOUR FT. TALL, AND APPROX THIRTY INCHES WIDE, WAS THE ONLY ITEM IN THE CLOSET, NO CLOTHING OR PERSONAL ITEMS. REALIZING THAT THE INVESTIGATION WAS TAKING DIFFERENT TURN, WE STOPPED OUR SEARCH, AND AWAITED THE ARRIVAL OF THE NARCOTICS DOGS. AT THIS POINT, DEPUTY SMITH TRANSPORTED BOTH SUBJECTS TO STA. 3, FOR FURTHER INVESTIGATION.

WHILE AWAITING THE ARRIVAL OF THE DOG UNIT, I CHECKED THE PARKING AREA, NORTH OF THE APT. FOR ANY PHYSICAL EVIDENCE. THERE, I FOUND A LARGE CALIBER SLUG, DEFORMED, APPROX. ONE HUNDRED FEET FROM THE APT. DUE TO THE LARGE NUMBER OF BYSTANDERS, BY THIS TIME, I RECOVERED THE SPENT SLUG. AS I WAS LOOKING FOR MORE, I WAS APPROACHED BY A W/F WHO IDENTIFIED HERSELF AS PAULA PITTS, 6/24/64, 250 UVALDE #94, P# 455-2942, AND A B/F, WHO IDENTIFIED HERSELF AS RAMONA CONNER, 11/7/64, 250 UVALDE #90, NO PHONE. THEY BOTH STATED THAT THE B/M FROM APT #95, DID INDEED LIVE THERE, AND WAS KNOWN TO THEM AS "QUIG". THEY ALSO ADVISED ME THAT A SECOND B/M, KNOWN TO THEM AS "DEREK", ALSO LIVED THERE. THE B/M, "QUIG" RETREIVED HIS CLOTHES FROM THE SECOND BEDROOM.

AT APPROX. 1015AM, OFFICER G. DOYLE, HPD, ARRIVED ON THE SCENE WITH HIS DOG. OBSERVING THE DOG WORK, THE DOG REACTED VIOLENTLY (POSITIVE) TO BOTH THE CASHBOX IN THE HALLWAY, AND THE LOCKED SAFE IN THE CLOSET. A SHORT

Certified Document Number: 33779666 - Page 4 of 7

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
| G. WORLEY | 4551 | 1102 | 49076 | 6/12/92 |

HAR⁀COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER 92-0612064/6

TIME LATER, OFFICER N. CHALINE, ALSO WITH HPD, ARRIVED WITH
HIS DOG. HIS DOG ALSO ALERTED (POSITIVE) TO BOTH THE CASHBOX
AND THE SAFE.

DEPUTY SMITH, AT STA. 3 WITH BOTH SUBJECTS, OBTAINED A
VOLUNTARY CONSENT TO SEARCH FOR THE SAFE IN THE CLOSET,
FROM MR. MINDINHALL. WE THEN WERE ABLE TO REMOVE THE
SAFE, WHICH WAS EXTREMELY HEAVY, FROM THE CLOSET TO THE
TO THE PATIO AREA, IN ORDER TO OPEN IT. AS WE WORKED
TO OPEN THE SAFE, WE TOOK A SHORT BREAK TO REST. WHILE
WE STOPPED MOMENTARILY, I OBSERVED A LATE MODEL MAROON
4-DR. NISSAN, PARKED IN FRONT OF THE APT., OCCUPIED BY ONE
B/M. BOTH PITTS AND CONNER BEGAN YELLING "THAT'S HIM, THAT'S
DEREK".

OFFICER CHALINE AND I THEN APPROACHED THE B/M, AND
ASKED FOR HIS T.D.L. HE ADVISED ME THAT HE DID NOT HAVE
A D.L. WITH HIM. AT THIS POINT OFFICER CHALINE AND I SECURED
HIM, PENDING FURTHER INVESTIGATION. AT APPROX. 1110 AM.
SGT. RANKIN, OFFICERS DOYLE, CHALINE, AND I, SUCCEEDED IN
OPENING THE SAFE, AND FOUND A LARGE AMOUNT OF AMERICAN
CURRENCY.

