IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EUGENE ALVIN BROXTON. | § |
| | § |
| PETITIONER. | § |
| | § |
| v. | § C.A. NO.  11-cv-00315 |
| | § CAPITAL HABEAS PETITION |
| RICK THALER. DIRECTOR. TEXAS | § DEATH PENALTY CASE |
| DEPARTMENT OF CRIMINAL JUSTICE. | § |
| INSTITUTIONAL DIVISION. | § |
| | § |
| RESPONDENT. | § |

EXHIBIT 5-CAPITAL HABEAS PETITION
(PART 2)



P-3
BCE

NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| VS. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

<u>ORDER SUSTAINING PLAINTIFF'S SPECIAL EXCEPTIONS</u>

On this day came on to be heard Plaintiff's Special Exceptions to Respondent's First Amended Original Answer and the same are hereby sustained as follows:

First Special Exception . . . (✓) Sustained   ( ) Denied

Second Special Exception . . .(✓) Sustained   ( ) Denied

The Court hereby finds that it is apparent from the Respondent's First Amended Original Answer that she has negated her interest as owner or interest holder in the subject matter property and therefore her standing as a party to this suit. THEREFORE, it is hereby ORDERED that the special exceptions to Respondent's First Amended Original Answer in the instant cause, filed by Plaintiff are sustained as reflected above. The Respondent is ORDERED to amend her petition and include therein any relevant, material facts which would establish such ownership or interest and thereby her standing to proceed as a party. Said amended Answer must be filed within 30 days of the signing of this order, to avoid striking of Respondent's Answer.

Certified Document Number: V08297P00055 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed return receipt requested to claimant's attorney of record, Chris Flood on July 8, 1992.

*Brian Johnson*

Brian Johnson
Assistant District Attorney
Special Crimes Bureau
Harris County, Texas

Certified Document Number: 37508829 Page#0057





**92-26448**

### CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH 1 COPY OF THE PLEADING
FOR WRITS FURNISH 2 COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____   CURRENT COURT: _____

INSTRUMENT TO BE SERVED (see reverse for types): _____

FILE DATE OF MOTION: _____
  Month/          Day/          Year

SERVICE TO BE ISSUED ON (please list exactly as the name appears in the pleading to be served):

1.  NAME: *Carla J. Smith*

    ADDRESS: *9603 Homestead Houston Tx 77016*

    AGENT (if applicable): _____

    TYPE OF SERVICE (see reverse for specific type): _____

    SERVICE BY (check one): CONSTABLE ✓     NON-RESIDENT _____     OUT OF COUNTY _____

    AUTHORIZED PERSON _____   PHONE NO._____

    PUBLICATION _____   OTHER _____

    (See reverse for types)          (Specify)

    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

2.  NAME: _____

    ADDRESS: _____

    AGENT (if applicable): _____

    TYPE OF SERVICE (see reverse for specific type): _____

    SERVICE BY (check one): CONSTABLE _____     NON-RESIDENT _____     OUT OF COUNTY _____

    AUTHORIZED PERSON _____   PHONE NO._____

    PUBLICATION _____   OTHER _____

    (See reverse for types)          (Specify)

_____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME:   JOHN B. HOLMES JR.   TEXAS BAR NO./ID NO. 99999997

MAILING ADDRESS: 201 FANNIN, SUITE 200, HOUSTON, TEXAS 77002

AREA CODE:( 713 ) TELEPHONE NO. 755-5840

SERVICE REQUESTS WHICH CAN NOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO
CANCELLATION.  SERVICE REQUESTS WILL BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES AND FEES
REFUNDED UPON REQUEST OR AT THE DISPOSITION OF THE CASE.

Certified Document Number: 33779700 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779700 Total Pages:   1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com




92-26448

CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH 1 COPY OF THE PLEADING
FOR WRITS FURNISH 2 COPIES OF THE PLEADING PER PARTY TO BE SERVED

234TH

CASE NUMBER: _____   CURRENT COURT: _____

INSTRUMENT TO BE SERVED (see reverse for types): _____

FILE DATE OF MOTION: _____
                      Month/        Day/        Year

SERVICE TO BE ISSUED ON (please list exactly as the name appears in the pleading to be served):

1. NAME: Kobie Kala Mendenhall

   ADDRESS: 250 Uvalde Rd. #95, Houston TX 77015

   AGENT (if applicable): _____

   TYPE OF SERVICE (see reverse for specific type): _____

   SERVICE BY (check one): CONSTABLE ✓    NON-RESIDENT _____    OUT OF COUNTY _____

   AUTHORIZED PERSON _____   PHONE NO. _____

   PUBLICATION _____   OTHER _____

(See reverse for types)        (Specify)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

2. NAME: Derek Anthony Thomas

   ADDRESS: 250 Uvalde Rd. #95 Houston TX

   AGENT (if applicable): _____

   TYPE OF SERVICE (see reverse for specific type): _____

   SERVICE BY (check one): CONSTABLE ✓    NON-RESIDENT _____    OUT OF COUNTY _____

   AUTHORIZED PERSON _____   PHONE NO. _____

   PUBLICATION _____   OTHER _____

(See reverse for types)        (Specify)

_____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: JOHN B. HOLMES JR. _____.  TEXAS BAR NO./ID NO. 99999997

MAILING ADDRESS: 201 FANNIN, SUITE 200, HOUSTON, TEXAS 77002

AREA CODE: ( 713 ) TELEPHONE NO. 755-5840

SERVICE REQUESTS WHICH CAN NOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO
CANCELLATION.  SERVICE REQUESTS WILL BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES AND FEES
REFUNDED UPON REQUEST OR AT THE DISPOSITION OF THE CASE.

Certified Document Number: 33779699 - Page 1 of 1



I, Chris Daniel. District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:      33779699 Total Pages:  1

*Chris Daniel*

Chris Daniel. DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO CHARGE
GOVERNMENT AGENCY

CAUSE NO. 9226448

INVOICE No. 525204

FON

ATY
TR # 50072807

PLAINTIFF:   STATE OF TEXAS
vs.
DEFENDANT:  $1,000,000.00 *

In The 234th
Judicial District Court
of Harris County, Texas
1310 Prairie 11th Floor
Houston, TX

* Additional parties are named in the attached petition.

THE STATE OF TEXAS
County Of Harris

**CITATION**

ENTERED
VERIFIED

TO ANY SHERIFF OR CONSTABLE OF TEXAS
Or Other Authorized Person

TO: SMITH, CARLA J
9603 HOMESTEAD          HOUSTON      TX 77016

Attached is a certified copy of a notice of forfeiture proceeding.

This instrument was filed on the 12th day of June, 1992    , in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED.   You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you and the property may be forfeited.

TO OFFICER SERVING:

This citation was issued on 12th day of June, 1992, under my hand and seal of said Court.

Issued at request of:          ( Seal )
DISTRICT ATTORNEY
201 FANNIN #200
HOUSTON      TX 77002

KATHERINE TYRA, District Clerk
Harris County, Texas
301 Fannin     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Bar No.: 45999997

By _____
Deputy GARIBAY, ALEXANDER IN/HA/1333701

OFFICER/AUTHORIZED PERSON RETURN
Came to hand at _____ o'clock ____.M., on the _____ day of_____, 19___.

Executed at (address) _____In

_____ County at _____o'clock_____.M., on the ___day of _____,

19___, by delivering to _____defendant, in person, a
true copy of this Citation together with the accompanying _____        copy(ies) of the
                                                                          Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____day of_____, 19___.
                                                    JACK F. ABERCIA, Constable
FEES: $_____                                     Precinct #1, Harris County, Texas

                                                    _____ of _____ County, Texas

_____          By _____
        Affiant                                   Deputy

On this day, _____, known to me to be the person whose signature appears or the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 19___.

                                          _____
                                              Notary Public

**CONSTABLE'S RETURN**

Came to hand on the _12_ day of _June_, A.D. 19_92_, at _6'05_ o'clock _P._ M..
and executed in Harris County, Texas, by delivering to each of the within named defendants, in person, a true copy of this Writ
_C179776 Y_

at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | ADDRESS OF SERVICE |
|------|------|---|---|------|---|---|--------------------|
| | Month | Day | Year | Hour | Min. | M | |
| CARLA J. SMITH | 6 | 12 | 92 | 11 | 48 | D | 301 SAN JACINTO |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ATTEMPTED SERVICE**

| DATE | TIME | REMARKS |
|------|------|---------|
| | | |
| | | |
| | | |
| | | |
| | | |

FEES - Serving ___/___ cop. _4_ $_4.95_ _Due_

FILED
HARRIS COUNTY, TEXAS
KATHERINE TYRA
DISTRICT CLERK
1992 JUN 17 AM 9:59
_____ DEPUTY

JACK T. ABERCIA
Constable, Precinct No. 1, Harris County, Texas

By _____ Deputy

14054



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this  April 1, 2011

Certified Document Number:        33779704 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO CHARGE
GOVERNMENT AGENCY

CAUSE NO.  922644ª

INVOICE No. S25204          FDN          ATY

TX # 60072305

PLAINTIFF:  STATE OF TEXAS
vs.
DEFENDANT: $1,000,000.00 *

' Additional parties are named in the attached petition.