SGT. RANKIN THEN NOTIFIED LT. GRIFFIN, HARRIS CO. NARCOTICS
AND ADVISED HIM OF THE SITUATION. A SHORT TIME LATER, DET.
J. PRUITT, AND R. DANIELS, ARRIVED ON THE SCENE. DET. PRUITT AND
I TRANSPORTED THE CASH TO THE OCU OFFICE, WHERE IT WAS
THEN TAKEN BY DET. PRUITT AND D.A. INVESTIGATOR JOE HARA,
TO AMERICAN BANK TO BE COUNTED. DEPUTY WHITSEY TRANSPORTED
THE SECOND B/M, DEREK THOMAS, TO STA. 3 WHERE THEY WERE
LATER INTERVIEWED BY NARCOTICS DETS. THE TWO PISTOLS WERE
RELEASED TO HOMICIDE DET. TALUNRY, U#3104, AT APPROX. 3 PM,
FRI, 6/12/92. I.D. UNIT# 7108 PROCESSED THE SCENE. SEE I.D.
SUPPLEMENT, BY DEPUTY R. SHIELDS. THE LOCKING CASH BOX WAS
RELEASED TO LT. N. GRIFFIN, AND WILL BE SUBMITTED TO M.E.'S OFFICE
FOR FURTHER ANALYSIS. A GREEN ZIP-UP BAG, WHICH HAD CONTAINED
CURRENCY, INSIDE THE SAFE, WAS SUBMITTED TO THE PROPERTY ROOM
FOR STORAGE. SUBJECTS RELEASED TO OCU DETECTIVES. THE MICRO-
CASSETTE TAPE FROM THE ANSWERING MACHINE WAS ALSO PLACED IN THE
PROPERTY ROOM FOR SAFE-KEEPING.

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
| G. WORLEY | 4551 | 1102 | 49076 | 6/12/92 |

450 - 5509

Certified Document Number: 33779666 - Page 5 of 7

HARRIS COUNTY SHERIFF'S DEPARTMENT

WRECKER SLIP                                    B 09110

CASE # 92- 06120646 DATE 6/12/92     TIME 4:21 PM

COLOR(S) Red     YEAR 91   MAKE Nissan  BODY STYLE 4DR

LICENSE 12/92 TX CWH-70G  VIN JN1HJ0178LT446575
       MO/YEAR   STATE   NUMBER

REASON FOR REMOVING CAR: Prisoners Veh

NAME OF DRIVER: Derreck Thomas

LOCATION FROM WHICH VEHICLE TAKEN: 250 Uvalde

WRECKER SERVICE: Disspayne  Chep #283

STORAGE ADDRESS: 2000 Hwy 90

PHONE: 328-8346

| INVENTORY OF VEHICLE CONTENTS | MISSING PARTS |
|---|---|
|  |  |
|  |  |
|  |  |
| 1- Stats Safe |  |
| Ser# JIS-51037 |  |
|  |  |
|  |  |

INDICATE DAMAGE TO VEHICLE: Front End damage,
Minor Body damage

HOLD: SEIZURE ☐   OTHER: _____
                              (INDICATE REASON)
SIGNATURE OF WRECKER DRIVER James L. Taylor

DEPUTY C.M. Whitley  BADGE # 1183   UNIT # 455X

Certified Document Number: 33779666 - Page 6 of 7

WRECKER SLIP

B 09109

CASE # 92-06120646 DATE 6/2/92 TIME 6:21 pm

COLOR(S) BLKc YEAR 91 MAKE Nissan BODY STYLE 2Dr.

LICENSE 12/92 TX DCK-59R VIN JN1AS34PNMW002791
        (MO/YEAR)  STATE    NUMBER

REASON FOR REMOVING CAR: Prisoner's Vehic

NAME OF DRIVER: _____

LOCATION FROM WHICH VEHICLE TAKEN: 250 Uvalde

WRECKER SERVICE: Disspayne    CHIP #257

STORAGE ADDRESS: 2000 Hwy 80

PHONE: 328-8346

INVENTORY OF VEHICLE CONTENTS | MISSING PARTS
1- Blk-Female Blouse
1- Flowd Blouse
1- Blk/White Dress
1- Coin Purse

INDICATE DAMAGE TO VEHICLE: Left Front Damage, Left
Flat Tire, Left Back Dent

HOLD: SEIZURE ☐   OTHER: _____
                    (INDICATE REASON)

SIGNATURE OF WRECKER DRIVER James L. Dayl

DEPUTY C. M. Woosley   BADGE # 1183   UNIT # 4554

Pat Smith
D. A.'a
Ofc.