In The  234th
Judicial District Court
of Harris County, Texas
1310 Prairie 11th Floor
Houston, TX

CITATION

ENTERED

VERIFIED

THE STATE OF TEXAS
County Of Harris

TO ANY SHERIFF OR CONSTABLE OF TEXAS
Or Other Authorized Person

RUSH

TO: MENDENHALL, KOBIE KALA
250 UVALDE RD #93

HOUSTON     TX 77015

Attached is a certified copy of a notice of forfeiture proceeding.

This instrument was filed on the 12th day of June, 1992      , in the above cited cause number
and court.  The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.   You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the  Monday
next  following  the  expiration of 20 days after you were served this  citation and petition,
a default judgment may be taken against you and the property may be forfeited.

TO OFFICER SERVING:

   This  citation was  issued on 12th day of June, 1992, under my hand and
seal of said Court.

Issued at request of:        ( Seal )
DISTRICT ATTORNEY
   201 FANNIN #200
HOUSTON      TX 77002

Bar No.: 49969997

KATHERINE TYRA, District Clerk
Harris County, Texas
301 Fannin     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

By
Deputy GARIBAY, ALEXANDER IN/MG/1393701

OFFICER/AUTHORIZED PERSON RETURN
Came to hand at 6:05 o'clock P .M., on the  12 day of     June          , 1992

Executed at (address) 14350 Wallisville Road Sheriff office annex#2 in

Harris          County at 7:13 o'clock P .M., on the 12 day of June      .

1992, by delivering to Kobie Kala Mendenhall          defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
notice of forfeiture proceeding                                   Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this  12 day of _____ Constable  , 1992.

                                                    Precinct #1, Harris County, Texas

FEES: $ 45 Due

                                                    _____ of _____ County, Texas

                                            By  J. Cray
                                                    Deputy  / W 2/

_____              _____
Affiant

this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared.  After being by me duly sworn,
he/she  stated that this  citation was  executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 19__ .
          KATHERINE TYRA
          DISTRICT CLERK
          HARRIS COUNTY, TEXAS               _____
                                                    Notary Public
     1992 JUN 17 AM 9:59

          DEPUTY

Certified Document Number: 31779090  Page 1 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779703 Total Pages: 1

Chris Daniel. DISTRICT CLERK
HARRIS COUNTY. TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| VS. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

PLAINTIFF'S  SPECIAL EXCEPTIONS TO RESPONDENT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas, plaintiff in the above numbered and entitled cause, by and through the undersigned Assistant District Attorney for Harris County, Texas, and presents her special exceptions to Respondent's Original Answer.

### I. Introduction

This is a forfeiture action brought under and by virtue of Chapter 59 of the Code of Criminal Procedure. On June 12, 1992, members of the Harris County Sheriff"s Office responded to a dispatch to investigate a possible shooting and subsequently seized approximately $1,000,000.00 in United States currency from an apartment located at 250 Uvalde #95, Harris County, Texas, said currency being the subject matter of this suit. At the time of the officers arrival at that location the apartment was occupied by Kobie Kala Mendenhall, and later Derrick Anthony Thomas arrived there in an automobile while the officers were still present and investigating.  Both Mendenhall and Thomas were served as Co-Respondents but to this date have not filed Answers to this suit. Also served as a Co-Respondent was Carla J. Smith, whose name was purportedly on the lease of 250 Uvalde #95, Harris County, Texas,

and who has filed an Answer to this suit. Plaintiff is unable to determine from that Answer under what fact basis Respondent Smith establishes standing to claim return of the currency to her, or why her Answer does not on its face show facts which negate its application.

## II. Special Exceptions

1.    Plaintiff    specially excepts to Respondent's Answer paragraph 1 in which Respondent "...denies all and singular, each and every allegation made by Plaintiff and relied upon it as the basis of its alleged cause of action...". Plaintiff's Original Notice of Seizure and Intended Forfeiture petition includes in its Paragraph III the allegation that Carla J. Smith is an "owner and possessor" of the subject matter currency. Chapter 59 of the Code of Criminal Procedure, Art. 59.04(i), requires the State to notify and serve as parties any persons believed to be owners or interest holders. On its face, Respondent Smith's Answer denies ownership of the subject matter currency and therefore negates any further claim she may make on this property. Based upon the allegations in this Answer, Respondent Smith lacks standing to proceed as a party. Under Art. 59.04(k) and (l) the State shall proceed against property of which the owner is unknown, and follow notice requirements set out in the Texas Rules of Civil Procedure, and proceed to hearing only when the presiding judge is satisfied that these requirements are met. By Respondent Smith negating her standing to claim interest in the property, the State is unable to determine under which paragraph of Art. 59.04 to proceed under, and asks this Court to order Respondent Smith to amend her Answer to

allege facts showing she is an owner or interest holder as defined in Art. 59.01(3) and (5).

2. Plaintiff specially excepts to Respondent Smith's Answer in that it uses interchangeably the words "defendant", "respondent" and "claimant" to the point that Plaintiff is unable to determine who is seeking what relief in answering this suit. Plaintiff asks the Court to order Respondent Smith to refer to her and her interest as "Respondent" and the subject matter currency as "Defendant" and to cease or explain the use of the word "claimant".

Respondent, having negated any ownership or interest in the subject matter currency, the foregoing Special Exceptions should be sustained, Respondent should be ordered to amend her Answer if she desires to continue as a party, and be ordered to allege all facts and legal bases which would establish her standing as an owner or interest holder; and the instant Answer should thereafter be struck, after Respondent has been allowed a reasonable opportunity to amend.

WHEREFORE, PREMISES CONSIDERED, the State of Texas asks the Court to sustain Plaintiff's special exceptions.

Respectfully submitted,

*Brian Johnson*

Brian Johnson
Assistant District Attorney
Special Crimes Bureau
Harris County, Texas
201 Fannin Street, Suite 200
Houston, Texas 77002
(713) 755-5840
Office Bar No. 99999997
Attorney Bar No. 10685600

Certified Document Number: 33779690 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779690 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | |
| | * | HARRIS COUNTY, T E X A S |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH  JUDICIAL DISTRICT |

### RESPONSE TO PLAINTIFF'S SPECIAL EXCEPTIONS TO RESPONDENT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, Defendant herein, by and through her attorney, Chris Flood, and, in response to Plaintiff's Special Exceptions to Respondent's Original Answers, requests that Plaintiff's Special Exceptions be denied, saying more particularly in support hereof as follows:

1.    Plaintiff, pursuant to Art. 59.02, Tex. Code Crim. Pro., filed Plaintiff's Original Notice of Seizure and Intended Forfeiture, alleging that the Respondent $1,000,000.00 constitutes contraband as defined under Art. 59.01, Tex. Code Crim. Proc.  This Court, by virtue of Art. 5, §8 of the Texas Constitution, and Art. 59.04 has jurisdiction to determine whether the Respondent Property constitutes contraband.  Contraband, as defined by Art. 59.01, is:

> "(2) 'Contraband' means property of any nature, including real, personal, tangible, or intangible, that is:
>
> (A)   used in the commission of:
>
> (i)      any first or second degree felony under the  Penal Code;
>
> (ii)     any felony under Chapters 29, 30, 31, or 32,  Penal Code; or

Certified Document Number: 3779694 - Page 1 of 4

        (iii)    any felony under The Securities Act (Article 581-1 et sequ., Vernon's Texas Civil Statutes);

    (B)    used or intended to be used in the commission of:

        (i)    any felony under Chapter 481, Health and Safety Code (Texas Controlled Substances Act);

        (ii)    any felony under Chapter 483, Health and Safety Code; or

        (iii)    a felony under Article 350, Revised Statutes;

    (C)    the proceeds gained from the commission of a felony listed in Paragraph (A) or (B) of this subdivision; or

    (D)    acquired with proceeds gained from the commission of a felony listed in Paragraph (A) or (B) of this subdivision."

2.     Defendant filed her general denial on June 25, 1992.  A general denial places in issue all allegations which are necessary to sustain Plaintiff's cause of action.  See Vance v. My Apartment Steak House, 677 S.W.2d 480 (Tex. 1984); Shell Chemical Co. v. Lamb, 493 S.W.2d 742 (Tex. 1973); Boswell v. Handley, 397 S.W.2d 213 (Tex. 1966); Novak v. DeWied, 574 S.W.2d 204 (Tex. Civ. App. - San Antonio 1978, writ ref'd., n.r.e.); McFadden v. Breslar Malls, Inc., 526 S.W.2d 258 (Tex. Civ. App. - Austin 1975, judgment modified and affirmed pursuant to remittitur, 548 S.W.2d 789 (Tex. Civ. App. - Austin 1977, no writ)); State v. Margolis, 439 S.W.2d 695 (Tex. Civ. App. - Austin 1969, writ ref'd., n.r.e.); America Nat. Ins. Co. v. Ferguson, 209 S.W.2d 797 (Tex. Civ. App. - Eastland 1948, writ ref'd, n.r.e.).   Therefore,

Certified Document Number: 33779x694 - Page 2 of 4

Defendant's general denial placed in issue whether or not the Respondent property constitutes contraband, as defined, and thus forfeitable. This Court must first decide whether the Respondent Property is forfeitable and, if not, return the subject property to any individual, other than the State, showing a superior interest. The State, through its Special Exceptions, is attempting to force Defendant to prove her interest, if any, before proving that the Respondent Property is subject to forfeiture.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court deny Plaintiff's Special Exceptions to Respondent's Original Answer, order that First Amended Original Answer of Carla J. Smith places into issue all allegations made by Plaintiff.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700

Certified Document Number: 33779694 - Page 3 of 4

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on Brian Johnson, Assistant District Attorney, by mailing same to 201 Fannin, Houston, Texas on the 16th day of July, 1992.