Certified Document Number: 33779666 - Page 7 of 7



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779666 Total Pages:  7

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HARRIS COUNTY, TEXAS |
| $888,598.00 IN UNITED STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

## FINAL JUDGMENT OF FORFEITURE

BE IT REMEMBERED that on this the 17th day of November 1992, came on to be considered the above styled and numbered cause filed heretofore on June 12, 1992. The State of Texas appeared by and through her Assistant District Attorney Brian K. Johnson. Respondents, Kobie Mendenhall and Derek Thomas were served and, after due notice to the Respondents herein, it now appears that no answer or appearance has been filed by Kobie Mendenhall and Derek Thomas claiming an interest in the property which is the subject of this forfeiture. Respondent, Carla J. Smith appeared by and through her attorney of record Chris Flood. An agreement has been reached between Plaintiff and Respondent Smith whereby $8,000.00 is not subject to forfeiture. The Court has jurisdiction of the subject matter and parties, and Final Judgment should be granted for the State of Texas and against the remaining $880,598.00 in United States Currency and Kobie Mendenhall and Derek Thomas. It is therefore:

ORDERED, ADJUDGED, and DECREED that the $8,000.00 in United States currency is not subject to forfeiture and is subject to return to Carla J. Smith.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the rest and remainder, being $880,598.00 in United States Currency is

V7055 P0689

Certified Document Number: 33779663 - Page 1 of 5

forfeited: seventy percent (70%) to the Harris County Sheriff's Department; twenty-seven percent (27%) to the Harris County District Attorney's Office, Special Crimes Bureau, into Harris County Treasurer's Fund number 5922, titled "Seized Property Fund D.A."; and that three percent (3%) to the Harris County Treasury Fund number 5940, titled "Drug Abuse Prevention/Treatment Fund"; all to be administered by both agencies and Harris County in compliance with their local agreement, the Code of Criminal Procedure, Article 59.06(c), and audited in accordance with Article 59.06(g). Costs of court are charged against the party incurring same. All relief not granted is denied.

SIGNED this the ___24th___ day of ___November___, 1992.

_____
JUDGE PRESIDING

V7055 P0690

Certified Document Number: 33779663 - Page 2 of 5

APPROVED AS TO FORM:

BY: _Brian Johnson_

Brian K. Johnson
Assistant District Attorney
201 Fannin, Suite 200
Houston, Texas 77002-1901
(713) 755-5840
Bar Card #10685600
ATTORNEY FOR PLAINTIFF

BY: _Brian Johnson for Chris Flood, by permission_

Chris Flood
DeGuerin & Dickson
1018 Preston, 7th Floor
Houston, Texas 77005
(713) 223-5959
Bar Card # 07155700
ATTORNEY FOR RESPONDENT SMITH

Certified Document Number: 33779663 - Page 3 of 5    V7055 P0691

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

Certified Document Number: 33779663 - Page 4 of 5



P-1
4 Y⑥

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing motion for a new trial has been furnished to the Assistant District Attorney assigned to this case on this 11th day of November, 1992.

LEROY PEAVY

92-18768   The State of TEXAS vs- 3,765⁰⁰
157th

ORDER

Be it Remembered that on this the __24th__ day of __November__, 1992 ~~the~~ the Court heard the Motion of Respondent, George Washington Jr. for ~~an Order Order~~ a New Trial. ~~The Court examined the Respondent's Motion~~ The parties informed the Court that an agreement had been reached regarding the Motion for New Trial. The Court is of the opinion ~~therefore~~ that the Motion should be granted. It is therefore:

Ordered, Adjudged and Decreed that the Motion for New Trial ~~suit~~ is hereby granted.

Signed on this __November 24,__ 1992.