Chris Flood

Certified Document Number: 33779694 - Page 4 of 4

4



I, Chris Daniel. District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:         33779694 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

STATE OF TEXAS                              *          IN THE DISTRICT COURT OF
                                           *
V.                                         *
                                           *
APPROXIMATELY                              *          HARRIS COUNTY, T E X A S
$1,000,000.00 IN                           *
UNITED STATES CURRENCY                     *          234TH   JUDICIAL DISTRICT

### RESPONSE TO PLAINTIFF'S SPECIAL EXCEPTIONS
### TO RESPONDENT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, Defendant herein, by and through her attorney, Chris Flood, and, in response to Plaintiff's Special Exceptions to Respondent's Original Answers, requests that Plaintiff's Special Exceptions be denied, saying more particularly in support hereof as follows:

1.    Plaintiff, pursuant to Art. 59.02, Tex. Code Crim. Pro., filed Plaintiff's Original Notice of Seizure and Intended Forfeiture, alleging that the Respondent $1,000,000.00 constitutes contraband as defined under Art. 59.01, Tex. Code Crim. Proc. This Court, by virtue of Art. 5, §8 of the Texas Constitution, and Art. 59.04 has jurisdiction to determine whether the Respondent Property constitutes contraband.  Contraband, as defined by Art. 59.01, is:

> "(2) 'Contraband' means property of any nature, including real, personal, tangible, or intangible, that is:
>
> (A)   used in the commission of:
>
> > (i)      any first or second degree felony under the Penal Code;
> >
> > (ii)     any felony under Chapters 29, 30, 31, or 32, Penal Code; or

Certified Document Number: 33779693 - Page 1 of 5



NO. 92-26448

ENTERED ✓
VERIFIED
DEPUTY
BY
995

1992 JUL 17 AM 10:08

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | HARRIS COUNTY, T E X A S |
| | * | |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH  JUDICIAL DISTRICT |

## RESPONSE TO PLAINTIFF'S SPECIAL EXCEPTIONS
## TO RESPONDENT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, Defendant herein, by and through her attorney, Chris Flood, and, in response to Plaintiff's Special Exceptions to Respondent's Original Answers, requests that Plaintiff's Special Exceptions be denied, saying more particularly in support hereof as follows:

1.  Plaintiff, pursuant to Art. 59.02, Tex. Code Crim. Pro., filed Plaintiff's Original Notice of Seizure and Intended Forfeiture, alleging that the Respondent $1,000,000.00 constitutes contraband as defined under Art. 59.01, Tex. Code Crim. Proc.  This Court, by virtue of Art. 5, §8 of the Texas Constitution, and Art. 59.04 has jurisdiction to determine whether the Respondent Property constitutes contraband.  Contraband, as defined by Art. 59.01, is:

> "(2) 'Contraband' means property of any nature,
> including  real,  personal,  tangible,  or
> intangible, that is:
>
> (A)  used in the commission of:
>
>> (i)  any first or second degree felony
>> under the  Penal Code;
>>
>> (ii)  any felony under Chapters 29, 30,
>> 31, or 32,  Penal Code; or

Certified Document Number: 33779692 - Page 1 of 5

(iii)     any felony under The Securities Act
          (Article 581-1 et sequ., Vernon's
          Texas Civil Statutes);

(B)   used or intended to be used in the commission
      of:

      (i)     any felony under Chapter 481, Health
              and Safety Code (Texas Controlled
              Substances Act);

      (ii)    any felony under Chapter 483, Health
              and Safety Code; or

      (iii)   a felony under Article 350, Revised
              Statutes;

(C)   the proceeds gained from the commission of a
      felony listed in Paragraph (A) or (B) of this
      subdivision; or

(D)   acquired with proceeds gained from the
      commission of a felony listed in Paragraph (A)
      or (B) of this subdivision."

2.    Defendant filed her general denial on June 25, 1992.  A
general denial places in issue all allegations which are necessary
to sustain Plaintiff's cause of action.  See Vance v. My Apartment
Steak House, 677 S.W.2d 480 (Tex. 1984); Shell Chemical Co. v.
Lamb, 493 S.W.2d 742 (Tex. 1973); Boswell v. Handley, 397 S.W.2d
213 (Tex. 1966); Novak v. DeWied, 574 S.W.2d 204 (Tex. Civ. App. -
San Antonio 1978, writ ref'd., n.r.e.); McFadden v. Breslar
Malls, Inc., 526 S.W.2d 258 (Tex. Civ. App. - Austin 1975,
judgment modified and affirmed pursuant to remittitur, 548 S.W.2d
789 (Tex. Civ. App. - Austin 1977, no writ)); State v. Margolis,
439 S.W.2d 695 (Tex. Civ. App. - Austin 1969, writ ref'd.,
n.r.e.); America Nat. Ins. Co. v. Ferguson, 209 S.W.2d 797 (Tex.
Civ. App. - Eastland 1948, writ ref'd, n.r.e.).    Therefore,

2

Certified Document Number: 33770692 - Page 2 of 5

Defendant's general denial placed in issue whether or not the Respondent property constitutes contraband, as defined, and thus forfeitable. **This Court must first decide whether the Respondent Property is forfeitable and, if not, return the subject property to any individual, other than the State, showing a superior interest.** The State, through its Special Exceptions, is attempting to force Defendant to prove her interest, if any, before proving that the Respondent Property is subject to forfeiture.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court deny Plaintiff's Special Exceptions to Respondent's Original Answer, order that First Amended Original Answer of Carla J. Smith places into issue all allegations made by Plaintiff.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700

Certified Document Number: 33779692 - Page 3 of 5

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on Brian Johnson, Assistant District Attorney, by mailing same to 201 Fannin, Houston, Texas on the 16th day of July, 1992.

Chris Flood

4

NO. 92-26448

| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | |
| | * | HARRIS COUNTY, T E X A S |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH  JUDICIAL DISTRICT |

## O R D E R

UPON  PRESENTATION  OF  Response  to  Plaintiff's  Special
Exceptions, it is hereby ---

ORDERED that Plaintiff's Special Exceptions to Respondent's
Original Answer is hereby DENIED.  It is further --

ORDERED that Defendant's First Amended Original Answer of
Carla J. Smith places into issue all allegations made by
Plaintiff.

SIGNED in Harris County, Texas on the ____ day of _____,
1992.

_____
JUDGE PRESIDING

Certified Document Number: 33779692 - Page 5 of 5

5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779692 Total Pages: 5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



NO. 92-26448

| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | |
| | * | HARRIS COUNTY, TEXAS |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH  JUDICIAL DISTRICT |

### FIRST AMENDED ORIGINAL ANSWER OF
### CARLA J. SMITH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CARLA J. SMITH, Defendant herein, by and through her attorney, Chris Flood, and, in answer to the Original Notice of Seizure and Intended Forfeiture against the same, says more particularly as follows:

1.    Defendant denies all and singular, each and every allegation made by Plaintiff and relied upon by it as the basis of its alleged cause of action and demands strict proof thereof.

2.    Defendant further says that the Respondent $1,000,000.00 in United States Currency is not subject to forfeiture because it was illegally seized on June 12, 1992, and Plaintiff continues to unlawfully withhold possession of the $1,000,000.00 in U.S. Currency.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court will in all things deny the State's Motion for Forfeiture as prayed for and that Defendant will have judgment over and against Plaintiff in and to the Respondent $1,000,000.00 in U.S. Currency;

and that he have all of the relief at law and in equity to which
he may show himself justly entitled.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
Attorney for Claimant
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959
State Bar No. 07155700

Certified Document Number: 33779697 - Page 2 of 4

## A F F I D A V I T

STATE OF TEXAS     *

COUNTY OF HARRIS     *

      BEFORE ME, the undersigned authority, on this day personally appeared Chris Flood who, after being duly sworn by me, deposed and said:

> "My name is Chris Flood. I am the attorney for Defendant Carla J. Smith and have been duly authorized by her to file this Amended Original Answer and Claim to which this affidavit is attached. All statements contained therein are true and correct to the best of my knowledge and belief."

Chris Flood

      SUBSCRIBED AND SWORN to before me, the undersigned authority, on the 16th day of July, 1992.

Kristi Lenaburg, Notary Public
In and for The State of Texas
My Commission Expires: 2-15-93

Certified Document Number: 33779697 - Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on Brian Johnson, Assistant District Attorney, by mailing same to 201 Fannin, Houston, Texas on the 16th day of July, 1992.