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

JUDGE Presiding

V7055 P0692

Certified Document Number: 33779663 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779663 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

(iii)  any felony under The Securities Act (Article 581-1 et sequ., Vernon's Texas Civil Statutes);

(B)  used or intended to be used in the commission of:

(i)  any felony under Chapter 481, Health and Safety Code (Texas Controlled Substances Act);

(ii)  any felony under Chapter 483, Health and Safety Code; or

(iii)  a felony under Article 350, Revised Statutes;

(C)  the proceeds gained from the commission of a felony listed in Paragraph (A) or (B) of this subdivision; or

(D)  acquired with proceeds gained from the commission of a felony listed in Paragraph (A) or (B) of this subdivision."

2.  Defendant filed her general denial on June 25, 1992. A general denial places in issue all allegations which are necessary to sustain Plaintiff's cause of action.  See **Vance v. My Apartment Steak House**, 677 S.W.2d 480 (Tex. 1984); **Shell Chemical Co. v. Lamb**, 493 S.W.2d 742 (Tex. 1973); **Boswell v. Handley**, 397 S.W.2d 213 (Tex. 1966); **Novak v. DeWied**, 574 S.W.2d 204 (Tex. Civ. App. - San Antonio 1978, writ ref'd., n.r.e.); **McFadden v. Breslar Malls, Inc.**, 526 S.W.2d 258 (Tex. Civ. App. - Austin 1975, judgment modified and affirmed pursuant to remittitur, 548 S.W.2d 789 (Tex. Civ. App. - Austin 1977, no writ)); **State v. Margolis**, 439 S.W.2d 695 (Tex. Civ. App. - Austin 1969, writ ref'd., n.r.e.); **America Nat. Ins. Co. v. Ferguson**, 209 S.W.2d 797 (Tex. Civ. App. - Eastland 1948, writ ref'd, n.r.e.).  Therefore,

2

Certified Document Number: 33779693 - Page 2 of 5

Defendant's general denial placed in issue whether or not the Respondent property constitutes contraband, as defined, and thus forfeitable. This Court must first decide whether the Respondent Property is forfeitable and, if not, return the subject property to any individual, other than the State, showing a superior interest. The State, through its Special Exceptions, is attempting to force Defendant to prove her interest, if any, before proving that the Respondent Property is subject to forfeiture.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court deny Plaintiff's Special Exceptions to Respondent's Original Answer, order that First Amended Original Answer of Carla J. Smith places into issue all allegations made by Plaintiff.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700

Certified Document Number: 33779693 - Page 3 of 5

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on Brian Johnson, Assistant District Attorney, by mailing same to 201 Fannin, Houston, Texas on the 16th day of July, 1992.

Chris Flood

Certified Document Number: 33779693 - Page 4 of 5

4

NO. 92-26448

| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | |
| | * | HARRIS COUNTY, T E X A S |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH   JUDICIAL DISTRICT |

### O R D E R

UPON   PRESENTATION   OF   Response   to   Plaintiff's   Special Exceptions, it is hereby ---

ORDERED, that Plaintiff's Special Exceptions to Respondent's Original Answer is hereby DENIED.  It is further --

ORDERED that Defendant's First Amended Original Answer of Carla J. Smith places into issue all allegations made by Plaintiff.

SIGNED in Harris County, Texas on the _____ day of _____, 1992.

_____
JUDGE PRESIDING

Certified Document Number: 33779693 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779693 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

ENTERED
VERIFIED
DEPUTY

BY

995

1992 JUL 17 AM 10:08

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | |
| | * | HARRIS COUNTY, T E X A S |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH   JUDICIAL DISTRICT |

## RESPONSE TO PLAINTIFF'S SPECIAL EXCEPTIONS
## TO RESPONDENT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, Defendant herein, by and through her attorney, Chris Flood, and, in response to Plaintiff's Special Exceptions to Respondent's Original Answers, requests that Plaintiff's Special Exceptions be denied, saying more particularly in support hereof as follows:

1.   Plaintiff, pursuant to Art. 59.02, Tex. Code Crim. Pro., filed Plaintiff's Original Notice of Seizure and Intended Forfeiture, alleging that the Respondent $1,000,000.00 constitutes contraband as defined under Art. 59.01, Tex. Code Crim. Proc. This Court, by virtue of Art. 5, §8 of the Texas Constitution, and Art. 59.04 has jurisdiction to determine whether the Respondent Property constitutes contraband. Contraband, as defined by Art. 59.01, is:

> "(2) 'Contraband' means property of any nature, including real, personal, tangible, or intangible, that is:
>
> (A) used in the commission of:
>
> > (i)   any first or second degree felony under the Penal Code;
> >
> > (ii)  any felony under Chapters 29, 30, 31, or 32, Penal Code; or

Certified Document Number: 33779692 - Page 1 of 5

> (iii)     any felony under The Securities Act (Article 581-1 et sequ., Vernon's Texas Civil Statutes);
>
> (B)   used or intended to be used in the commission of:
>
> (i)     any felony under Chapter 481, Health and Safety Code (Texas Controlled Substances Act);
>
> (ii)    any felony under Chapter 483, Health and Safety Code; or
>
> (iii)    a felony under Article 350, Revised Statutes;
>
> (C)   the proceeds gained from the commission of a felony listed in Paragraph (A) or (B) of this subdivision; or
>
> (D)   acquired with proceeds gained from the commission of a felony listed in Paragraph (A) or (B) of this subdivision."

2.    Defendant filed her general denial on June 25, 1992. A general denial places in issue all allegations which are necessary to sustain Plaintiff's cause of action. See **Vance v. My Apartment Steak House**, 677 S.W.2d 480 (Tex. 1984); **Shell Chemical Co. v. Lamb**, 493 S.W.2d 742 (Tex. 1973); **Boswell v. Handley**, 397 S.W.2d 213 (Tex. 1966); **Novak v. DeWied**, 574 S.W.2d 204 (Tex. Civ. App. - San Antonio 1978, writ ref'd., n.r.e.); **McFadden v. Breslar Malls, Inc.**, 526 S.W.2d 258 (Tex. Civ. App. - Austin 1975, judgment modified and affirmed pursuant to remittitur, 548 S.W.2d 789 (Tex. Civ. App. - Austin 1977, no writ)); **State v. Margolis**, 439 S.W.2d 695 (Tex. Civ. App. - Austin 1969, writ ref'd., n.r.e.); **America Nat. Ins. Co. v. Ferguson**, 209 S.W.2d 797 (Tex. Civ. App. - Eastland 1948, writ ref'd, n.r.e.).  Therefore,

Certified Document Number: 33779692 - Page 2 of 5

Defendant's general denial placed in issue whether or not the Respondent property constitutes contraband, as defined, and thus forfeitable. This Court must first decide whether the Respondent Property is forfeitable and, if not, return the subject property to any individual, other than the State, showing a superior interest. The State, through its Special Exceptions, is attempting to force Defendant to prove her interest, if any, before proving that the Respondent Property is subject to forfeiture.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court deny Plaintiff's Special Exceptions to Respondent's Original Answer, order that First Amended Original Answer of Carla J. Smith places into issue all allegations made by Plaintiff.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1013 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700

Certified Document Number: 33779692 - Page 3 of 5

3

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on Brian Johnson, Assistant District Attorney, by mailing same to 201 Fannin, Houston, Texas on the 16th day of July, 1992.

Chris Flood

Certified Document Number: 33779692 - Page 4 of 5

4

NO. 92-26448


| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | |
| | * | HARRIS COUNTY, T E X A S |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH  JUDICIAL DISTRICT |


### O R D E R

UPON  PRESENTATION  OF  Response  to  Plaintiff's  Special
Exceptions, it is hereby ---

ORDERED that Plaintiff's Special Exceptions to Respondent's
Original Answer is hereby DENIED.  It is further --

ORDERED that Defendant's First Amended Original Answer of
Carla  J.  Smith  places  into  issue  all  allegations  made  by
Plaintiff.

SIGNED in Harris County, Texas on the ____ day of _____,
1992.