_____
Chris Flood

Certified Document Number: 33779697 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779697 Total Pages: 4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



P-3
BCE

NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| VS. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

<u>ORDER SUSTAINING PLAINTIFF'S SPECIAL EXCEPTIONS</u>

On this day came on to be heard Plaintiff's Special Exceptions to Respondent's First Amended Original Answer and the same are hereby sustained as follows:

First Special Exception . . . ( ✓ ) Sustained   ( ) Denied
Second Special Exception . . .( ✓ ) Sustained   ( ) Denied

The Court hereby finds that it is apparent from the Respondent's First Amended Original Answer that she has negated her interest as owner or interest holder in the subject matter property and therefore her standing as a party to this suit. THEREFORE, it is hereby ORDERED that the special exceptions to Respondent's First Amended Original Answer in the instant cause, filed by Plaintiff are sustained as reflected above. The Respondent is ORDERED to amend her petition and include therein any relevant, material facts which would establish such ownership or interest and thereby her standing to proceed as a party. Said amended Answer must be filed within 30 days of the signing of this order, to avoid striking of Respondent's Answer.

Certified Document Number: 8602977 - Page 35 of 4

The Clerk is ORDERED to mail copies of this order to counsel for Respondent and for Plaintiff. Set for trial August 24, 1992,

SIGNED this the _20th_ day of _July_, 1992.

_____
JUDGE PRESIDING
234TH DISTRICT COURT

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

Certified Document Number: 33779689 - Page 3 of 4

FILED
KATHERINE TYRA
DISTRICT CLERK
HARRIS COUNTY, TEXAS

92 JUL -8 PM 3: 17

BY_____
Brg_____ DEPUTY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed return receipt requested to claimant's attorney of record, Chris Flood on July 8, 1992.

*Brian Johnson*

Brian Johnson
Assistant District Attorney
Special Crimes Bureau
Harris County, Texas

Certified Document Number: 37568294 - Page 0057



I. Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779689 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# SEIZURE AND FOREITURE COURT



301 SAN JACINTO, ROOM 829
HOUSTON, TEXAS 77002
TELEPHONE (713) 755-6730

JUNE 30, 1992

TO : FLOOD, CHRISTOPHER M.                    07155700
     1018      PRESTON 7TH FL
     HOUSTON         , TX    77002

### DOCKET CONTROL ORDER

1. **N/A**   NEW PARTIES shall be joined and served by this date. The
             party causing such joinder will provide copies of this
             order to the new parties.

2. **N/A**   EXPERTS for all plaintiffs shall be designated by this
             date. Experts for all other parties shall be designated 30
             days after this date.  No additional experts will be
             permitted to testify except for good cause shown.

3. **8/14/92**   DISCOVERY shall be completed by this date.  Counsel may by
                 agreement continue discovery beyond this deadline; such
                 continued discovery, however will not delay the trial date

4. **N/A**   AMENDMENTS to pleadings shall be filed by this date.

5. **N/A**   JOINT PRE-TRIAL ORDER shall be filed by this date in the
             form enclosed with the notice of this order.

6. **9/14/92**   PRE-TRIAL CONFERENCE will be held.  Trial counsel are
   **9:00 am**    ordered to attend and be prepared to discuss all aspects
                  of the suit and trial.

7. **9/14/92**   TRIAL IS SET FOR THIS DATE. If the case is not assigned to
                 trial by the second Friday after this date, the trial date
                 will be reset.

NOTE:        If no date is shown, time limits are governed by the
             applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 20ᵗʰ DAY OF   July       1992.

                              SEIZURE & FORFEITURE COURT



CASE - 9226448    FILED - 061292    COURT - 777
TYPE - SEIZURE & FORFEITURE
STATE OF TEXAS                      VS $1,000,000.00

Certified Document Number: 33779661 - Page 1 of 1

                                                        777L13 - 78 - SF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:       33779661 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# SEIZURE AND FOREITURE COURT

301 SAN JACINTO, ROOM 829
HOUSTON, TEXAS 77002
TELEPHONE (713) 755-6730



JUNE 30, 1992

TO : DISTRICT ATTORNEY                                49999997
     201      FANNIN #200
    HOUSTON        , TX    77002

### DOCKET CONTROL ORDER

1. N/A    NEW PARTIES shall be joined and served by this date. The
    party causing such joinder will provide copies of this
    order to the new parties.

2. N/A    EXPERTS for all plaintiffs shall be designated by this
    date. Experts for all other parties shall be designated 30
    days after this date. No additional experts will be
    permitted to testify except for good cause shown.

3. 8/14/92  DISCOVERY shall be completed by this date. Counsel may by
    agreement continue discovery beyond this deadline; such
    continued discovery, however will not delay the trial date

4. N/A    AMENDMENTS to pleadings shall be filed by this date.

5. N/A    JOINT PRE-TRIAL ORDER shall be filed by this date in the
    form enclosed with the notice of this order.

6. 9/14/92  PRE-TRIAL CONFERENCE will be held. Trial counsel are
  9:00 am  ordered to attend and be prepared to discuss all aspects
    of the suit and trial.

7. 9/14/92  TRIAL IS SET FOR THIS DATE. If the case is not assigned to
    trial by the second Friday after this date, the trial date
    will be reset.

NOTE:    If no date is shown, time limits are governed by the
    applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 20ᵗʰ DAY OF _July_ 1992.

                          SEIZURE & FORFEITURE COURT

                          COURT - 777

CASE - 9226448    FILED - 061292
TYPE - SEIZURE & FORFEITURE
STATE OF TEXAS              VS $1,000,000.00

Certified Document Number: 33779660 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779660 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



92-26448

THE STATE OF TEXAS § IN THE DISTRICT COURT OF
§
VS. §
§
APPROXIMATELY § HARRIS COUNTY, TEXAS
$1,000,000.00 IN UNITED §
STATES CURRENCY § 234TH JUDICIAL DISTRICT

<u>ORIGINAL ANSWER OF DEFENDANT CARLA J. SMITH</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **CARLA J. SMITH**, Defendant herein, by and through her attorney of record, Chris Flood, and in answer to the Original Notice of Seizure and Intended Forfeiture against the same says more particularly as follows:

1. Defendant denies all and singular, each and every allegation made by Plaintiff and relied upon by it as the basis of its alleged cause of action and demands strict proof thereof.

2. Defendant further says that the Respondent $1,000,000.00 in United States Currency is not subject to forfeiture because it was illegally seized on June 12, 1992 and Plaintiff continues to unlawfully withhold possession of the $1,000,000.00 in U.S. Currency.

WHEREFORE, PREMISES CONSIDERED, Claimant prays that the Court will in all things deny the State's Motion for Forfeiture as prayed for and that Defendant will have judgment over and against Plaintiff in and to the Respondent $1,000,000.00 in U.S. Currency;

1

Certified Document Number: 33779698 - Page 1 of 3

and that he have all of the relief at law and in equity to which he may show himself justly entitled.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1018 Preston, 7th Floor
Houston, Texas  77002
(713) 223-5959
State Bar No. 07155700
Attorney for Claimant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing **Original Answer of Defendant Carla J. Smith** has been forwarded to Mr. Brian Johnson, Assistant District Attorney, by mailing a copy to 201 Fannin Street, Suite 200, Houston, Texas 77002 on this _25th_ day of June, 1992.

Chris Flood

2

## AFFIDAVIT

THE STATE OF TEXAS      Ӏ
                            Ӏ
COUNTY OF HARRIS      Ӏ

BEFORE ME, the undersigned authority, on this day personally appeared Chris Flood, who, after being by me first duly sworn, on her oath deposed and said:

> "My name is Chris Flood. I am the attorney for the Defendant, CARLA J. SMITH and have been authorized to file the Original Answer to which this Affidavit is attached. All statements contained in said Original Answer are true and correct."

_____
Chris Flood

SUBSCRIBED AND SWORN TO BEFORE ME on this the 25TH day of June, 1992.

_____
Paula Pizzitola, Notary Public
In and for The State of Texas
My commission expires _____

3

Certified Document Number: 33779698 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011


Certified Document Number:        33779698 Total Pages:  3


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS


In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| V. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

### ORDER SUSTAINING PLAINTIFF'S SPECIAL EXCEPTIONS

On July 22, 1992 came on to be heard Plaintiff's Special Exceptions to Respondent's First Amended Original Answer and the same are hereby sustained as follows:  Plaintiff's First Special Exception is Sustained and Plaintiff's Second Special Exception is Denied.

The Court hereby finds that it is apparent from the Respondent's First Amended Original Answer that she has negated her interest as owner or interest holder in the subject matter property and therefore her standing as a party to this suit.  THEREFORE, it is hereby ORDERED that the special exceptions to Respondent's First Amended Original Answer in the instant cause, filed by Plaintiff are sustained as reflected above.  The Respondent is ORDERED to amend her petition and include therein any relevant, material facts which would establish such  ownership or interest and thereby her standing to proceed as a party.  Said amended Answer must be filed within by August 24, 1992, to avoid striking of Respondent's Answer.

The Court further ORDERS sets this cause for trial on the merits on November 16, 1992.