                                    _____
                                    JUDGE PRESIDING

Certified Document Number: 33770692 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779692 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

STATE OF TEXAS          *

V.                      *

APPROXIMATELY           *
$1,000,000.00 IN        *
UNITED STATES CURRENCY  *

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

234TH JUDICIAL DISTRICT

### FIRST AMENDED ORIGINAL ANSWER OF
### CARLA J. SMITH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, Defendant herein, by and through her attorney, Chris Flood, and, in answer to the Original Notice of Seizure and Intended Forfeiture against the same, says more particularly as follows:

1.   Defendant denies all and singular, each and every allegation made by Plaintiff and relied upon by it as the basis of its alleged cause of action and demands strict proof thereof.

2.   Defendant further says that the Respondent $1,000,000.00 in United States Currency is not subject to forfeiture because it was illegally seized on June 12, 1992, and Plaintiff continues to unlawfully withhold possession of the $1,000,000.00 in U.S. Currency.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court will in all things deny the State's Motion for Forfeiture as prayed for and that Defendant will have judgment over and against Plaintiff in and to the Respondent $1,000,000.00 in U.S. Currency;

and that he have all of the relief at law and in equity to which
he may show himself justly entitled.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
Attorney for Claimant
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700

Certified Document Number: 33779697 - Page 2 of 4

## A F F I D A V I T

STATE OF TEXAS     *

COUNTY OF HARRIS     *

BEFORE ME, the undersigned authority, on this day personally appeared Chris Flood who, after being duly sworn by me, deposed and said:

> "My name is Chris Flood. I am the attorney for Defendant Carla J. Smith and have been duly authorized by her to file this Amended Original Answer and Claim to which this affidavit is attached. All statements contained therein are true and correct to the best of my knowledge and belief."

Chris Flood

SUBSCRIBED AND SWORN to before me, the undersigned authority, on the 16th day of July, 1992.

Kristi Lenaburg, Notary Public
In and for The State of Texas
My Commission Expires: 2-15-93

Certified Document Number: 33779697 - Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on Brian Johnson, Assistant District Attorney, by mailing same to 201 Fannin, Houston, Texas on the 16th day of July, 1992.

Chris Flood

Certified Document Number: 33779697 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779697 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

STATE OF TEXAS               *      IN THE DISTRICT COURT OF

V.                         *

*

APPROXIMATELY        *      HARRIS COUNTY, TEXAS
$1,000,000.00 IN       *
UNITED STATES CURRENCY   *      234TH JUDICIAL DISTRICT

### FIRST AMENDED ORIGINAL ANSWER OF
### CARLA J. SMITH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, Defendant herein, by and through her attorney, Chris Flood, and, in answer to the Original Notice of Seizure and Intended Forfeiture against the same, says more particularly as follows:

1. Defendant denies all and singular, each and every allegation made by Plaintiff and relied upon by it as the basis of its alleged cause of action and demands strict proof thereof.

2. Defendant further says that the Respondent $1,000,000.00 in United States Currency is not subject to forfeiture because it was illegally seized on June 12, 1992, and Plaintiff continues to unlawfully withhold possession of the $1,000,000.00 in U.S. Currency.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court will in all things deny the State's Motion for Forfeiture as prayed for and that Defendant will have judgment over and against Plaintiff in and to the Respondent $1,000,000.00 in U.S. Currency;

Certified Document Number: 33779696 - Page 1 of 4

and that he have all of the relief at law and in equity to which he may show himself justly entitled.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
Attorney for Claimant
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700

Certified Document Number: 33779696 - Page 2 of 4

## A F F I D A V I T

STATE   OF   TEXAS       *

COUNTY OF HARRIS       *

BEFORE ME, the undersigned authority, on this day personally appeared Chris Flood who, after being duly sworn by me, deposed and said:

> "My name is Chris Flood. I am the attorney for Defendant Carla J. Smith and have been duly authorized by her to file this Amended Original Answer and Claim to which this affidavit is attached.   All statements contained therein are true and correct to the best of my knowledge and belief."

Chris Flood

SUBSCRIBED AND SWORN to before me, the undersigned authority, on the 16th day of July, 1992.

Kristi Lenaburg, Notary Public
In and for The State of Texas
My Commission Expires: 2-15-93

Certified Document Number: 33779696 - Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on Brian Johnson, Assistant District Attorney, by mailing same to 201 Fannin, Houston, Texas on the 16th day of July, 1992.

Chris Flood

Certified Document Number: 33779696 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779696 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com