RECORDER'S MEMORANDUM:
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

Certified Document Number: 3779688 - Page V6886 P0503

The Clerk ~~is ORDERED to~~ shall, mail copies of this order to counsel for Respondent and for Plaintiff.

SIGNED this the 24th day of _August_, 1992.

JUDGE PRESIDING
234TH DISTRICT COURT

RECORDER'S MEMORANDUM:
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

V6886 P0504

Certified Document Number: 33779688 - Page 2 of 3



Certified Document Number: 33779688 - Page 3 of 3

FILED
KATHERINE TYRA
DISTRICT CLERK
HARRIS COUNTY, TEXAS

92 AUG 12 AM 10: 40

BY_____ DEPUTY



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779688 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com





92-26448

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| APPROXIMATELY | § | |
| $1,000,000.00 IN UNITED | § | |
| STATES CURRENCY | § | 234TH   JUDICIAL DISTRICT |

## SECOND AMENDED ORIGINAL ANSWER OF CLAIMANT CARLA J. SMITH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **CARLA J. SMITH**, equitable owner herein of the Respondent property, by and through her attorney, Chris Flood, and in answer to the Original Notice of Seizure and Intended Forfeiture against the approximately $1,000,000.00 in United States Currency referenced above says more particularly as follows:

1.   **CARLA J. SMITH**, owner of the Respondent property as defined by Art. 59.01(5) Tex.C.Crim.Proc., and a necessary party to this proceeding by virtue of her having a possessory interest in the place where the Respondent property was seized, pursuant to Art. 59.04(j) Tex.C.Crim.Proc., denies the allegations contained in paragraphs IV and VI of Plaintiff's Original Notice of Seizure and Intended Forfeiture, and demand strict proof thereof.

2.   Owner further says that the Respondent $1,000,000.00 in United States currency is not subject to forfeiture because it was illegally seized on June 12, 1992 and Plaintiff continues to unlawfully withhold possession of the $1,000,000.00 in U.S. currency.

Certified Document Number: 33779687 - Page 1 of 3

WHEREFORE, PREMISES CONSIDERED, **CARLA J. SMITH** prays that the Court will in all things deny the State's Original Notice of Seizure and Intended Forfeiture as prayed for, and that she will have judgment over and against Plaintiff in and to the Respondent $1,000,000.00 in U.S. currency and that she shall have all of the relief at law and in equity to which she may show herself justly entitled.

Respectfully submitted,

DeGUERIN & DICKSON

Chris Flood
1018 Preston, 7th Floor
Houston, Texas   77002
(713) 223-5959
State Bar No. 07155700
Attorney for Claimant

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Second Amended Original Answer of Claimant Carla J. Smith has been forwarded to Mr. Brian Johnson, Assistant District Attorney, by hand delivering a copy to 201 Fannin Street, Suite 200, Houston, Texas 77002 on this 11th day of September, 1992.

Chris Flood

Certified Document Number: 33779687 - Page 2 of 3

## AFFIDAVIT

THE STATE OF TEXAS      Ɏ

                   Ɏ

COUNTY  OF  HARRIS      Ɏ

     BEFORE ME, the undersigned authority, on this day personally appeared Chris Flood, who, after being by me first duly sworn, on her oath deposed and said:

         "My name is Chris Flood.  I am the attorney for the Claimant, CARLA J. SMITH and have been authorized by her to file this Seconded Amended Original Answer to which this Affidavit is attached.  All statements contained therein are true and correct to the best of my knowledge and belief."

                                      _____

                                      Chris Flood

     SUBSCRIBED AND SWORN TO BEFORE ME on this the 11th day of September, 1992.

                                      _____, Notary Public
In and for The State of Texas
My commission expires _____

Certified Document Number: 33779687 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779687 Total Pages:  3

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# SEIZURE AND FORFEITURE COURT

301 SAN JACINTO, ROOM 829
HOUSTON, TEXAS 77002
TELEPHONE (713) 755-6730



SEPTEMBER 8, 1992

TO : DISTRICT ATTORNEY                              49999997
      201      FANNIN #200
      HOUSTON        , TX    77002

### DOCKET CONTROL ORDER

1. N/A     NEW PARTIES shall be joined and served by this date. The
           party causing such joinder will provide copies of this
           order to the new parties.
2. N/A     EXPERTS for all plaintiffs shall be designated by this
           date. Experts for all other parties shall be designated 30
           days after this date. No additional experts will be
           permitted to testify except for good cause shown.
3. 10/16/92 DISCOVERY shall be completed by this date.  Counsel may by
           agreement continue discovery beyond this deadline; such
           continued discovery, however will not delay the trial date
4. N/A     AMENDMENTS to pleadings shall be filed by this date.
5. N/A     JOINT PRE-TRIAL ORDER shall be filed by this date in the
           form enclosed with the notice of this order.
6. 11/16/92 PRE-TRIAL CONFERENCE will be held.  Trial counsel are
   9:00 am ordered to attend and be prepared to discuss all aspects
           of the suit and trial.
7. 11/16/92 TRIAL IS SET FOR THIS DATE. If the case is not assigned to
           trial by the second Friday after this date, the trial date
           will be reset.
NOTE:      If no date is shown, time limits are governed by the
           applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 14th DAY OF September 1992.

SEIZURE & FORFEITURE COURT

CASE - 9226448    FILED - 061292    COURT - 777
TYPE - SEIZURE & FORFEITURE
STATE OF TEXAS                      VS $1,000,000.00

Certified Document Number: 33779659 - Page 1 of 1

777L03 - 89 - SF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779659 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# SEIZURE AND FORFEITURE COURT

301 SAN JACINTO, ROOM 829
HOUSTON, TEXAS 77002
TELEPHONE (713) 755-6730

SEPTEMBER 8, 1992

TO : FLOOD, CHRISTOPHER M.                    07155700
     1018      PRESTON 7TH FL
     HOUSTON       , TX    77002

### DOCKET CONTROL ORDER

1. N/A      NEW PARTIES shall be joined and served by this date. The
            party causing such joinder will provide copies of this
            order to the new parties.
2. N/A      EXPERTS for all plaintiffs shall be designated by this
            date. Experts for all other parties shall be designated 30
            days after this date.  No additional experts will be
            permitted to testify except for good cause shown.
3. 10/16/92 DISCOVERY shall be completed by this date.  Counsel may by
            agreement continue discovery beyond this deadline; such
            continued discovery, however will not delay the trial date
4. N/A      AMENDMENTS to pleadings shall be filed by this date.
5. N/A      JOINT PRE-TRIAL ORDER shall be filed by this date in the
            form enclosed with the notice of this order.
6. 11/16/92 PRE-TRIAL CONFERENCE will be held.  Trial counsel are
   9:00 am  ordered to attend and be prepared to discuss all aspects
            of the suit and trial.
7. 11/16/92 TRIAL IS SET FOR THIS DATE. If the case is not assigned to
            trial by the second Friday after this date, the trial date
            will be reset.
NOTE:       If no date is shown, time limits are governed by the
            applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 14ᵗʰ DAY OF September 1992.

                                    SEIZURE & FORFEITURE COURT

CASE - 9226448    FILED - 061292    COURT - 777
TYPE - SEIZURE & FORFEITURE
STATE OF TEXAS                      VS $1,000,000.00

Certified Document Number: 33779658 - Page 1 of 1

777L03 - 89 - SF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779658 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| APPROXIMATELY | § | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

O R D E R

On this the __13th__ day of __October__, 1992, came on to be heard Plaintiff's Motion to correct the caption of the above action. It appears to the court that Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, that the caption in the above action is changed to read $888,598.00 in United States Currency.

SIGNED this __13th__ day of __October__, 1992.

_____
HONORABLE JUDGE PRESIDING

APPROVED AS TO FORM:

BY: _Brian Johnson_
Brian K. Johnson
Assistant District Attorney
Special Crimes Bureau
201 Fannin, Suite 200
Houston, Texas   77002-1901
(713) 755-5840
TBC # 10685600

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

Certified Document Number: 33779664 - Page 1 of 2

V6975 P0668



F I L E D

KATHERINE TYRA
District Clerk

10-01-92

Harris County, Texas

By

Deputy

Filed Document Number: 33779664 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779664 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

5x-2

92-26448

## STATEMENT OF PERSON IN CUSTODY

Date  June 12, 1992

Time  10:42 p.m.

Statement of   Carla Jeannett Smith                 taken in Harris County, Texas.

Prior to making this statement I have been warned by Detective M.R. Daniel                ,
the person to whom this statement is made, that:

1) I have the right to remain silent and not make any statement at all and any state-
   ment I make may and probably will be used against me at my trial;
2) Any statement I make may be used as evidence against me in court;
3) I have the right to have a lawyer present to advise me prior to and during any
   questioning;
4) If I am unable to employ a lawyer, I have the right to have a lawyer appointed to
   advise me prior to and during any questioning; and
5) I have the right to terminate the interview at any time.

Prior to and during the making of this statement I knowingly, intelligently, and volun-
tarily waive the rights set out above and make the following voluntary statement:

I have been informed that under the Penal Code of the State of Texas,
Section 37.02:  A person commits the offense of "Perjury" if, with
intent to deceive and with knowledge of the statement's meanings;
.e makes a false statement under oath or swears to the truth of a
false statement previously made; and the statement is required or
authorized by law to be made under oath.

My full name is Carla Jeannett Smith. I am a black female, 25 years of age,
having been born on 2-8-67. I currently reside at 9603 Homestead. I live
there alone. My TDL# is 12741322. My SS# is 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. My home phone
number is 635-7529. I am currently employed at the Swiss Village Apartments,
9603 Homestead, phone 633-8547.

On 5/19/92 I rented an apartment at the Oaks of Woodforest Apartment Complex,
apartment #95. I have been in the process of moving but my car had broken
down.  Since I did not have a ride I have been staying at the Swiss Village
Apts. where I work.

The last time I was at the apartment was the first weekend in June 1992.

Officer Daniel asked me to come to the Wallisville Substation and give this
statement in reference to a large sum of money that was found in my apartment
which I was moving into.

When I left my apartment the first week end in June 1992 there was no safe
or large sum of money in my apartment. I do not know who the large sum of
money or safe in the apartment belongs to.

Certified Document Number: 3379673 - Page 1 of 2

F I L E D

KATHERINE TYRA
District Clerk

11, 10, 92

Harris County, Texas

By                    Deputy

CR-7 (10/80)

Statement of Carla Jeannett Smith

I came to the Wallisville Substation strictly to give my statement in regards to the money which I have no knowledge of.

I can read and write the English Language and I have read this statement which I have made consisting of two pages and I find it to be true and correct to the best of my knowledge. I gave this statement of my own free will.

_____
Carla Jeannett Smith

Subscribed and sworn to before me the undersigned authority on this the 12th day of June A. D. 1992.

_____
Sherri Lyn Hicks, Notary Public in and for Harris County, Texas.  My Commission expires 03-08-96.

Certified Document Number: 33779673 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779673 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

Certified Document Number: 33779666 - Page 1 of 7

# HARRIS COUNTY SHERIFF'S DEPARTMENT
## SUPPLEMENT REPORT

SR NUMBER 92-0620646

# HARRIS COUNTY SHERIFF'S DEPARTMENT
## OFFENSE REPORT
CASE NUMBER 92-0620646

Hyt s/off

| CASE STATUS | | |
|---|---|---|
| CASE OPEN | | |
| EXCEPTIONAL/CLEARED | ☑ | |
| CLEARED/ARREST | ☐ | |
| UNFOUNDED | ☐ | |

| | | |
|---|---|---|
| REPORTING DEPUTY | UNIT # | BADGE # |
| G. WORLEY | 4577 | 2011 |
| SECOND DEPUTY | UNIT # | BADGE # |

1. COMPLAINANT (LAST, FIRST, MIDDLE)
STATE OF TEXAS

| RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|

2. ADDRESS (NUMBER & STREET)
1301 FRANKLIN, HOUSTON

3. HOME TELEPHONE / BUSINESS TELEPHONE
755-7947

4. BUSINESS ADDRESS/OCCUPATION

5. WEATHER CONDITIONS:
DAYTIME HOURS

6. OFFENSE AS REPORTED:
Shooting Investigation-

7. OFFENSE CHANGED TO:
Recovered Stolen Property & Narc. Trap.

8. LOCATION OF OFFENSE:
250 I/Value #95

9. DISTRICT/KEY MAP:
3A/437 W

10. TYPE OF PREMISES:
Apt Complex

11. DAY/DATE/TIME:
Fri/6-12-92/8:55 AM

12. VEHICLE INVOLVED:

| MAKE | MODEL | LIC | LIS | LIY | COLOR |
|---|---|---|---|---|---|

13. PROPERTY INVOLVED:

| QTY | ITEM TYPE | SERIAL # | BRAND | MODEL # | CAL# | MISC | VALUE |
|---|---|---|---|---|---|---|---|

14. SYNOPSIS: When investigating a reported shooting at 250
Value #95-I recovered two pistols one of which was
stolen and a large amount of American currency.



FILED
KATHERINE TYRA
District Clerk

HARRIS COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER *92-0612O646*

| COMPLAINANT (LAST, FIRST, MIDDLE) | LOCATION OF OFFENSE | DATE |
|---|---|---|
| STATE OF TEXAS | 250 UVALDE #95 | 0/12/92 |

| REPORTEE/WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| BUSINESS ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| WORK ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| WITNESS (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | DOB | DL# |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | HOME TELEPHONE |
|---|---|
| | |

| WORK ADDRESS, NUMBER, STREET, P. O. BOX, CITY, STATE, ZIP | WORK TELEPHONE |
|---|---|
| | |

| INTRODUCTION/YOUR LOCATION | FROM WHOM | TIME RCVD | TIME ARRIVED | FIRST OFFICER ON SCENE |
|---|---|---|---|---|
| 300 NORMANDY | DISP | 849 AM | 855 AM | WORLEY |

SCENE SUMMARY:

THE SCENE WILL BE APT #95, AT THE OAKS OF WOODFOREST APT. COMPLEX, LOCATED AT 250 UVALDE, ON THE WEST SIDE OF THE ROADWAY. APT #95 IS ON THE FIRST FLOOR OF A TWO STORY APT. BUILDING THAT CONTAINS NUMEROUS OTHER APTS. APT #95 FACES NORTH. VISIBILITY EXCELLENT, DUE TO ARTIFICIAL INTERIOR LIGHTING, DURING DAYTIME HOURS.

INVESTIGATIVE NARRATIVE: ON FRI, 6/12/92 AT 849AM, I, DEPUTY G. WORLEY, U#4551 WAS ON PATROL IN THE 300 BLK OF NORMANDY, WHEN I WAS ADVISED BY THE DISP. OF A SHOOTING, TWO WOUNDED OR DEAD, AND A LARGE AMOUNT OF DRUG MONEY, AT 250 UVALDE #95, THE OAKS OF WOODFOREST APTS. UPON MY ARRIVAL, AT 855 AM, I FOUND THE FOLLOWING.

AS DEPUTY C. WHITSEY, U#4554, DEPUTY M. SMITH, U#4557, AND I

| HOSPITAL | AMBULANCE/NO. OF ATTENDANTS | | DOCTOR | INJURIES | | M. E. |
|---|---|---|---|---|---|---|
| | | | | | | |

| EVIDENCE/PROPERTY RCVD | PROPERTY ROOM | TAG # | CRIME LAB | PHOTOS | OTHER |
|---|---|---|---|---|---|
| YES  NO | YES  NO | | YES  NO | YES  NO | |

Revised 2/85 (EB 142)

A

Certified Document Number: 33779666 - Page 2 of 7

HARRIS COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER 92-C6120646

APPROACHED THE APT., WE OBSERVED THREE BULLET HOLES, ABOUT HEAD LEVEL, IN A BEDROOM WINDOW, ADJACENT TO THE FRONT DOOR. I ALSO OBSERVED A BULLET HOLE IN THE FRONT DOOR, APPROX. AT EYE LEVEL.

REALIZING THE DISTINCT POSSIBILITY THAT THERE WERE WOUNDED OR DEAD IN THE APT., I KNOCKED ON THE FRONT DOOR, AND PUSHED. THE DOOR, WHICH WAS NOT LOCKED, OPENED. I YELLED. "SHERIFF", AND ENTERED, ALONG WITH DEPUTIES WHITSEY AND SMITH. AS OUR EYES ADJUSTED TO THE LIGHT DIFFERENCE, WE HEARD A VOICE SAY "I'M IN HERE, DON'T SHOOT". THE VOICE CAME FROM A B/M, WHO IDENTIFIED HIMSELF AS HOYLE MINDENHALL, WHO WAS GETTING OUT OF A BED IN THE MASTER BEDROOM. I DIRECTED HIM TO A COUCH IN THE LIVINGROOM, A SECURE PLACE. ALSO IN THE BED, ON THE FAR SIDE, WAS A W/F IDENTIFIED BY HER TDL AS STACEY LYSACK 2/26/73. AFTER SECURING HER, AND CLEARING THE APT., FOR OUR SAFETY, DEPUTIES WHITSEY AND SMITH BEGAN TALKING WITH OCCUPANTS. AS THIS WAS TAKING PLACE, I NOTICED TWO PISTOLS ON THE MASTER BEDROOM FLOOR, WITHIN ARMS REACH OF WHERE THE B/M HAD BEEN LAYING ON THE BED.

GENTLY RECOVERING THE PISTOLS, I FOUND THAT ONE PISTOL WAS A SIX INCH BLUE STEEL, S/W .44 MAGNUM, MODEL 29, S# N897047. THE SECOND PISTOL, A TWO INCH BLUE STEEL, S/W .38 SPECIAL, MODEL 36, S# 85052 WAS LOADED WITH SIX LIVE ROUNDS. THE .44 MAG. HAD FOUR SPENT ROUNDS, AND TWO LIVE. CHECKING THE SERIAL NOS. WITH OUR DISP., I WAS ADVISED THAT THE .38 WAS NOT REPORTED STOLEN. HOWEVER, THE .44 MAG. WAS REPORTED STOLEN UNDER HCSD CASE NUMBER 91-0517035, AND WAS A MURDER WEAPON, THAT HAD NEVER BEEN RECOVERED. I THEN SECURED BOTH GUNS IN MY PATROL CAR.

AS THIS WAS TAKING PLACE, SGT. J. RANKIN, U#455 ARRIVED, AND OBTAINED A VOLUNTARY CONSENT TO SEARCH FROM MR. MINDENHALL. UPON RETURNING TO THE APT., MR. MINDENHALL STATED THAT AT APPROX. 100 AM, 6/12/92, FRI. TWO UNKNOWN B/M'S, WEARING SKI MASKS, HAD PUSHED THEIR WAY IN BEHIND HIS GIRLFRIEND, STACEY LYSACK, AND POINTED UNKNOWN TYPES OF GUNS AT THEM. ACCORDING TO MR. MINDENHALL THE TWO UNKNOWN

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
| G. WORLEY | 4551 | 1102 | 49076 | 6/12/92 |

Revised 2/85 (HP 144)

Certified Document Number: 33779666 - Page 3 of 7

HARRIS COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER 92-0612064/6

B/M'S DEMANDED MONEY. MR. MINDINHALL STATED THAT HE WAS
ABLE TO GET TO THE MASTER BR, AND RETREIVE THE .44 MAGNUM.
AND FIRE FOUR SHOTS, FROM THE BEDROOM, AT THE TWO SUSPECTS.
HE THEN ADVISED THAT BOTH SUSPECTS THEN FLED.
    AS MR. MINDINHALL WAS RELATING THE STORY TO ME A
QUICK SEARCH OF THE APT. WAS TAKING PLACE. THE SEARCH
REVEALED A CASHBOX IN A HALLWAY CLOSET, THAT WHEN
OPENED, CONTAINED A HEAVY WHITE POWDERY RESIDUE. SGT.
KAMIKIN, USING A "C-MAK" TEST KIT, OBTAINED A POSITIVE
RESULT FOR COCAINE. WE ALSO FOUND A LOCKED CLOSET DOOR,
ADJACENT TO THE BATHROOM. THE DOOR HAD NO KNOB, ONLY A KEY
LOCK.
    FORCING THE DOOR OPEN, WE FOUND A SAFE, MADE BY STAR,
MODEL # UNK, S&J 15-51037, STANDING AGAINST A WALL. THE SAFE
APPROX. FOUR FT. TALL, AND APPROX THIRTY INCHES WIDE, WAS
THE ONLY ITEM IN THE CLOSET, NO CLOTHING OR PERSONAL ITEMS.
REALIZING THAT THE INVESTIGATION WAS TAKING DIFFERENT
TURN, WE STOPPED OUR SEARCH, AND AWAITED THE ARRIVAL OF
THE NARCOTICS DOGS. AT THIS POINT, DEPUTY SMITH TRANSPORTED
BOTH SUBJECTS TO STA. 3, FOR FURTHER INVESTIGATION.
    WHILE AWAITING THE ARRIVAL OF THE DOG UNIT, I CHECKED
THE PARKING AREA, NORTH OF THE APT. FOR ANY PHYSICAL
EVIDENCE. THERE, I FOUND A LARGE CALIBER SLUG, DEFORMED,
APPROX. ONE HUNDRED FEET FROM THE APT. DUE TO THE LARGE
NUMBER OF BYSTANDERS, BY THIS TIME, I RECOVERED THE SPENT
SLUG. AS I WAS LOOKING FOR MORE, I WAS APPROACHED BY
A W/F WHO IDENTIFIED HERSELF AS PAULA PITTS 6/24/64, 250
1) VALUE #94, P#455-2942, AND A B/F, WHO IDENTIFIED HERSELF AS
RAMONA CONNER, 11/7/64, 250 UVALDE #90, NO PHONE. THEY BOTH
STATED THAT THE B/M FROM APT#95, DID INDEED LIVE THERE,
AND WAS KNOWN TO THEM AS "QUID". THEY ALSO ADVISED ME
THAT A SECOND B/M, KNOWN TO THEM AS "DEREK", ALSO LIVED
THERE. THE B/M, "QUID" RETRIEVED HISCLOTHES FROM THE SECOND BEDROOM.
AT APPROX. 1015AM, OFFICER G. DOYLE, HPD, ARRIVED ON THE
SCENE WITH HIS DOG. OBSERVING THE DOG WORK, THE DOG
REACTED VIOLENTLY (POSITIVE) TO BOTH THE CASHBOX IN THE
HALLWAY, AND THE LOCKED SAFE IN THE CLOSET. A SHORT

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
| G. WORLEY | 4551 | 1102 | 49076 | 6/12/92 |

Certified Document Number: 33779666 - Page 4 of 7

HAR ~~~COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENT REPORT

CASE NUMBER 92-0612064/6

TIME LATER, OFFICER N. CHALINE, ALSO WITH HPD, ARRIVED WITH
HIS DOG. HIS DOG ALSO ALERTED (POSITIVE) TO BOTH THE CASHBOX
AND THE SAFE.
    DEPUTY SMITH, AT STA. 3 WITH BOTH SUBJECTS, OBTAINED A
VOLUNTARY CONSENT TO SEARCH FOR THE SAFE IN THE CLOSET,
FROM MR. MENDENHALL. WE THEN WERE ABLE TO REMOVE THE
SAFE, WHICH WAS EXTREMELY HEAVY, FROM THE CLOSET TO THE
TO THE PATIO AREA, IN ORDER TO OPEN IT. AS WE WORKED
TO OPEN THE SAFE, WE TOOK A SHORT BREAK TO REST. WHILE
WE STOPPED MOMENTARILY, I OBSERVED A LATE MODEL, MAROON
4-DR. NISSAN, PARKED IN FRONT OF THE APT., OCCUPIED BY ONE
B/M. BOTH PITTS AND CONNER BEGAN YELLING "THAT'S HIM, THAT'S
DEREK".
    OFFICER CHALINE AND I THEN APPROACHED THE B/M, AND
ASKED FOR HIS T.D.L. HE ADVISED ME THAT HE DID NOT HAVE
A D.L. WITH HIM. AT THIS POINT OFFICER CHALINE AND I SECURED
HIM, PENDING FURTHER INVESTIGATION. AT APPROX. 1110 AM,
SGT. RANKIN, OFFICERS DOYLE, CHALINE, AND I, SUCCEEDED IN
OPENING THE SAFE, AND FOUND A LARGE AMOUNT OF AMERICAN
CURRENCY.
    SGT. RANKIN THEN NOTIFIED LT. GRIFFIN, HARRIS CO. NARCOTICS
AND ADVISED HIM OF THE SITUATION. A SHORT TIME LATER, DET.
J. PRUITT, AND H. DANIELS, ARRIVED ON THE SCENE. DET. PRUITT AND
I TRANSPORTED THE CASH TO THE OCU OFFICE, WHERE IT WAS
THEN TAKEN BY DET. PRUITT AND D.A. INVESTIGATOR JOE HARA,
TO AMERICAN BANK TO BE COUNTED. DEPUTY WHITSEY TRANSPORTED
THE SECOND B/M, DEREK THOMAS, TO STA. 3 WHERE THEY WERE
LATER INTERVIEWED BY NARCOTICS DETS. THE TWO PISTOLS WERE
RELEASED TO HOMICIDE DET. TAWNRY, U#3104, AT APPROX. 3 PM,
FRI, 6/12/92. I.D. UNIT #7108 PROCESSED THE SCENE. SEE I.D.
SUPPLEMENT, BY DEPUTY R. SHIELDS. THE LOCKING CASH BOX WAS
RELEASED TO LT. N. GRIFFIN, AND WILL BE SUBMITTED TO M.E.'S OFFICE
FOR FURTHER ANALYSIS. A GREEN ZIP-UP BAG, WHICH HAD CONTAINED
CURRENCY, INSIDE THE SAFE, WAS SUBMITTED TO THE PROPERTY ROOM
FOR STORAGE. SUBJECTS RELEASED TO OCU DETECTIVES. THE MICRO-
CASSETTE TAPE FROM THE ANSWERING MACHINE WAS ALSO PLACED IN THE
PROPERTY ROOM FOR SAFEKEEPING.

| REPORTING DEPUTY | UNIT # | BADGE # | SS # | DATE OF REPORT |
|---|---|---|---|---|
| G. WORLEY | 4551 | 1102 | 49076 | 6/12/92 |

450 - 5509

Certified Document Number: 33779666 - Page 5 of 7

WRECKER SLIP

B 09110

CASE # 92- 06120646 DATE 6/12/92 TIME 9:21 PM

COLOR(S) Red YEAR 91 MAKE NISSAN BODY STYLE 4 DR

LICENSE 12/92 TK CWH-70G VIN JN1HJ0178LT446575
           MO/YEAR  STATE  NUMBER

REASON FOR REMOVING CAR: Prisoners Vehr

NAME OF DRIVER: Derrick Thomas

LOCATION FROM WHICH VEHICLE TAKEN: 250 Uvalde

WRECKER SERVICE: Dispayne CHIP # 283

STORAGE ADDRESS: 2000 Hwy 90

PHONE: 378- 8346

| INVENTORY OF VEHICLE CONTENTS | MISSING PARTS |
|---|---|
| | |
| | |
| | |
| 1-Stats Safe | |
| Ser# J1S-51037 | |
| | |

INDICATE DAMAGE TO VEHICLE: Front End damage,
Minor Body damage.

HOLD: SEIZURE ☐   OTHER: _____
                                    (INDICATE REASON)
SIGNATURE OF WRECKER DRIVER James T. Taylor

DEPUTY C.M. Whitsey   BADGE # 1183   UNIT # 455X

WRECKER SLIP

B 09109

CASE # 92-06120646 DATE 6/2/92 TIME 6:20 pm

COLOR(S) Blk YEAR 91 MAKE Nissan BODY STYLE 2DR.

LICENSE 12/92 TX DCK-59R VIN JN1M534 P7MW002791
MO/YEAR  STATE  NUMBER

REASON FOR REMOVING CAR: Prisoners Veh

NAME OF DRIVER: _____

LOCATION FROM WHICH VEHICLE TAKEN: 250 Uvalde

WRECKER SERVICE: Disspayne CHIP # 257
STORAGE ADDRESS: 2000 Hwy 80
PHONE: 328-8346

| INVENTORY OF VEHICLE CONTENTS | MISSING PARTS |
|---|---|
| 1 - Blk - Female Blouse | - |
| 1 - Flower Blouse | |
| 1 - Blk/white Dress | |
| 1 - Coin Purse | |
| | |
| | |
| | |

INDICATE DAMAGE TO VEHICLE: Left Front Damage, Left
Flat Tire, Left Back Dent

HOLD: SEIZURE ☐   OTHER: _____
(INDICATE REASON)

SIGNATURE OF WRECKER DRIVER James L. Day

DEPUTY C. McHutery   BADGE # 1183   UNIT # 4554

Pat Smith
D. A. 'a
ofc.

Certified Document Number: 33779666 - Page 7 of 7



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779666 Total Pages: 7

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

NO. 92-26448

THE STATE OF TEXAS      §    IN THE DISTRICT COURT

VS.                  §    OF HARRIS COUNTY, TEXAS

$888,598.00 IN UNITED    §    234TH JUDICIAL DISTRICT
STATES CURRENCY

## FINAL JUDGMENT OF FORFEITURE

BE IT REMEMBERED that on this the 17th day of November, 1992, came on to be considered the above styled and numbered cause filed heretofore on June 12, 1992. The State of Texas appeared by and through her Assistant District Attorney Brian K. Johnson. Respondents, Kobie Mendenhall and Derek Thomas were served and, after due notice to the Respondents herein, it now appears that no answer or appearance has been filed by Kobie Mendenhall and Derek Thomas claiming an interest in the property which is the subject of this forfeiture. Respondent, Carla J. Smith appeared by and through her attorney of record Chris Flood. An agreement has been reached between Plaintiff and Respondent Smith whereby $8,000.00 is not subject to forfeiture. The Court has jurisdiction of the subject matter and parties, and Final Judgment should be granted for the State of Texas and against the remaining $880,598.00 in United States Currency and Kobie Mendenhall and Derek Thomas. It is therefore:

ORDERED, ADJUDGED, and DECREED that the $8,000.00 in United States currency is not subject to forfeiture and is subject to return to Carla J. Smith.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the rest and remainder, being $880,598.00 in United States Currency is

forfeited: seventy percent (70%) to the Harris County Sheriff's Department; twenty-seven percent (27%) to the Harris County District Attorney's Office, Special Crimes Bureau, into Harris County Treasurer's Fund number 5922, titled "Seized Property Fund D.A."; and that three percent (3%) to the Harris County Treasury Fund number 5940, titled "Drug Abuse Prevention/Treatment Fund"; all to be administered by both agencies and Harris County in compliance with their local agreement, the Code of Criminal Procedure, Article 59.06(c), and audited in accordance with Article 59.06(g). Costs of court are charged against the party incurring same. All relief not granted is denied.

SIGNED this the 24th day of November, 1992.

JUDGE PRESIDING

V7055 P0690

Certified Document Number: 33779663 - Page 2 of 5

APPROVED AS TO FORM:

BY: _Brian Johnson_
Brian K. Johnson
Assistant District Attorney
201 Fannin, Suite 200
Houston, Texas 77002-1901
(713) 755-5840
Bar Card #10685600
ATTORNEY FOR PLAINTIFF

BY: _Brian Johnson for Chris Flood, by permission_
Chris Flood
DeGuerin & Dickson
1018 Preston, 7th Floor
Houston, Texas 77005
(713) 223-5959
Bar Card # 07155700
ATTORNEY FOR RESPONDENT SMITH

V7055 P0691

Certified Document Number: 33779663 - Page 3 of 5

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming



Certified Document Number: 33779663 - Page 4 of 5

P-1
4(?)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing motion for a new trial has been furnished to the Assistant District Attorney assigned to this case on this 11th day of November, 1992.

_LEROY PEAVY_

V7055 P0692

92- 18768        The State of Texas +s- 3, 765⁰⁰
157th

## ORDER

Be it Remembered that on this the __24th__ day of __November__, 1992 ~~the~~ the Court heard the Motion of Respondent, George Washington Jr. for ~~a~~ ~~an Order~~ ~~Order~~ a New Trial. ~~The Court~~ ~~examined the Respondent's Motion~~ The parties informed the Court that an agreement had been reached regarding the Motion for New Trial. The Court is of the opinion, therefore that the Motion should be granted. It is therefore:

Ordered. Adjudged and Decreed that the Motion for New Trial ~~sth~~ is hereby granted.

Signed on this __November 24,__ , 1992.

_Judge Presiding_

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

Certified Document Number: 33779663 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779663 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



I, Chris Daniel. District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779689 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# SEIZURE AND FOREITURE COURT

301 SAN JACINTO, ROOM 829
HOUSTON, TEXAS 77002
TELEPHONE (713) 755-6730



JUNE 30, 1992

TO : FLOOD, CHRISTOPHER M.                07155700
     1018     PRESTON 7TH FL
     HOUSTON        , TX    77002

### DOCKET CONTROL ORDER

1.  N/A    NEW PARTIES shall be joined and served by this date. The
           party causing such joinder will provide copies of this
           order to the new parties.
2.  N/A    EXPERTS for all plaintiffs shall be designated by this
           date. Experts for all other parties shall be disignated 30
           days after this date.  No additional experts will be
           permitted to testify except for good cause shown.
3. 8/14/92 DISCOVERY shall be completed by this date.  Counsel may by
           agreement continue discovery beyond this deadline; such
           continued discovery, however will not delay the trial date
4.  N/A    AMENDMENTS to pleadings shall be filed by this date.
5.  N/A    JOINT PRE-TRIAL ORDER shall be filed by this date in the
           form enclosed with the notice of this order.
6. 9/14/92 PRE-TRIAL CONFERENCE will be held.  Trial counsel are
   9:00 am ordered to attend and be prepared to discuss all aspects
           of the suit and trial.
7. 9/14/92 TRIAL IS SET FOR THIS DATE. If the case is not assigned to
           trial by the second Friday after this date, the trial date
           will be reset.
NOTE:      If no date is shown, time limits are governed by the
           applicable Texas Rules of Civil Procedure.

SIGNED THIS THE 20th DAY OF    July        1992.

                              SEIZURE & FORFEITURE COURT



CASE - 9226448    FILED - 061292    COURT - 777
TYPE - SEIZURE & FORFEITURE
STATE OF TEXAS                      VS $1,000,000.00

Certified Document Number: 33779661 - Page 1 of 1

777L13 - 78 - SF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779661 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

TO: _Drug Court_

_Order_     _92-26448_     _234/Drug Ct._
Document Type       Case No.       Court

The attached document needs (see below) prior to processing:

[ ]   Signature

[ ]   Filemark

[ ]   Case Number - Missing/Correction

[ ]   Court - Missing/Correction

[ ]   Page Count       _BS_

[ ]   Verify Date

[X]   OTHER: _invalid activity code_

_7-13-92_       _C. McAbee_       _8314_
Date       Deputy Signature       Ext.

RETURN FOR PROCESSING WITHIN 2 DAYS

-------------------------------------------------

Returned to micrographics on: _7-22-92_

[X]   Corrected as above

[ ]   Can not be corrected per request.

Comments:

_7-22-92_       _Venus Collins_       _6730_
Date       Deputy Signature       Ext.

MF-1   R09-30-88

Certified Document Number: 33779691 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779691 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO. 92-26448

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY $1,000,000.00 IN UNITED STATE CURRENCY | § | 234TH JUDICIAL DISTRICT |

## CERTIFICATE OF CONFERENCE

In accordance with Tex. R. Civ. P. 166b(7), and Local Rule 3.3.5, Plaintiff certifies that efforts were made to resolve this appeal dispute, without the necessity of court intervention, by contacting opposing counsel, Chris Flood, on September 22 1992, however, those efforts were not successful.

Brian Johnson
Attorney for Plaintiff

Certified Document Number: 33779682 - Page 2 of 2



F I L E D

KATHERINE TYRA
District Clerk

09-23-92

Harris County, Texas

By _____
                    Deputy



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779682 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com