IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EUGENE ALVIN BROXTON,                    §
                                         §
              PETITIONER,                §
                                         §
v.                                       § C.A. NO.  11-cv-00315
                                         § CAPITAL HABEAS PETITION
RICK THALER, DIRECTOR, TEXAS             § DEATH PENALTY CASE
DEPARTMENT OF CRIMINAL JUSTICE,          §
INSTITUTIONAL DIVISION,                  §
                                         §
                                         §
              RESPONDENT.                §

EXHIBIT 5-CAPITAL HABEAS PETITION
(PART 3)



NO. 92-26448

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY<br>$1,000,000.00 IN<br>UNITED STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

## REQUEST FOR ADMISSIONS

    TO: CARLA J. SMITH, Respondent, by service upon her attorney of record, Chris Flood, 1018 Preston, 7th Floor, Houston, Texas 77002.

    Pursuant to Rule 169 of the Texas Rules of Civil Procedure, the State of Texas, Plaintiff, requests that on or before the thirtieth day after the date of receipt of this request you deliver or cause to be delivered to the undersigned a sworn statement, either admitting or denying specifically the facts herein listed, or setting forth in detail the reasons why you cannot truthfully either admit or deny those facts. Each of the facts hereinafter listed shall be deemed admitted, unless you make and deliver or cause to be delivered a sworn statement in response as provided in Rule 169.

                                        Respectfully submitted,

                               *Brian Johnson*

                              Brian K. Johnson
                              Assistant District Attorney
                              Special Crimes Bureau
                              201 Fannin, Suite 200
                              Houston, Texas  77002-1901
                              (713) 755-5840
                              TBC # 10685600

Certified Document Number: 33779679 - Page 1 of 5

<u>Facts to be admitted or denied are as follows:</u>

1.   Admit or deny that you, Carla J. Smith, were the sole owner and possessor of United States currency in the amount of $888,598.00 at the time it was seized from you by Officers of the Harris County Sheriff's Department, on June 12, 1992.

ANSWER: _____

2.   Admit or deny that you, Carla J. Smith are not licensed to sell, distribute, dispense, manufacture, or possess any controlled substance in the State of Texas.

ANSWER: _____

3.   Admit or deny that at the time the $888,598.00 was seized from you, Carla J. Smith, on June 12, 1992, the money bore no liens or other encumbrances by any other person.

ANSWER: _____

4.   Admit or deny that the $888,598.00 that was seized from you, on June 12, 1992, was derived from the illegal sale, distribution or delivery of a controlled substance.

ANSWER: _____

Certified Document Number: 33779679 - Page 2 of 5

5. Admit or deny that Officers of the Harris County Sheriff's Department seized the $888,598.00 from your possession in Harris County, Texas, on June 12, 1992.

ANSWER: _____

6. Admit or deny that the money that was seized from you, on June 12, 1992, constitutes proceeds gained from the commission of a felony offense.

ANSWER: _____

7. Admit or deny that you, Carla J. Smith, do not have personal knowledge of the source or sources of the entire $888,5989.00 seized by Officers of the Harris County Sheriff's Office on June 12, 1992.

ANSWER: _____

Certified Document Number: 33779679 - Page 3 of 5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, including any associated notice of hearing, notice of submission, or information concerning any actions requested in connection with said document, and any proposed order granting relief requested in said document, was mailed to all opposing parties or their attorneys of record at the last known correct addresses of said persons, certified mail, return receipt requested.

Brian K. Johnson
Assistant District Attorney
Harris County, Texas
Attorney for Plaintiff

Certified Document Number: 33779679 - Page 4 of 5

Certified Document Number: 33779679 - Page 5 of 5



F I L E D
KATHERINE TYRA
District Clerk

OCT 0 9 1992

Harris County, Texas
By_____
Deputy



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779679 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| V. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN | | |
| IN UNITED STATES CURRENCY | | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO: CARLA J. SMITH, Respondent, by service upon his attorney of record, Chris Flood, 1018 Preston, 7th Floor, Houston, Texas 77002.

Pursuant to Rule 168 of the Texas Rules of Civil Procedure, Plaintiff, the State of Texas, hereby files her Interrogatories to Defendant, the answers to which shall be made under oath by Defendant, separately and fully in writing, on or before the 30th day after receipt of such interrogatories and shall be delivered to the undersigned attorney of record for Plaintiff. You are further charged with the duty, as imposed by Rule 166b(6), T.R.C.P., to supplement your answers not less than thirty (30) days before the beginning of trial in the above entitled and numbered cause if you later obtain information upon which:

(a) you or your attorney know that your answer to one or more of the following interrogatories was incorrect or incomplete when made, or

(b) you or your attorney know that your answer to one or more of the following interrogatories, though complete when made, is no longer true and complete and the circumstances are such that failure to amend the answer is in substance misleading.

Certified Document Number: 33779678 - Page 1 of 10

A true and correct copy of these Interrogatories is being filed with the District Clerk's office together with the certificate of service.

If you require more space than is provided herein for your answers, please make your answer on an additional sheet(s) of paper, indicate in the space provided for the answer that your answer required an additional sheet(s), identify on the additional sheet(s) the interrogatory to which the answer relates, and place each answer requiring an additional sheet(s) on a separate sheet of paper.

As used in the attached interrogatories:

"Identify", when referring to a person, means to state that person's full name, complete present or last known residence and business addresses, including the street, street number, route number, city, county, state, ZIP code, and business and residence telephone numbers.

"Accounts" means the account number, the name of the institution where the account is held, the complete address of said institution, the name and complete address of the person in charge of said account and the telephone number of the person in charge of said account and of the institution where the account is held.

"Money" means the Approximately $1,000,000.00 made the subject of the above entitled and numbered forfeiture action.

Certified Document Number: 33779678 - Page 2 of 10

"Location" when referring to a place, means the complete address, including the street, street number, route number, city, county, state, ZIP code and telephone number of the place inquired about.

Respectfully submitted,

Brian K. Johnson

Brian K. Johnson
Assistant District Attorney
Harris County, Texas
201 Fannin Street, Suite 200
Houston, Texas   77002-1901
(713) 755-5840
Office Bar No. 99999997
Attorney Bar No. 10685600

Certified Document Number: 33779678 - Page 3 of 10

### INTERROGATORIES

(1) Identify all persons, including yourself, holding any interest in the money that was seized including the extent of each person's interest in the money.

Answer:

(2) Identify all persons who may testify as expert witnesses in your behalf at any trial on the merits in this cause and give a short summary of the testimony you expect to elicit from each expert witness so identified.

Answer:

(3) Identify all persons who may testify as witnesses in your behalf at the trial of this case, other than those persons identified above as expert witnesses.

Answer:

(4) Identify all persons known to you who have knowledge of the events and relevant facts surrounding the seizure of the money.

Answer:

Certified Document Number: 33779678 - Page 4 of 10

(5) Identify all persons known to you who have knowledge of the source(s) of the money.

Answer:

(6) Identify the source(s) of the money made the subject of this forfeiture action (e.g. proceeds are from employment, a settlement...), including the person(s) from whom it was obtained.

Answer:

(7) Identify the exact location from which each portion of the money was seized from you e.g., from your right front pants pocket, the glove compartment of a car, etc.

Answer:

(8) State the gross income reported by you, for 1990 on each United States Internal Revenue Service return and attached schedules filed by you or on you behalf, including preliminary quarterly returns, and identify each source of the income reported.

Answer:

(9) State the gross income reported by you for 1991 on each United States Internal Revenue Service return and attached schedules filed by you or on your behalf, including preliminary quarterly returns, and identify each source of the income reported.

Answer:

(10) Identify fully all felony convictions, felony probations, and felony deferred adjudications you received in the ten (10) years prior to the service of these interrogatories, including the date of any final court action, the case number, the sentencing court, including county and state or federal judicial district, and the name of the criminal offense.

Answer:

(11) Identify fully all misdemeanor convictions, misdemeanor probations, and misdemeanor deferred adjudications involving crimes of moral turpitude, e.g., theft, embezzlement, fraud, perjury, and other forms of criminal dishonesty, you received in the ten (10) years prior to the service of these interrogatories, including the date of any final court action, the case number, the sentencing court, including county and state or federal district, and the name of the criminal offense.

Answer:

(12) Identify all accounts, business or personal, in which you currently hold any interest or in which you have had held any interest in the two-year period prior to the seizure of the money at any financial institutions, including, but not limited to, banks, savings and loan associations, investment companies, mutual funds, insurance companies, brokerage firms, retirement plans, annuities and credit unions.

Answer:

(13) State the full name and complete address of each person or business entity by whom you have been employed, the nature of your occupation, and the dates and duration of each period of employment you had during the two years prior to the seizure of the money.

Answer:

(14) State each trade name or assumed name under which you did any business or conducted any commercial or remunerative activity during the two (2) years prior to the seizure of the money and the location of each place where you conducted such business, commercial or remunerative activity.

Answer:

(15) Identify each person, group, association, or corporation with whom you engaged in any partnership or business enterprise or venture in the two (2) years prior to the seizure of the money.

Answer:

(16) Identify your spouse, if any.

Answer:

(17) List each defense that you plan to raise in your defense of this forfeiture claim.

Answer:

(18) Identify each person with knowledge of relevant facts supporting each defense listed in interrogatory (17).

Answer:

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, including any associated notice of hearing, notice of submission, or information concerning any actions requested in connection with said document, and any proposed order granting relief requested in said document, was mailed to all opposing parties or their attorneys of record at the last known correct addresses of said persons, certified mail, return receipt requested, in a sealed envelope, accompanied by sufficient postage, by placing said envelope in a receptacle controlled and operated by the United States Postal Service, no later than the first business day following the day that the original of the document was filed with the clerk of this Court.

Brian K. Johnson
Assistant District Attorney
Harris County, Texas
Attorney for Plaintiff

Certified Document Number: 33779678 - Page 10 of 10



F I L E D
KATHERINE TYRA
District Clerk

OCT 0 9 1992

Harris County Texas
By_____
                    Deputy



I, Chris Daniel. District Clerk of Harris
County. Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779678 Total Pages: 10

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

STATEMENT OF PERSON IN CUSTODY



Date ___June 12, 1992___

Time ___7:00 p.m.___

Statement of ___Stacy Lynn Lysack___ taken in Harris County, Texas.

Prior to making this statement I have been warned by ___Detective M. R. Daniel___,
the person to whom this statement is made, that:

1) I have the right to remain silent and not make any statement at all and any state-
   ment I make may and probably will be used against me at my trial;
2) Any statement I make may be used as evidence against me in court;
3) I have the right to have a lawyer present to advise me prior to and during any
   questioning;
4) If I am unable to employ a lawyer, I have the right to have a lawyer appointed to
   advise me prior to and during any questioning; and
5) I have the right to terminate the interview at any time.

Prior to and during the making of this statement I knowingly, intelligently, and volun-
tarily waive the rights set out above and make the following voluntary statement:

I have been informed that under the Pneal Code of the State of Texas,
Section 37.02: A person commits the offense of "Perjury" if, with
intent to deceive and with knowledge of the statement's meanings;
he makes a false statement under oath or swears to the truth of a
false statement previously made; and the statement is required or
authorized by law to be made under oath.

My full name is Stacy Lynn Lysack. I am a white female, 19 years of age, having
been born on 2-26-73. I currently reside at 3435 Walnut Bend #2909, Houston,
Texas 77042. I live there with my mother - Marsha Kay Lysack. The phone
number there is 952-4764 & 952-4380. My TDL# is 02086821. My SS# is
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. I am currently unemployed. I have been unemployed since
April 1992. I have completed twelve years of school and am currently a
freshman at Texas Southern University.

On 6-12-92 at around 2:45 a.m. I telephoned Kobie Mendenhall a friend of
mine. I had talked to him previously in the day and had phoned him around
9:00 p.m. and was unable to reach him. Since I couldn't reach him I went
ahead and went out. I had arrived at my friends house around 2:30 a.m. and
telephoned him at 2:45 a.m. Kobie asked me to come over and I told him I
would. I met Kobie last Friday at "the Underground" Club. We are now girl-
friend and boyfriend. It took me approximately forty-five minutes to drive
to the apartment. I arrived at around 3:30 a.m. The name of the apartment
complex was Oaks of Woodforest and it was apartment #95. I parked my car and
got out and went to the door. I knocked on the door once and he didn't hear
me. I then knocked again and Kobie came and answered the door. As Kobie
opened the door these two guys came up behind me and pushed me through the
door. One of the men had on all black with a ski mask. He had a small,
dark colored pistol in his hand. The other guy was black also and had a
white t-shirt on. The guy in all black was much bigger than the guy in the
white t-shirt. As I was being pushed into the apartment Kobie jumped back
and went inside the bedroom and closed the door. I then saw the guy in the

EB-7 (10/80)

Statement of Person in Custody                                    page 2 of 2
   Stacy Lynn Lysack

black turn as if he was going into the bedroom. By this time I had made
it into the kitchen and was kneeling on the floor so I wouldn't get shot.
While in the kitchen I heard Kobie say somthing like "what the hell are
you doing in here." I then heard several gun shots. As best I remember
I heard three. I thought the guy in the black had shot Kobie because I
didn't know Kobie had a gun in the apartment. Everything quited down.
Kobie then said "if you're still in here you need to get out." Kobie was
talking to the black males that had come into the apartment. Kobie then
started walking out of the bedroom as I was coming out of the kitchen. After
that Kobie went outside to see if the guys had left. Kobie noticed that
the tire was flat on my car and I didn't have a jack. I then went into
the bedroom and went to sleep and Kobie stayed on the couch. Later on in
the morning Kobie came to bed. Later on in the morning around 9:00 a.m.
the police shcwed up at the apartment. The police knocked on the door.
Kobie told the police that it was alright that he didn't have a gun and
to come on in.

This is the first time I have been to the apartment. I had no knowledge of
the money and I do not know who it belongs to.

After the policemen came into the apartment they sat us all down on the
couch and asked us for identification. I had to go to the front bedroom
and get my identification out of my purse.

I can read and write the English Language and I have read this statement
which I have made consisting of two pages and I find it to be true and
correct to the best of my knowledge. I was not promised anything in
exchange for this statement and I gave it of my own free will.


                                        _Stacy Lynn Lysack_
                                         Stacy Lynn Lysack

Subscribed and sworn to before me the undersigned authority on this the
12th day of June A. D. 1992.

                                        _Sherri Lyn Hicks_
                                         Sherri Lyn Hicks, Notary Public in
                                         and for Harris County, Texas. My
                                         commission expires 03-08-94.

Certified Document Number: 33779674 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779674 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



## STATEMENT OF PERSON IN CUSTODY

Date   6/12/92

Time   6:15 p.m.

Statement of _____Derrick Anthony Thomas_____ taken in Harris County, Texas.

Prior to making this statement I have been warned by _____Detective M. R. Daniel_____ ,
the person to whom this statement is made, that:

1) I have the right to remain silent and not make any statement at all and any state-
ment I make may and probably will be used against me at my trial; .

2) Any statement I make may be used as evidence against me in court;

3) I have the right to have a lawyer present to advise me prior to and during any
questioning;

4) If I am unable to employ a lawyer, I have the right to have a lawyer appointed to
advise me prior to and during any questioning; and

5) I have the right to terminate the interview at any time.

Prior to and during the making of this statement I knowingly, intelligently, and volun-
tarily waive the rights set out above and make the following voluntary statement:

I have been informed that under the Pneal Code of the State of Texas,
Section 37.02:  A person commits the offense of "Perjury" if, with
intent to deceive and with knowledge of the statement's meanings;
he makes a false statement under oath or swears to the truth of a
false statement previously made; and the statement is required or
authorized by law to be made under oath.

Hu full name is Derrick Anthony Thomas.  I am a black male, 21 years of age,
having been born on 3/20/71.  I currently reside at 1500 Golden Eagle Dr.,
Humble, Texas. I reside there with My Aunt - Lena Thomas.  My TDL# is
00127067.  My SS# is 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.  I am currently unemployed.  The phone
number at the above address is 441-1247.  I have completed twelve years
of education.

On 6/12/92 at around ten minutes until eleven (10:50 a.m.) I arrived at an
apartment on Uvalde (#95) in the Oaks of Woodforest Complex.  The apartment
belongs to a black female by the name of Carla LNU.  A friend of mine by
the name of "Quick" who is known to be Kobie Mendenhall.stays at the apartment.
I came over to the apartment to pick up Kobie.  We were just going to go
riding.  I had talked with Kobie on the phone around 4:00 a.m. this morning
as I was leaving the club known as Jam City.  Kobie told me that he thought
someone tried to break in.  This is all he told me.  When I arrived at
the apartment at 10:50 a.m. the police were there.

The money found in the apartment did not belong to me.  I have never been
in the closet where the money was found because it is always locked.  I had
no knowledge of the money being in the apartment and I do not know who the
money belongs to.

Certified Document Number: 33779672 - Page 1 of 2

CB-7 (10/80)

Statement of Person in Custody                              page 2 of 2
   Derrick Anthony Thomas

I can read and write the English Language and I have read this statement
which I have made consisting of two pages and I find it to be true and
correct to the best of my knowledge.  I have not been promised anything
in exchange for this statement and it was given of my own free will.


_Derrick Thomas_
Derrick Anthony Thomas


Subscribed and Sworn to before me the undersigned authority on this the
12th day of June A. D. 1992.

_Sherri Lyn Hicks_
Sherri Lyn Hicks, Notary Public in  and
for Harris County, Texas.  My Commission
expires 03-08-94.



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779672 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



## STATEMENT OF PERSON IN CUSTODY

Date ___6/12/92___

Time ___6:15 p.m.___

Statement of ___Derrick Anthony Thomas___ taken in Harris County, Texas.

Prior to making this statement I have been warned by ___Detective M. R. Daniel___,
the person to whom this statement is made, that:

1) I have the right to remain silent and not make any statement at all and any state-
   ment I make may and probably will be used against me at my trial;.
2) Any statement I make may be used as evidence against me in court;
3) I have the right to have a lawyer present to advise me prior to and during any
   questioning;
4) If I am unable to employ a lawyer, I have the right to have a lawyer appointed to
   advise me prior to and during any questioning; and
5) I have the right to terminate the interview at any time.

Prior to and during the making of this statement I knowingly, intelligently, and volun-
tarily waive the rights set out above and make the following voluntary statement:

I have been informed that under the Pneal Code of the State of Texas,
Section 37.02: A person commits the offense of "Perjury" if, with
intent to deceive and with knowledge of the statement's meanings;
he makes a false statement under oath or swears to the truth of a
false statement previously made; and the statement is required or
authorized by law to be made under oath.

Mu full name is Derrick Anthony Thomas. I am a black male, 21 years of age,
having been born on 3/20/71. I currently reside at 1500 Golden Eagle Dr.,
Humble, Texas. I reside there with My Aunt – Lena Thomas. My TDL# is
00127067. My SS# is 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. I am currently unemployed. The phone
number at the above address is 441-1247. I have completed twelve years
of education.

On 6/12/92 at around ten minutes until eleven (10:50 a.m.) I arrived at an
apartment on Uvalde (#95) in the Oaks of Woodforest Complex. The apartment
belongs to a black female by the name of Carla LNU. A friend of mine by
the name of "Quick" who is known to be Kobie Mendenhall.stays at the apartment.
I came over to the apartment to pick up Kobie. We were just going to go
riding. I had talked with Kobie on the phone around 4:00 a.m. this morning
as I was leaving the club known as Jam City. Kobie told me that he thought
someone tried to break in. This is all he told me. When I arrived at
the apartment at 10:50 a.m. the police were there.

The money found in the apartment did not belong to me. I have never been
in the closet where the money was found because it is always locked. I had
no knowledge of the money being in the apartment and I do not know who the
money belongs to.

Certified Document Number: 33779672 · Page 1 of 2

CB-7 (10/80)

Statement of Person in Custody
  Derrick Anthony Thomas

page 2 of 2

I can read and write the English Language and I have read this statement
which I have made consisting of two pages and I find it to be true and
correct to the best of my knowledge. I have not been promised anything
in exchange for this statement and it was given of my own free will.

_____
Derrick Anthony Thomas

Subscribed and Sworn to before me the undersigned authority on this the
12th day of June A. D. 1992.

Sherri Lyn Hicks, Notary Public in and
for Harris County, Texas. My Commission
expires 03-08-94.

Certified Document Number: 33779672 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779672 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

** LQY8 **
PAGE 1

STATE'S
EXHIBIT
D

91426
92180101C
BROXTON, EUGENE ALVIN
209 OFFENSE CAPITAL MURDER

SET TIME COURT DNC REASON RESULTS FUT-DATE COMMENTS ATY SNU

END OF DISPLAY **
TER LQY9 PF7=LDUM/CM PF8=LQY6 PF9=LCCP PF10=LDSP PF11=LCDP PF11-XX=PTSM

426 C A S E  N U M B E R  I N Q U I R Y

PERSONS CONNECTED WITH CASE $0 CST I DST J CLI
FILNG-DT 031611 CRT 209 BOND INS PCW
05992180101C CAD TEMP CCD
CAP MURDER NEXT-DT

| NAME | CON | NTY | SPN | CLS | SNU |
|---|---|---|---|---|---|
| ODEN, MICHAEL T | JGE | P | 02332814 | 339 | 996 |
| BERG, ROBERT M. | AFT | P | 67272100 | 987 | 997 |
| BERG, ROBERT MICHAEL | AFT | P | 67272100 | 988 | 998 |
| ON, EUGENE ALVIN | DEF | P | 00781426 | 982 | 999 |

END OF DISPLAYS ** *PF1=LDUM TO CM *PF2=LDUM TO PM *PF3=LNQY *PF4=NQY3
NTER FOR LQY8_ *PF5=*LP94 *PF6=LQY9 *PF7=LCCP *PF8=LBKI *PF9=LDSP *PF11=LCDP

```
 1426                                                          ** LQY9 **
                  C A S E   T R A N S A C T I O N S              PAGE 01
  05992180101C  FILNG-DT 031611   CRT 209   BOND       $0 CST I    DST J
: CAP MURDER      NEXT-DT         CAD TEMP  CCD           INS PCW PTSA Y
BROXTON, EUGENE ALVIN                       CJIS NO.                 -
EW LQY9 ENTER NEW CDI/CAS _______________  PF10-03=LQY9        DNA: NA

TE: CHECK FOR POST CONVICTION WRIT CASES  **

 /11 WRIT EVENT           PCW-MAILED TO CCA              SNU: 997   04/04/11
 /11 WRIT EVENT           D A ACKNOWLEDGE RECEIPT OF     SNU: 998   03/17/11
;/11 NEXT WRIT EVENT      RESPONDENTS ANSWER DUE         SNU: 998   03/17/11
;/11 WRIT EVENT           APPLICATION FOR PCW FILED      SNU: 999   03/17/11

 9/11 ATTORNEY            ROSENBERG, ROBERT M.           SNU: 999   03/30/11
:9/11 ATTORNEY            AFT COURT 209                  CFI  209   03/30/11
29/11     JUDGE           MCSPADDEN, MICHAEL T           PRESIDING  03/30/11

29/11 ORDER               IMMEDIATELY MAIL COPIES CCA    SNU: 999   04/04/11
29/11 OFFENSE             CAPITAL MURDER                  LEVEL FC  04/04/11
FOR NEXT PAGE. CLEAR TO TERMINATE. PF10-02=BND30 04=LCDP PF7=LDSP
F1=LQY6 PF2=LQY8 PF3=NQY3 PF4=LNQY(ORIG NAME) PF5=LBKI PF6=LWRI  PF10-05=PTSM
```

```
                                                      ** LQY9 **
                    A N S A C  T I O N  T X

                    CRT 209   BOND        $0 CST I    DST J
                    CAD TEMP  CCD              INS PCW PTSA Y
      =N  0078.               CJIS NO.                 -
                              PF10-03=LQY9           DNA: NA

   CASE #  _____
   OFFENSE  (
   NAME: BRLY MAIL COPIES CCA      SNU: 999   04/04/11
   FOR NEV MURDER                  LEVEL FC 04/04/11
```

03/29/1
03/29/:

```
  AR TO TERMINATE. PF10-02=BND30 04=LCDP  PF7=LDSP
  IQY3 PF4=LNQY(ORIG NAME) PF5=LBKI PF6=LWRI  PF10-05=PTSM
```

_E7
P

STATEMENT OF PERSON IN CUSTODY

Date ___6/12/92___

Time ___5:40 p.m.___

Statement of __Cobie, Kala Mendenhall__ taken in Harris County, Texas.

Prior to making this statement I have been warned by ___Det. M.R.Daniel___,
the person to whom this statement is made, that:

1)  I have the right to remain silent and not make any statement at all and any state-
    ment I make may and probably will be used against me at my trial;
2)  Any statement I make may be used as evidence against me in court;
3)  I have the right to have a lawyer present to advise me prior to and during any
    questioning;
4)  If I am unable to employ a lawyer, I have the right to have a lawyer appointed to
    advise me prior to and during any questioning; and
5)  I have the right to terminate the interview at any time.

Prior to and during the making of this statement I knowingly, intelligently, and volun-
tarily waive the rights set out above and make the following voluntary statement:

I have been informed that under the Pneal Code of the State of Texas,
Section 37.02:  A person commits the offense of "Perjury" if, with
intent to deceive and with knowledge of the statement's meanings;
he makes a false statement under oath or swears to the truth of a
false statement previously made; and the statement is required or
authorized by law to be made under oath.

My full name is Cobie Kala Mendenhall.  I am a black male, 20 years of age,
having been born on 6-1-72.  I was born in New York.  I currently reside at
7410 Howton, Houston, Texas  77028.  I live there with Loraine Goins – my
close friend.  The phone number there is 631-0601.  My TDL# is 11429989.  My
SS# is 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.  I have completed twelve years of school and one semester
of college.  I am currently employed by Bonny A-1 Trucking Company, 8420
Homestead Road.  The phone number there is 635-3503.

On 6/12/92 around 3:30 a.m. I was at Carla Smith's house which is located at
250 Uvalde #95.  At this time I received a phone call from Stacey LNU.  Stacey
told me that she was on the south side of town and she asked me if she could
come over.  I told her yes.  About twenty minutes later she arrived.  When
Stacey knocked on the door I opened it.  When I opened the door, two black
males, with ski masks on and both armed rushed through the door and pushed
Stacey on the floor and told her to stay on the floor.  When they came into
the house I was standing behind the main door and when they pushed the door
open it knocked me into the bedroom.  I then closed the bedroom door.  This
is when I retrieved the gun out of the dresser drawer and fired four shots
at the two black males.  They then fled on foot.  Carla had always told me
that if anything happened that the gun was always in the drawer.

I think that the purpose of the two black males coming into the house was
to take the drug money.

CEB-7 (10/80)

Certified Document Number: 33779671 - Page 1 of 2

Statement of Person In Custody                                    page 2 of 2
~~Coble~~ Kala Mendenhall

*Kobe*
*K.M.*

The money found in the house does not belong to me and I don't know where it came from.

I use the apartment to be alone with my girlfriends.

I would like to add that I have been keeping some clothes at the apartment and stay there on occasion. On some days, Carla and I both stay at the apartment.

I have not been promised anything for this statement. This statement is strictly voluntary and true to the best of my knowledge.

I can read and write the English Language and I have read this statement which I have made consisting of two pages and I find it to be true and correct to the best of my knowledge.

*Kobie Kala Mendenhall* (signature)

~~Coble~~ Kala Mendenhall

*Kobe*
*K.M.*

Subscribed and sworn to before me the undersigned authority on this the 12th day of June A. D. 1992.

*Sherri Lyn Hicks* (signature)

Sherri Lyn Hicks, Notary Public in and for Harris County, Texas. My Commission expires 03-08-94.



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779671 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



· JOHNNY KLEVENHAGEN, Sheriff

1301 Franklin Street
Houston, Texas 77002

VOLUNTARY CONSENT FOR SEARCH AND SEIZURE

DATE: _6 - 12 - 92_ TIME _2:35 PM_

I, _Derrick Thomas_ , HAVING BEEN INFORMED BY THE BELOW OFFICERS
OF MY CONSTITUTIONAL RIGHT NOT TO HAVE A SEARCH MADE OF THE PREMISES AND/OR VEHICLE
HEREAFTER MENTIONED WITHOUT A SEARCH WARRANT AND OF MY RIGHT TO VOLUNTARILY CONSENT
TO SUCH A SEARCH, HEREBY AUTHORIZED _G. Wralen #451_ AND
_J. Rankin #455_ AND OTHER PEACE OFFICERS OF THE HARRIS COUNTY SHERIFF'S
DEPARTMENT, TO CONDUCT A COMPLETE SEARCH OF _Gray Safe Approximately 4 foot_
_Tall - Located in Closet S/E Corner of Apt #095 E Surrounding Area_
LOCATED AT _250 Uvalde #C95_ ,
IN HARRIS COUNTY, TEXAS. THESE OFFICERS ARE AUTHORIZED BY ME TO SEIZE ANY AND ALL LETTERS,
PAPERS, MATERIAL AND OTHER PROPERTY WHICH THEY DESIRE. THIS CONSENT IS BEING GIVEN TO THE
ABC PEACE OFFICERS FREELY AND VOLUNTARILY AND WITHOUT THREATS OR PROMISES OF ANY KIND AND
IS GIVEN WITH MY FULL AND FREE CONSENT.

_Derrick Thomas_

WITNESSES:

ORIGINAL TO FILE
COPY TO CONSENTOR

Certified Document Number: 33779670 - Page 1 of



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779670 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

OFFICE OF THE SHERIFF
Harris County



JOHNNY KLEVENHAGEN, Sheriff
1301 Franklin Street
Houston, Texas 77002



## VOLUNTARY CONSENT FOR SEARCH AND SEIZURE

DATE: __6-12-92__   TIME: __10:55__

, __Kobie  Mendenhall_____ , HAVING BEEN INFORMED BY THE BELOW OFFICERS

F MY CONSTITUTIONAL RIGHT NOT TO HAVE A SEARCH MADE OF THE PREMISES AND/OR VEHICLE

EREAFTER MENTIONED WITHOUT A SEARCH WARRANT AND OF MY RIGHT TO VOLUNTARILY CONSENT

) SUCH A SEARCH, HEREBY AUTHORIZED __G. Whaley   #451_____ AND

__J. Rankin   #455_____ AND OTHER PEACE OFFICERS OF THE HARRIS COUNTY SHERIFF'S

EPARTMENT, TO CONDUCT A COMPLETE SEARCH OF __Gray Safe   Approximately 4 Foot Tall__

__& 2½ in Closet   S/E Corner of Apt. #095 And Surrounding Area.__

)CATED AT __250  Uvalde   #095_____ ,

I HARRIS COUNTY, TEXAS.  THESE OFFICERS ARE AUTHORIZED BY ME TO SEIZE ANY AND ALL LETTERS,

PERS, MATERIAL AND OTHER PROPERTY WHICH THEY DESIRE.  THIS CONSENT IS BEING GIVEN TO THE

OVE PEACE OFFICERS FREELY AND VOLUNTARILY AND WITHOUT THREATS OR PROMISES OF ANY KIND AND

GIVEN WITH MY FULL AND FREE CONSENT.

X _Kobie A. Mendenhall_____

TNESSES:

_____

_____

GINAL TO FILE
Y TO CONSENTOR

Court Document Number: 3379 (69 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779669 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



### JOHNNY KLEVENHAGEN
*Sheriff of Harris County*
1301 FRANKLIN
HOUSTON, TEXAS 77002



## VOLUNTARY CONSENT FOR SEARCH AND SEIZURE

DATE: 6/13/22     TIME: 9:15 a.m.

I, __Robin Mendenhall__ , HAVING BEEN INFORMED BY THE BELOW OFFICERS OF MY CONSTITUTIONAL RIGHT NOT TO HAVE A SEARCH MADE OF THE PREMISES AND/OR VEHICLE HEREAFTER MENTIONED WITHOUT A SEARCH WARRANT AND OF MY RIGHT TO VOLUNTARILY CONSENT TO SUCH A SEARCH, HEREBY AUTHORIZED __R. Merchant__ AND _____ AND OTHER PEACE OFFICERS OF THE HARRIS COUNTY SHERIFF'S DEPARTMENT, TO CONDUCT A COMPLETE SEARCH OF __(2) bedroom apartment residence__ LOCATED AT __250 Uvalde #205__, IN HARRIS COUNTY, TEXAS. THESE OFFICERS ARE AUTHORIZED BY ME TO SEIZE ANY AND ALL LETTERS, PAPERS, MATERIAL AND OTHER PROPERTY WHICH THEY DESIRE. THIS CONSENT IS BEING GIVEN TO THE ABOVE PEACE OFFICERS FREELY AND VOLUNTARILY AND WITHOUT THREATS OR PROMISES OF ANY KIND AND IS GIVEN WITH MY FULL AND FREE CONSENT.

X _____

WITNESSES:

_____ 6030

_____ #1536

ORIGINAL TO FILE
COPY TO CONSENTOR

Certified Document Number: 3579668 - Page 1 of



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779668 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com





OFFICE OF THE SHERIFF
Harris County

JOHNNY KLEVENHAGEN, Sheriff
1301 Franklin Street
Houston, Texas 77002

## VOLUNTARY CONSENT FOR SEARCH AND SEIZURE

DATE: _6-12-92_   TIME: _2:10 pm_

I, _Stacy husack_, HAVING BEEN INFORMED BY THE BELOW OFFICERS
OF MY CONSTITUTIONAL RIGHT NOT TO HAVE A SEARCH MADE OF THE PREMISES AND/OR VEHICLE
HEREAFTER MENTIONED WITHOUT A SEARCH WARRANT AND OF MY RIGHT TO VOLUNTARILY CONSENT
TO SUCH A SEARCH, HEREBY AUTHORIZED _G. Ubrley #4551_ AND
_J. Rankin #455_ AND OTHER PEACE OFFICERS OF THE HARRIS COUNTY SHERIFF'S
DEPARTMENT, TO CONDUCT A COMPLETE SEARCH OF _grey safe approximately 4 feet_
_tall - located in closet S/e corner of apt. #095_
LOCATED AT _250 Uvalde #095_,
IN HARRIS COUNTY, TEXAS.   THESE OFFICERS ARE AUTHORIZED BY ME TO SEIZE ANY AND ALL LETTERS,
PAPERS, MATERIAL AND OTHER PROPERTY WHICH THEY DESIRE.   THIS CONSENT IS BEING GIVEN TO THE
ABOVE PEACE OFFICERS FREELY AND VOLUNTARILY AND WITHOUT THREATS OR PROMISES OF ANY KIND AND
IS GIVEN WITH MY FULL AND FREE CONSENT.

_Stacy Lysack_

WITNESSES:

ORIGINAL TO FILE
COPY TO CONSENTOR



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779667 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO. 92-26448

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| V. | * | |
| | * | HARRIS COUNTY, T E X A S |
| APPROXIMATELY | * | |
| $1,000,000.00 IN | * | |
| UNITED STATES CURRENCY | * | 234TH   JUDICIAL DISTRICT |

## O R D E R

UPON   PRESENTATION   OF   Response   to   Plaintiff's   Special
Exceptions, it is hereby ---

ORDERED that Plaintiff's Special Exceptions to Respondent's
Original Answer is hereby DENIED.  It is further --

ORDERED that Defendant's First Amended Original Answer of
Carla  J.  Smith  places  into  issue  all  allegations  made  by
Plaintiff.

SIGNED in Harris County, Texas on the _____ day of _____,
1992.

_____
JUDGE PRESIDING

Certified Document Number: 33779695 - Page 1 of 1

5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779695 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| VS. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

## ORDER STRIKING RESPONDENT'S ANSWER AND FIRST AMENDED ANSWER

On this day came on to be heard Plaintiff's Motion to Strike Respondent's Answer and First Amended Answer and the same is hereby GRANTED.

The Court herby ORDERS that Respondent's Answer and First Amended Answer on file in this cause are for all purposes STRICKEN from the record of this cause with no further effect and Plaintiff proceed according to the Rules of Civil Procedure in the prosecution of this suit.

The Clerk is ORDERED to mail copies of this order to counsel for Respondent and for Plaintiff.

SIGNED this the _____ day of _____, 1992.


_____
JUDGE PRESIDING
234TH DISTRICT COURT

Certified Document Number: 33779686 - Page 1 of 2

## CERTIFICATE OF CONFERENCE

In accordance with Tex. R. Civ. P. 166b(7), Plaintiff certifies that efforts were made to resolve this appeal dispute, without the necessity of court intervention, by contacting opposing counsel, Chris Flood, on September 9, 1992, however, those efforts were not successful.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by certified mail to opposing counsel not later than the first business day after it was filed by the Clerk of the Court.

Brian Johnson
Attorney for Plaintiff

Certified Document Number: 33779686 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779686 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY<br>$1,000,000.00 IN UNITED<br>STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

## ORDER DISPENSING WITH STENOGRAPHIC TRANSCRIPTION

Came on to be considered Plaintiff's Motion to Dispense With Stenographic Transcription of the deposition upon oral examination of Carla Smith. The Court having considered the evidence adduced by the parties, if any, the arguments of counsel, the pleadings of the parties, and the law applicable to the motion, is of the opinion that the motion should be granted in all things.

Therefore, IT IS ORDERED that Plaintiff may take the deposition upon oral examination of Carla Smith in the captioned cause and may record it by other than stenographic means, i.e., by videotape recording, upon proper notice to the witness and all parties herein. Further, IT IS ORDERED that the requirement of a stenographic transcription of the deposition upon oral examination of Carla Smith shall be dispensed with and Plaintiff and her attorney shall comply with the following conditions regarding the videotape recording of the deposition upon oral examination of Carla Smith:

1.    The videotape recording shall be made by an investigator of the Harris County District Attorney's Office experienced in the operation of the videotape equipment actually used to record the deposition upon oral examination of Carla Smith; it is further ordered that the investigator recording the deposition be a notary public in and for Harris County, Texas, and that said investigator have Carla Smith swear upon his oath as to the truthfulness of the testimony given at the deposition.

2.    The videotape recording of the deposition upon oral

Certified Document Number: 33779681 - Page 1 of 3

examination of Carla Smith shall be made upon videotape equipment capable of recording the witness's testimony intelligibly, accurately, and in a trustworthy fashion.

3.   The original videotape recording of the deposition upon oral examination of Carla Smith shall be preserved and maintained by the Plaintiff's attorney or his or her agents and representatives in such a fashion and under such conditions as to assure that the recorded testimony of Carla Smith will be intelligible, accurate and trustworthy and available at any trial in the captioned cause.

4.   Access to the original videotape recording of the deposition upon oral examination of Carla Smith shall be made available under reasonable conditions to any party to the captioned cause; any party to the captioned cause shall be permitted to obtain a duplicate copy of the videotape recording of the deposition upon oral examination of Carla Smith at his or her own expense.

5.   Plaintiff and her attorney shall produce the original videotape recording of the deposition upon oral examination of Carla Smith at any trial of the captioned cause.

6.   No party shall be prevented from having a stenographic transcription of the deposition upon oral examination of Carla Smith made at his or her own expense.

7.   In the event of an appeal herein, the non-stenographic recording, i.e., videotape recording, shall be reduced to writing and made a part of the record on appeal.

SIGNED the _____ day of _____, 1992.


_____
HONORABLE JUDGE PRESIDING

Certified Document Number: 33779681 - Page 2 of 3

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, including any associated notice of hearing, notice of submission, or information concerning any actions requested in connection with said document, and any proposed order granting relief requested in said document, was mailed to all opposing parties or their attorneys of record at the last known correct addresses of said persons, certified mail, return receipt requested, in a sealed envelope, accompanied by sufficient postage, by placing said envelope in a receptacle controlled and operated by the United States Postal Service, no later than the first business day following the day that the original of the document was filed with the clerk of this Court.

Brian K. Johnson
Assistant District Attorney
Harris County, Texas
Attorney for Plaintiff



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779681 Total Pages: 3

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO CHARGE
GOVERNMENT AGENCY

CAUSE NO. 9226443

INVOICE No. 925204   FDN   ATY
TR # 60023905

PLAINTIFF: STATE OF TEXAS
vs.
DEFENDANT: $1,080,300.00 *

* Additional parties are named in the attached petition.

In The 234th
Judicial District Court
of Harris County, Texas
1310 Prairie 11th Floor
Houston, TX

CITATION

THE STATE OF TEXAS
County Of Harris

TO ANY SHERIFF OR CONSTABLE OF TEXAS
Or Other Authorized Person

TO: THOMAS, DEREK ANTHONY
250 UVALDE RD #95                    HOUSTON        TX 77015

Attached is a certified copy of a notice of forfeiture proceeding.

This instrument was filed on the 12th day of June, 1992      , in the above cited cause number
and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you and the property may be forfeited.

TO OFFICER SERVING:

This citation was issued on 12th day of June, 1992, under my hand and
seal of said Court.

Issued at request of:        ( Seal )        KATHERINE TYRA, District Clerk
DISTRICT ATTORNEY                             Harris County, Texas
201 FANNIN #200                               301 Fannin    Houston, Texas 77002
HOUSTON       TX 77002                        (P.O. Box 4651, Houston, Texas 77210)

Bar No.: 49699997                             By
                                              Deputy GARIBAY, ALEXANDER IN/AE/13937

OFFICER/AUTHORIZED PERSON RETURN
Came to hand at 6:05 o'clock P .M., on the 12 day of June          , 1992

Executed at (address) 14350 Wallisville Road Sheriff office annex 26 in

Harris        County at 2:08 o'clock P .M., on the 12 day of June          ,

1992., by delivering to Derek anthony Thomas            defendant, in person, a
true copy of this Citation together with the accompanying            copy(ies) of the
notice of forfeiture proceeding                                      Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of NICK F. ABERCIA, Constable , 19 9
                                                               Precinct #1, Harris County, Texas

FEES: $0.45

                                              _____ of _____ County, Texas

                                              By  L. Craig Hccoreg #1
Affiant                                           Deputy  1021

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 19___.

KATHERINE TYRA
DISTRICT CLERK
HARRIS COUNTY, TEXAS                          Notary Public

1992 JUN 17 AH 9:59

BY _____
        DEPUTY

Certified Document Number: 37770202   Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779702 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



COUNTY AUDITOR'S FORM/1120-L
HARRIS COUNTY TEXAS REV. 83
STATE OF TEXAS
COUNTY OF HARRIS

KATHERINE TYRA DISTRICT CLERK

FEE OFFICER'S OFFICIAL   INVOICE

No. 925204
925204

ACTION: SEIZURE & FORFEITURE   CDI: 7   CASE: 9226448   COURT: 234

STYLE PLTF: STATE OF TEXAS   DATE: 06/12/92

DEFT: $1,000,000.00   TRANS NO.: 1393701

GOVERNMENTAL AGENCY-NO FEE COLLECTED.
ANY COURT COSTS COLLECTED IN THIS SUIT ARE DUE THE DISTRICT CLERK UPON RECEIPT.

RECEIVED OF   DISTRICT ATTORNEY   5 (999999997)
201 FANNIN #200
HOUSTON TX 77002-

00/100***********************************************************************DOLLARS

| FEE DESCRIPTION | QTY | AMOUNT | | |
|---|---|---|---|---|
| 100 FILING NEW CASE | 1 | 45.00 | PAYMENT 1 | 284.00 |
| 300 SHERIFF'S JURY | 1 | 10.00 | DUE - GOVT | |
| 450 JUDICIAL FILING FEE | 1 | 40.00 | PAYMENT 2 | .00 |
| 475 LAW LIBRARY | 1 | 15.00 | | |
| 601 DISPUTE RESOLUTION FEE | 1 | 10.00 | | |
| 775 APPELLANT JUDICIAL FUND | 1 | 5.00 | | |
| 121 CITATION WITH 1 COPY | 3 | 24.00 | AMOUNT DUE: | 284.00 DUE |
| 350 CONSTABLE FEE | 3 | 135.00 | | |
| | | | | |
| TOTAL ASSESSED: | | 284.00 | | |

ISSUED

ASSESSED BY: DUNN, ELAINE   VALIDATED 06/12/92 BY GARIBAY, ALEXANDER (11)

KATHERINE TYRA, DISTRICT CLERK

FILE COPY

Certified Document Number: 3779701 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779701 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| VS. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| ONE MILLION DOLLARS IN UNITED | | |
| STATES CURRENCY | | |

## NOTICE OF HEARING

Hearing on the foregoing Plaintiff's Motion to Strike Respondent's Answer and First Amended Answer is set for the _____ day of _____, 1992 at _____ o'clock A.M. in the courtroom of the Drug Impact Court on the Eighth Floor of Harris County, Texas Criminal Courthouse.

Certified Document Number: 33779684 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779684 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO. 92-26448

THE STATE OF TEXAS       §     IN THE DISTRICT COURT

VS.                   §     OF HARRIS COUNTY, TEXAS

APPROXIMATELY          §     129TH JUDICIAL DISTRICT
$1,000,000.00 IN
UNITED STATES CURRENCY

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITIONS

TO:    Carla J. Smith, Respondent, and her attorney of record, Chris Flood, 1018 Preston, 7th Floor, Houston, Texas 77002.

Please take notice that on October 16, 1992 at 10:00 o'clock A.M. and continuing thereafter from day to day until completed, Plaintiff, The State of Texas, will take the video taped deposition of the Respondent, Carla J. Smith, pursuant to Rule 202 of the Texas Rules of Civil Procedure Texas Rules of Civil Procedure, at the Harris County Grand Jury, Grand Jury Room #3, 403 Caroline, Houston, Texas, 77002, before an investigator with the Harris County District Attorney's Office, who is trained in the operation of videotape recording equipment, for use in the above-entitled and numbered cause, or alternatively, before a certified court reporter.

Please take notice that Defendant is to produce the documents described in Exhibit A, attached hereto, at the time of the taking of the deposition of the Defendant, as designated hereinabove, as provided by Rule 201.2 and 201.3 of the Texas Rules of Civil Procedure.

Respectfully submitted,

Brian K. Johnson
Assistant District Attorney
Special Crimes Bureau
201 Fannin Street, Suite 200
Houston, Texas   77002
(713) 755-5840
Office Bar No. 99999997
Attorney Bar No. 10685600
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, including any associated certificate of service, notice of submission, order setting a hearing date, or information concerning proceedings regarding said document, and any proposed order granting relief requested in said document, was mailed to all opposing parties or their attorneys of record at the last known correct address of said persons, certified mail, return receipt requested, on the same day that the original of the document was filed with the clerk of this court.

*Brian Johnson*

Brian K. Johnson
Assistant District Attorney
Special Crimes Bureau
Harris County, Texas

Certified Document Number: 33779677 - Page 3 of 6

## EXHIBIT A

1. A legible copy of each document, writing, paper, or letter evidencing any person's interest in the APPROXIMATELY $1,000,000.00 IN UNITED STATES CURRENCY made the subject of this forfeiture action.

2. A legible copy of each document, writing, paper, or letter Identifying the source(s) of the APPROXIMATELY $1,000,000.00 IN UNITED STATES CURRENCY made the subject of this suit including the person(s) from whom it was obtained, the date(s) on which it was obtained, and how it was acquired or earned.

3. A legible copy of each document, writing, paper, or letter identifying any accounts, business or personal, in which you currently held any interest or in which you have held any interest in the two-year period prior to the seizure of the money made the subject of this suit at any financial institutions, including, but not limited to, banks, savings and loan associations, investment companies, mutual funds, insurance companies, stock brokerage firms, retirement plans, annuities and credit unions.

4. A legible copy of each United States Internal Revenue Service return and all attached schedules filed by your or on your behalf, including preliminary quarterly returns, for the years of 1990, or if a return has not been filed, then any extensions which were filed in your behalf.

5. A legible copy of each United States Internal Revenue Service return and all attached schedules filed by your or on your behalf, including preliminary quarterly returns, for the year 1991.

6. A legible copy of each document, writing, paper, or letter evidencing the full name and complete address of each person or business entity by whom you have been employed, the nature of your occupation, the dates and duration of each period of employment you have had during the two (2) years prior to seizure of the money made the subject of this suit.

7. A legible copy of each document, writing, paper, or letter providing evidence of each trade name or assumed name under which you have done any business or conducted any commercial or remunerative activity during the two (2) years prior to seizure of the money made the subject of this suit.

10. A legible copy of each document, writing, paper, or letter which provides any information identifying each person, group, association, or corporation with whom you have engaged in any partnership or business enterprise or venture in the two (2) years prior to the seizure of the money made the subject of this suit.

11. A legible copy of each document, writing, paper, or letter which you intend to use as a basis for any defense in the trial of this action.

12. A legible list of the complete names, current residence and work addresses, residence phone numbers, and business phone numbers of each person you may intend to call as a witness in the trial of this action.

13. A legible copy of each document, writing, paper, or letter identifying, supporting or explaining the purpose(s) for which you intended to spend, deposit, or invest the APPROXIMATELY $1,000,000.00 IN UNITED STATES CURRENCY made the subject of this forfeiture.



Certified Document Number: 33779677 - Page 6 of 6



FILED

KATHERINE TYRA
District Clerk

OCT 0 9 1992

Harris County, Texas

By _____
Deputy



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779677 Total Pages:  6

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO.92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY $1,000,000.00 IN UNITED STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

## NOTICE OF HEARING

COMES NOW, The State of Texas, by and through Assistant District Attorney Brian K. Johnson, and makes this her written Notice of Hearing on Plaintiff's Motion to Extend Discovery. Said motion is set for a hearing with the Drug Impact Court, Room 829, 301 San Jacinto, Harris County, Texas on the 19th day of October, 1992 at 9:00 a.m.

Respectfully submitted,

Brian K. Johnson
Assistant District Attorney
Special Crimes Bureau
201 Fannin, Suite 200
Houston, Texas  77002-1901
713/755-5840
Office Bar No.  99999997
Attorney Bar No. 10685600

Certified Document Number: 33779675 - Page 1 of 1



I, Chris Daniel. District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779675 Total Pages:  1

Chris Daniel. DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

THE STATE OF TEXAS

VS.

APPROXIMATELY
$1,000,000.00 IN UNITED
STATES CURRENCY

§

§

§

IN THE DISTRICT COURT

OF HARRIS COUNTY, TEXAS

234     JUDICIAL DISTRICT

### PLAINTIFF'S ORIGINAL NOTICE
### OF SEIZURE AND INTENDED FORFEITURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the State of Texas as Plaintiff by and through her District Attorney for Harris County, Texas, and files this Original Notice of Seizure and Intended Forfeiture of cash money, in the amount of approximately $1,000,000.00, and alleges the following:

I.

This proceeding is brought under and by virtue of Chapter 59 of the Texas Code of Criminal Procedure.

II.

Jurisdiction is conferred upon this Court by virtue of Article V, Section 8 of the Texas Constitution and Article 59.04 of the Code of Criminal Procedure, and the occurrences recited hereinafter.

III.

Petitioner complains of Kobie Kala Mendenhall, Derek Anthony Thomas and Carla J. Smith, hereinafter referred to as DEFENDANTS, as owners and possessors of United States currency, in the amount of approximately $1,000,000.00.

IV.

Petitioner alleges that said United States currency is

Certified Document Number: 33779662 - Page 1 of 3

contraband as defined by Article 59.01 of the Code of Criminal
Procedure, as evidenced by the Notice of Forfeiture attached
hereto, and is thereby subject to forfeiture. Said currency was
seized on June 12, 1992, in Harris County, Texas.

V.

Petitioner alleges the last known residence or place of
business of DEFENDANTS KOBIE KALA MENDENHALL and DEREK ANTHONY
THOMAS is 250 Uvalde Rd. #95, Houston, Texas 77015; and the last
known residence or place of business of DEFENDANT CARLA J. SMITH
is 9603 Homestead, Houston, Texas 77016.

VI.

Petitioner alleges that the above United States currency bears
no known liens or other encumbrances by any other person or entity.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that
upon hearing, this Court enter a finding that the said
$1,000,000.00 in United States currency is contraband, and upon
such finding to order the forfeiture of said currency to the State
of Texas with the Harris County District Attorney's Office, Special
Crimes Bureau, acting as agent for the State, and then to be
administered and disposed of by said office in compliance with
Article 59.06 of the Code of Criminal Procedure.

Respectfully submitted,

Brian Johnson
Assistant District Attorney
Harris County, Texas
201 Fannin Street, Suite 200
Houston, Texas   77002
(713) 755-5840
Office Bar No. 99999997
Attorney Bar No. 10685600
Attorney for Plaintiff

INCIDENT NO. _9206120646_

### NOTICE OF SEIZURE

YOU ARE HEREBY NOTIFIED that on the _12th_ day of _June_,

19_92_, the undersigned peace officer, _J. E. Rankin_,

who is duly employed by the following law enforcement agency,

_Harris County Sheriff's Office_, seized the below listed property:

_approximately $1,000,000.00 in_
_United States Currency._

The undersigned peace officer believes that said property is contraband as defined by Chapter 59 of the Code of Criminal Procedure.

_____
(Peace Officer's Signature)

SWORN TO AND SUBSCRIBED before me on this the _12th_ day of

_June_, 19_92_.

_THERESA TORRES PEREZ_
Notary's Printed Name

_____
Notary Public in and for
Harris County, Texas

Commission expires: _12-2-93_



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office. electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779662 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| VS. | X | OF HARRIS COUNTY, TEXAS |
| | X | |
| APPROXIMATELY | X | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

### PLAINTIFF'S MOTION TO STRIKE RESPONDENT'S ANSWER AND FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas, plaintiff in the above numbered and entitled cause, by and through the undersigned Assistant District Attorney for Harris County, Texas, and presents her Motion To Strike Respondent's Answer and First Amended Answer.

I.

This is a forfeiture action brought under and by virtue of Chapter 59 of the Code of Criminal Procedure, initiated by Plaintiff by filing of Original Notice of Seizure and Intended Forfeiture on June 12, 1992. Respondent Carla Smith filed her Original Answer on or about June 25, 1992 and later on or about July 17, 1992 filed her First Amended Answer to this lawsuit. On July 22, 1992, this Court ordered sustained Plaintiff's First Special Exception (which the Respondent and Plaintiff stipulated in court on July 22, 1992 applied to Respondent's First Amended Answer, the successor pleading to Respondent's Answer in all matters germane to the Special Exception) and further ordered Respondent Carla Smith to amend her First Amended Answer to "include therein any relevant, material facts which would establish such ownership or interest and thereby her standing to appear as

Certified Document Number: 33779685 - Page 1 of 2

a party."   Such order also set August 24, 1992 as the date that such amended answer must be filed to avoid striking of Respondent's answer to this lawsuit.

## II.

Respondent having failed to amend its First Amended Answer by August 24, 1992, and failing to seek further time to so amend, Plaintiff now asks this Court to strike Respondent's Answer and First Amended Answer for failure to establish through claim of ownership or interest any standing to proceed as a party to this suit.

WHEREFORE, PREMISES CONSIDERED, the State of Texas asks the Court to strike Respondent's Answer and First Amended Answer.

Respectfully submitted,

Brian Johnson
Assistant District Attorney
Special Crimes Bureau
Harris County, Texas
201 Fannin Street, Suite 200
Houston, Texas   77002
(713) 755-5840
Office Bar No. 99999997
Attorney Bar No. 10685600

Certified Document Number: 33779685 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779685 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. <u>92-26448</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY<br>$1,000,000.00 IN UNITED<br>STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

## PLAINTIFF'S MOTION TO CORRECT CAPTION

COMES NOW, the State of Texas, Plaintiff, by and through Brian K. Johnson, Assistant District Attorney of Harris County, Texas, and moves this Court for an order correcting the caption of the above numbered cause.

I.

The caption incorrectly lists the subject of the suit as "Approximately $1,000,000.00 in United States Currency". The correct subject of the suit is $888,000.00 in United States Currency.

WHEREFORE, Plaintiff, the State of Texas, appearing by and through Brian K. Johnson, Assistant District Attorney of Harris County, requests this Honorable Court to enter an Order correcting the caption of the above numbered cause to read $888,000.00 in United States Currency.

Respectfully submitted,

Brian K. Johnson
Assistant District Attorney
Special Crimes Bureau
201 Fannin, Suite 200
Houston, Texas 77002-1901
(713) 755-5840
Bar Card #10685600

Certified Document Number: 33779683 - Page 1 of 4

NO.92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY $1,000,000.00 IN UNITED STATES CURRENCY | § | 234TH JUDICIAL DISTRICT |

## O R D E R

On this the _____ day of _____, 1992, came on to be heard Plaintiff's Motion to correct the cation of the above action. It appears to the Court that Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, that the caption in the above action be changed to read $888,000.00 in United States Currency.

SIGNED this _____ day of _____, 1992.


_____
HONORABLE JUDGE PRESIDING


APPROVED AS TO FORM:


BY: _____
Brian K. Johnson
Assistant District Attorney
201 Fannin, Suite 200
Houston, Texas 77002-1901
(713) 755-5840
Bar Card #10685600

Certified Document Number: 33779683 - Page 2 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed to all opposing parties or their attorneys of record at the last known correct addresses of said persons, certified mail, return receipt requested.

*Brian Johnson*

Brian K. Johnson
Assistant District Attorney
Harris County, Texas
Attorney for Plaintiff



Certified Document Number: 33779683 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779683 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



NO. 92-26448

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY $1,000,000.00 IN UNITED STATE CURRENCY | § | 234TH JUDICIAL DISTRICT |

## PLAINTIFF'S MOTION FOR DISPENSING WITH STENOGRAPHIC TRANSCRIPTION OF DEPOSITION

COMES NOW Plaintiff, the State of Texas, in the captioned forfeiture proceeding, and asks the Court to enter an order dispensing with the requirement of stenographic transcription of the deposition upon oral examination of Carla Smith.

### I.

The captioned cause is a drug forfeiture proceeding brought pursuant to Chapter 59 of the Texas Code of Criminal Procedure.

### II.

Carla Smith has filed an answer claiming an equitable ownership interest in the property sought to be forfeited and is a relevant witness in the captioned cause. Plaintiff desires to take Smith's deposition upon oral examination as soon as possible. Plaintiff request that the Court order the deposition to be recorded by other than stenographic means, i.e., videotape recording, as authorized by Rule 202 (1), T.R.C.P.

Rule 202 (1) (e), T.R.C.P., permits a party to dispense with the stenographic transcription of a deposition upon oral examination upon order of the court after motion and notice before the deposition is taken. Plaintiff proposes to take the deposition upon oral examination of Carla Smith, to be recorded by other than

ORIGINAL RECEIVED IN KATHERINE TYRA, DISTRICT CLERK'S OFFICE

DATE



stenographic means, i.e., videotape recording, for the following reasons.

Plaintiff, the State of Texas, is represented herein by Brian K. Johnson, an Assistant District Attorney for Harris County, Texas. The Harris County District Attorney's Office employs a number of investigators who are licensed peace officers and notary public. Those investigators are trained in the operation of videotape recording equipment owned by the Harris County District Attorney's Office; they use that equipment frequently to record statements of witnesses and suspects in criminal investigations. The Harris County District Attorney's Office does not employ nor does it have access to licensed and certified court reporters to record by stenographic means the deposition upon oral examination of witnesses in forfeiture proceedings. The Harris County District Attorney's Office does not have funds appropriated to it for payment of a licensed and certified court reporter to record by stenographic means the deposition upon oral examination of such witnesses.

The videotape recording by an experienced investigator of the Harris County District Attorney's Office of the deposition upon oral examination of Carla Smith will truly, intelligibly, accurately and in a trustworthy fashion preserve her testimony for use in any proceeding in the captioned cause. Under Rule 202 (1) (c), T.R.C.P., any party may have reasonable access to the original recording and may obtain a duplicate copy thereof at his or her own expense.

Wherefore, Plaintiff asks the Court to enter an order

Certified Document Number: 33779680 - Page 2 of 3

permitting her to record the deposition upon oral examination of Carla Smith by other than stenographic means, i.e., by videotape recording, upon equipment operated by an investigator of the Harris County District Attorney's Office, and dispensing with the requirement of a stenographic transcription of said deposition upon oral examination.

Respectfully submitted,

BRIAN K. JOHNSON
Assistant District Attorney
Harris County, Texas
201 Fannin Street, Suite 200
Houston, Texas 77002
(713) 755-5840
Office Bar No. 99999997
Attorney Bar No.10685600

Certified Document Number: 33779680 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779680 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

· NO. 92-26448

| THE STATE OF TEXAS | S | IN THE DISTRICT COURT |
|---|---|---|
| VS. | S | OF HARRIS COUNTY, TEXAS |
| APPROXIMATELY $1,000,000.00 IN UNITED STATE CURRENCY | S | 234TH JUDICIAL DISTRICT |

**MOTION TO EXTEND DISCOVERY BEYOND DATE SET BY DOCKET CONTROL ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff, State of Texas requests the Court to enter an Order extending the time by which discovery in this case shall be completed. In support of this Motion, the Plaintiff shows the following:

I.

This suit was filed on June 12, 1992. Respondent filed her Second Amended Original Answer on September 11, 1992. The Docket Control Order was issued on September 8, 1992, setting the Discovery cut-off date on October 16, 1992. Plaintiff has not pursued discovery in this suit as Plaintiff and Respondent have been engaged in settlement discussions. However, it now appears that those discussions have failed.

II.

Plaintiff has noticed Respondent's Deposition for October 16, 1992 and has sent Respondent Interrogatories and Request for Admissions. However, the time to respond to discovery will extend beyond the date discovery is to be completed as set out by the Docket Control Order.

Certified Document Number: 33779676 - Page 1 of 5

Wherefore, Plaintiff requests this Court enter an Order extending the time by which Discovery is to be cut-off.

Respectfully submitted,

*Brian Johnson*

BRIAN K. JOHNSON
Assistant District Attorney
Harris County, Texas
201 Fannin Street, Suite 200
Houston, Texas 77002
(713) 755-5840
Office Bar No. 99999997
Attorney Bar No.10685600

Certified Document Number: 33779676 - Page 2 of 5

NO. 92-26448

THE STATE OF TEXAS         §         IN THE DISTRICT COURT

VS.                        §         OF HARRIS COUNTY, TEXAS

APPROXIMATELY              §         234TH JUDICIAL DISTRICT
$1,000,000.00 IN UNITED
STATE CURRENCY

ORDER GRANTING MOTION TO EXTEND DISCOVERY

On this the _____ day of _____, 1992, came on to be
heard Plaintiff's Motion to Extend Time for Discovery in the above
action.  It appears to the Court that the Motion is well taken and
should be granted.

IT IS THEREFORE ORDERED that the deadline for Discovery in
this cause is extended to _____, 1992.

SIGNED, this _____ day of _____, 1992.


_____
HONORABLE JUDGE PRESIDING

Certified Document Number: 33779676 - Page 3 of 5

## Certificate of Service

Service of this instrument has been made on all parties by facsimile transmission and certified mail, return receipt reqeusted on this the 9th day of October, 1992.

_Brian Johnson_
Brian Johnson
Attorney for Plaintiff

Certified Document Number: 33779676 - Page 5 of 5



F I L E D
KATHERINE TYRA
District Clerk

OCT 0 9 1992

Harris County, Texas
By_____
Deputy



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:          33779676 Total Pages: 5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

NO. 92-26448

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| APPROXIMATELY | § | 234TH JUDICIAL DISTRICT |
| $1,000,000.00 IN UNITED | | |
| STATES CURRENCY | | |

## PLAINTIFF'S MOTION TO CORRECT CAPTION

COMES NOW, the state of Texas, Plaintiff, by and through Brian K. Johnson, Assistant District Attorney of Harris County, Texas and moves this Court for an order correcting the caption of the above numbered cause.

I.

The caption incorrectly lists the subject of the suit as "Approximately $1,000,000.00 in United States Currency". The correct subject of the suit is $888,598.00 in United States Currency.

WHEREFORE, Plaintiff, the State of Texas, appearing by and through Brian K. Johnson, Assistant District Attorney of Harris County requests this Honorable Court to enter an Order correcting the caption of the above numbered cause to read $888,598.00 in United States Currency.

Respectfully submitted,

Brian K. Johnson
Assistant District Attorney
Special Crimes Bureau
201 Fannin, Suite 200
Houston, Texas   77002-1901
(713) 755-5840
TBC # 10685600



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779665 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

**92-26448**   Filed   06-12 19  92                    19   General Order of Court **234th**

| STATE OF TEXAS | Jury Fee Paid By |
| --- | --- |
| **PLAINTIFFS** | |
| DISTRICT ATTORNEY | |
| | **SETTINGS** |
| **Attorneys** | |
| **NATURE OF ACTION** | |
| SEIZURE & FORFEITURE | |
| ( $1,000,000.00 )  vs.  ♭ 888,598.00 | |
| **DEFENDANTS** | |
| **Attorneys** | |
| **SURETIES ON COST BOND** | |

07-20-92: State's Sp. Excep. : GRANTED,
Resp Carla J. Smith, to Amend by
08-20-92                         [signature]

07-22-92: Rehearing on Ptf's Sp.Excep. after Ct.
sets aside its ruling on 07-20-92: Sp.
Excep. 1 & 2: SUSTAINED but Resp. Carla
J. Smith's 1st Amended Answer corrects
deficiency addressed in Sp. Excep. #2,
to be amended by 08-14-92.
                                 [signature]

08-24-92: Order on Sp. Excep. : SIGNED -
                                 [signature]

10/13/92: Case caption : CORRECTED.
                                 [signature]

11/17/92: Cause called; Settled as to Resp.
Smith; remaining Resp's fail to appear,
evidence considered/HELD: Subj.
prop. is contraband & is FORFEITED
to State of Texas.
                                 [signature]

F-7 1/1/84

Certified Document Number: 33779657 - Page 2 of 2

No._____ General Order of Court _____ Judicial District

11/24/92: Final Agreed Judgement. SIGNED.

F-7   1/1/83



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 1, 2011

Certified Document Number:        33779657 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

**EXHIBIT 3**

**HCDistrictclerk.com**  The State of Texas vs. SMITH, CARL ANTHONY  4/18/2011
Cause: 064093701010    CDI: 3    Court: 177

## APPEALS
No Appeals found.

## BONDS
No Bonds found.

## PAYMENT PLAN
No Payment Plan found.

## SETTINGS
No Settings found.

## RELATED CASES
No related cases found.

## DOCUMENTS
Proper credentials required. Please login or contact Harris County District Clerk's Office at (713) 755-7300.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 8/11/1992 |
| Case (Cause) Status | Complete |
| Offense | POSS COCAINE LT 28G-CRACK |
| Last Instrument Filed | Motion Revoke Probation |
| Case Disposition | DISP-121792 |
| Case Completion Date | 12/17/1992 |
| Defendant Status | DISPOSED |
| Bond Amount | $0.00 |
| Next/Last Setting Date | 12/17/1992 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | BLACK / MALE | Height/Weight | 6'04 / 256 LBS |
| Eyes | BROWN | Hair | BLACK |
| Skin | BLACK | Build | HEAVY |
| DOB | 11/23/1959 | In Custody | N |
| Address | | 3319 CASTOR HOUSTON TX77092 | |

### COURT DETAILS

| | |
|---|---|
| Court | 177th |
| Address | 1201 Franklin (Floor: 19) Houston, TX 77002 Phone:7137556332 |
| JudgeName | Kevin Fine |
| Court Type | Criminal |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 12/09/1992 | ACI/R/PROB | TIME 1201 AMOUNT $0 | 998 |
| 12/09/1992 | | ACKNOWLEDGED BY SHERIFF | |
| 12/13/1992 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 12/11/92 | |
| 12/13/1992 | | RECEIPTED BY CLERK | |
| | PROBATION START DATE 08/13/92 | SNU: | 999 |

|  | PROBATION END DATE | 08/12/97 |  |
| 12/17/1992 | SENTENCED IN | COURT 177 STARTING 12/17/92 | 999 |
| 12/17/1992 | SENTENCE TO | TDC 3 YEARS CONFINEMENT |  |
| 12/17/1992 | CREDIT GIVEN | DEFENDANT RECEIVED 10 DAYS CREDIT |  |
| 01/08/1993 | ORDER | ATTORNEY FEE VOUCHER | 995 |
| 01/08/1993 | ORDER | ATTY FEE AMT $142.85 | 995 |
| 01/08/1993 | RECORDED | VOLUME 0871 PAGE 0140 APP MINUTES CM |  |
| 12/17/1992 | ORDER | ORD APP COUNSEL | 996 |
| 12/17/1992 | RECORDED | VOLUME 0860 PAGE 0510 APP MINUTES CM |  |
| 12/17/1992 | OFFENSE | POSS COCAINE LT 28G-CRACK LEVEL F2 |  |
| 08/14/1992 | ORDER | ATTORNEY FEE VOUCHER | 997 |
| 08/14/1992 | ORDER | ATTY FEE AMT $130.00 | 997 |
| 08/14/1992 | RECORDED | VOLUME 0769 PAGE 0360 APP MINUTES CM |  |
| 08/14/1992 | OFFENSE | POSS COCAINE LT 28G-CRACK LEVEL F2 |  |
| 08/13/1992 | ORDER | ORD FOR DEFERRED PAYMNT | 998 |
| 08/13/1992 | RECORDED | VOLUME 0772 PAGE 0159 APP MINUTES CM |  |
| 08/13/1992 | OFFENSE | POSS COCAINE LT 28G-CRACK LEVEL F2 |  |
| 08/13/1992 | ORDER | ORD APP COUNSEL | 999 |
| 08/13/1992 | RECORDED | VOLUME 0770 PAGE 0371 APP MINUTES CM |  |
| 08/13/1992 | OFFENSE | POSS COCAINE LT 28G-CRACK LEVEL F2 |  |
| 12/17/1992 | DELIVERY ORDER | RETURNED EXECUTED 04/05/93 | 999 |
| 08/13/1992 | JUDGMENT | CONVICTION | 999 |
| 08/13/1992 | JUDGMENT | GUILTY PLEA-NO JURY |  |
| 08/13/1992 | JUDG OFFENSE | POSS COCAINE LT 28G-CRACK LEVEL F2 |  |
| 08/13/1992 | PENALTY | PROBATION-FIN AMT | 500 |
| 08/13/1992 | PENALTY | TDC AMOUNT 5 YEARS |  |
| 08/13/1992 | RECORDED | VOLUME 0772 PAGE 0157 APP MINUTES CM |  |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
| SMITH, CARL ANTHONY | DEFENDANT - CRIMINAL |  | 01269322 |

## INACTIVE PARTIES

No inactive parties found.

## CRIMINAL HISTORY

| Case (Cause) | Status | Defendant | Filed | Court | Def Status | Dispo | Type of Action |
|---|---|---|---|---|---|---|---|
| 064093701010-3 | Complete (C) | SMITH, CARL ANTHONY | 8/11/1992 | 177 | Disposed (D) | Disposed (DISP) | POSS COCAINE LT 28G-CRACK (F) |
| 076896701010-3 | Complete (C) | SMITH, CARL ANTHONY | 11/20/1997 | 174 | Disposed (D) | Disposed (DISP) | MAN/DEL CS PG 1 <1GRAM (F) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 080691601010-3 | Complete (C) | SMITH, CARL ANTHONY | 3/4/1999 | 184 | Disposed (D) | Disposed (DISP) | MAN/DEL CS PG 1 1-4 GRAMS (F) |
| 960236901010-2 | Complete (C) | SMITH, CARL ANTHONY | 1/16/1996 | 15 | Disposed (D) | Disposed (DISP) | DRIVING WHILE LIC SUSPENDED (M) |

## ALIASES

Defendant Alias

SMITH, CARL ANTHONY

True Name

Yes

**EXHIBIT 4**

| HCDistrictclerk.com | The State of Texas vs. MENDENHALL, KOBIE KALA | 4/18/2011 |
|---|---|---|
| | Cause: 055943101010  CDI: 3  Court: 248 | |

## APPEALS
No Appeals found.

## BONDS
No Bonds found.

## PAYMENT PLAN
No Payment Plan found.

## SETTINGS
No Settings found.

## RELATED CASES
No related cases found.

## DOCUMENTS
Proper credentials required. Please login or contact Harris County District Clerk's Office at (713) 755-7300.

## SUMMARY

### CASE DETAILS

| File Date | 3/23/1990 |
|---|---|
| Case (Cause) Status | Complete |
| Offense | UNAUTH USE OF VEHICLE |
| Last Instrument Filed | Motion To Adjudicate Guilt |
| Case Disposition | DISP-051691 |
| Case Completion Date | 5/16/1991 |
| Defendant Status | DISPOSED |
| Bond Amount | $0.00 |
| Next/Last Setting Date | 5/16/1991 |

### DEFENDANT DETAILS

| Race/Sex | BLACK | DOB 6/1/1970 |
|---|---|---|
| In Custody | N | |
| Address | 6550 HILLCROFT HOUSTON TX | |

### COURT DETAILS

| Court | 248th |
|---|---|
| Address | 1201 Franklin (Floor: 16) Houston, TX 77002 Phone:7137557094 |
| JudgeName | Joan Campbell |
| Court Type | Criminal |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 05/01/1991 | ACI/R-DFAG | TIME 1158 AMOUNT $0 | 997 |
| 05/01/1991 | | ACKNOWLEDGED BY SHERIFF | |
| 05/14/1991 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 05/13/91 | |
| 05/14/1991 | | RECEIPTED BY CLERK | |
| 05/16/1991 | SENTENCED IN | COURT 248 STARTING 05/13/91 | 999 |
| 05/16/1991 | SENTENCE TO | 2 YEARS CONFINEMENT | |
| 05/16/1991 | CREDIT GIVEN | DEFENDANT RECEIVED 40 DAYS CREDIT | |

| 08/30/1990 | ORDER | ORD/APPOINT/COUNSEL | 993 |
| 08/30/1990 | RECORDED | VOLUME 0279 PAGE 0748 APP MINUTES CM | |
| 08/30/1990 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 08/30/1990 | ORDER | 30 DYS HCJ AS COP BEG083090 | 994 |
| 08/30/1990 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 03/29/1990 | ORDER | REC PROB C87 ISS 052690 | 995 |
| 03/29/1990 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 03/26/1990 | ORDER | DEF INSTALL PAYMENTS | 996 |
| 03/26/1990 | RECORDED | VOLUME 0281 PAGE 0252 APP MINUTES CM | |
| 03/26/1990 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 03/26/1990 | ORDER | DEFERRED ADJUDICATION OF GUILT | 997 |
| 03/26/1990 | PENALTY | PROBATION 5 YEARS ENDING 03/25/95 | |
| 03/26/1990 | PENALTY | A FINE OF $500 | 997 |
| 03/26/1990 | RECORDED | VOLUME 0281 PAGE 0250 APP MINUTES CM | |
| 03/26/1990 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 03/26/1990 | ORDER | ATTORNEY FEE VOUCHER | 998 |
| 03/26/1990 | ORDER | ATTY FEE AMT $150.00 | 998 |
| 03/26/1990 | RECORDED | VOLUME 0184 PAGE 0996 APP MINUTES CM | |
| 03/26/1990 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 03/26/1990 | ORDER | OR APPOINTING COUNSEL | 999 |
| 03/26/1990 | RECORDED | VOLUME 0184 PAGE 0990 APP MINUTES CM | |
| 03/26/1990 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 05/16/1991 | DELIVERY ORDER | RETURNED EXECUTED 07/16/91 | 999 |
| 05/16/1991 | JUDGMENT | CONVICTION | 999 |
| 05/16/1991 | JUDGMENT | DEF ADJ GLT REVOKED | |
| 05/16/1991 | JUDG OFFENSE | UNAUTH USE OF VEHICLE LEVEL F3 | |
| 05/16/1991 | PENALTY | TDC AMOUNT 2 YEARS | |
| 05/16/1991 | RECORDED | VOLUME 0445 PAGE 0644 APP MINUTES CM | |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|------|------------|-----------|-------|
| MENDENHALL, DEFENDANT - CRIMINAL KOBIE KALA | | | 01093545 |

## INACTIVE PARTIES

No inactive parties found.

## CRIMINAL HISTORY

| Case (Cause) | Status | Defendant | Filed | Court | Def Status | Dispo | Type of Action |
|--------------|--------|-----------|-------|-------|------------|-------|----------------|
| 055943101010-3 | Complete (C) | MENDENHALL, KOBIE KALA | 3/23/1990 | 248 | Disposed (D) | Disposed (DISP) | UNAUTH USE OF VEHICLE (F) |
| 911259001010-2 | Complete (C) | MENDENHALL, KOBIE KALA | 3/30/1991 | 4 | Disposed (D) | Disposed (DISP) | UNLAW CARRY WPN (M) |

| 911529501010-2 | Complete (C) | MENDENHALL, KOBIE KALA | 4/18/1991 | 4 | Disposed (D) | Disposed (DISP) | CRIMINAL TRESPASS-HABITATION (M) |

## ALIASES

Defendant Alias                                                              True Name

GOINS, ERIC

MENDENHALL, KOBIE KALA                                                       Yes

**EXHIBIT 5**

**HCDistrictclerk.com**     STATE OF TEXAS vs. THOMAS, DEREK     4/14/2011
Cause: 90485430101A   CDI: 4   Court: 3

## APPEALS
No Appeals found.

## BONDS
No Bonds found.

## PAYMENT PLAN
No Payment Plan found.

## PARTIES
No Parties found.

## SETTINGS
No Settings found.

## DOCUMENTS
Proper credentials required. Please login or contact Harris County District Clerk's Office at (713) 755-7300.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 2/28/1991 |
| Case (Cause) Status | Dismissed |
| Offense | N/A |
| Last Instrument Filed | Misdemeanor Information |
| Case Disposition | DISM-042991 |
| Case Completion Date | 4/29/1991 |
| Defendant Status | DISPOSED |
| Bond Amount | $500.00 |
| Next/Last Setting Date | 4/10/1991 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | BLACK / MALE | Height/Weight | 6'03 / 250 LBS |
| Eyes | BROWN | Hair | BLACK |
| Skin | BLACK | Build | HEAVY |
| DOB | 3/3/1970 | In Custody | N |
| Address | | 7600 W. AIRPORT HOUSTON TX77035 | |

### COURT DETAILS

| | |
|---|---|
| Court | 3rd |
| Address | 1201 Franklin (Floor: 8) Houston, TX 77002 Phone:7137556188 |
| JudgeName | Natalie Fleming |
| Court Type | Criminal |

## ACTIVITIES
Description
JUDGMENT NISH5

NISI SIGNED: 02/28/91 BOND AMOUNT: $500.00 LCD: 05/01/9116

PARTY NAMES: CONNECTION TO CASES:17

THOMAS, DEREK DEFENDANT SURETY BOND / BOND FORFEITURE18

AAA BONDING SERVICE-WOODARD, RALEIGH L. S1 FIRST SURETY ON BOND FORFEITURE19

20

CITATION ACTIVITY21

ISSUED: 02/28/91 TYPE ISSUED: ORIGINAL CITATION22

PARTY CITED: AAA BONDING SERVICE-WOODARD, RALEIGH L.23

SERVICE DATE: 03/06/91 SERVICE RESULT: NOT CLAIMED24

ANSWER REQUIRED: 03/25/91 LCD: 03/14/9125

26

27

DISPOSITION28

JUDGMENT SIGNED: 04/29/91 FINAL DATE: 04/29/91 29

DISMISSED ON MOTION OF THE STATE WITHOUT COSTS AAA BONDING SERVICE-WOODARD, RALEIGH L.30

AMOUNT: LCD: 05/01/9131

JUDGMENT SIGNED: 04/29/91 FINAL DATE: 04/29/91 32

DISMISSED ON MOTION OF THE STATE WITHOUT COSTS THOMAS, DEREK33

AMOUNT: LCD: 05/01/9134

## RELATED CASES

| Case (Cause) Number | Style | Filed | Court | Offense |
|---|---|---|---|---|
| 904854301010 | The State of Texas vs. THOMAS, DEREK | 12/12/1990 | 3 | UNLAW CARRY WPN |

## CRIMINAL HISTORY

| Case (Cause) | Status | Defendant | Filed | Court | Def Status | Dispo | Type of Action |
|---|---|---|---|---|---|---|---|
| 058336601010-3 | Complete (C) | THOMAS, DEREK | 12/12/1990 | 337 | Disposed (D) | Disposed (DISP) | POSS COCAINE LT 28G-CRACK (F) |
| 073793301010-3 | Complete (C) | BENSON, PATRICK WAYNE | 11/15/1996 | 228 | Disposed (D) | Disposed (DISP) | POSS CS PG 1 4G - 200G (F) |
| 081286301010-3 | Dismissed (D) | BENSON, PATRICK WAYNE | 5/13/1999 | 184 | Disposed (D) | Dismissed (DISM) | POSS CS PG 1 <1G (F) |
| 081300401010-3 | Dismissed (D) | BENSON, PATRICK WAYNE | 5/14/1999 | 184 | Disposed (D) | Dismissed (DISM) | FELON POSS WPN (F) |
| 904854301010-2 | Complete (C) | THOMAS, DEREK | 12/12/1990 | 3 | Disposed (D) | Disposed (DISP) | UNLAW CARRY WPN (M) |
| 920662201010-2 | Dismissed (D) | THOMAS, DERRICK | 2/13/1992 | 7 | Disposed (D) | Dismissed (DISM) | TRESPASS PROP/BLDG-NO FORB ENT (M) |
| 931908001010-2 | Complete (C) | THOMAS, DERRICK | 5/7/1993 | 2 | Disposed (D) | Disposed (DISP) | EVADE ARREST (M) |
| 933415401010-2 | Dismissed (D) | BENSON, PATRICK WAYNE | 8/20/1993 | 2 | Disposed (D) | Dismissed (DISM) | ASSAULT-BODILY INJURY (M) |
| 940921601010-3 | Complete (C) | BENSON, PATRICK WAYNE | 4/18/1994 | 337 | Disposed (D) | Disposed (DISP) | DEL COCAINE LT 28G NON CRACK (F) |
| 993337801010-2 | Complete (C) | BENSON, PATRICK WAYNE | 8/3/1999 | 9 | Disposed (D) | Disposed (DISP) | FAIL IDENT TO P-O-FUGITIVE (M) |

## ALIASES

| Defendant Alias | True Name |
|---|---|
| BENSON, PATRICK WAYNE | Yes |

DAVIS, JERRELL
THOMAS, DEREK
THOMAS, DEREK NORMAN
THOMAS, DERRICK

**EXHIBIT 6**

**HCDistrictclerk.com**   The State of Texas vs. GOINS, THADDIUS C JR   4/18/2011
Cause: 065804201010   CDI: 2   Court: 4

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## SETTINGS
No Settings found.

## RELATED CASES
No related cases found.

## DOCUMENTS
Proper credentials required. Please login or contact Harris County District Clerk's Office at (713) 755-7300.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 6/6/1982 |
| Case (Cause) Status | Complete |
| Offense | DRIVING WHILE INTOXICATED |
| Last Instrument Filed | Misdemeanor Information |
| Case Disposition | DISP-082684 |
| Case Completion Date | 8/26/1984 |
| Defendant Status | DISPOSED |
| Bond Amount | $800.00 |
| Next/Last Setting Date | 8/27/1982 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | BLACK / MALE | Height/Weight | 6'01 / 285 LBS |
| Eyes | BROWN | Hair | BLACK |
| Skin | DARK BROWN | Build | MEDIUM |
| DOB | 9/12/1963 | In Custody | N |
| Address | | 7410 HOWTON HOUSTON TX | |
| Markings | | GC TOOTH | |

### COURT DETAILS

| | |
|---|---|
| Court | 4th |
| Address | 1201 Franklin (Floor: 8) Houston, TX 77002 Phone:7137556192 |
| JudgeName | John W. Clinton |
| Court Type | Criminal |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 06/06/1982 | CR/MIN | TIME 1111 AMOUNT $800 | 999 |
| 06/06/1982 | | ACKNOWLEDGED BY SHERIFF | |
| 05/04/1985 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 06/06/82 | |
| 05/04/1985 | | RECEIPTED BY CLERK | |
| 06/07/1982 | BOND FILED | CRT 4 TIME TYPE SURETY | |
| 06/07/1982 | BOND MADE | AMT $800 DATE 06/07/82 RCPT # | |
| 06/07/1982 | BONDSMAN | SPRADLIN, JAMES R. | |

| | | | | |
|---|---|---|---|---|
| | PROBATION START DATE 08/27/82 | SNU: | | 999 |
| | PROBATION END DATE | // | | |
| 08/26/1984 | JUDGMENT | PROBATION TERMINATED | | 998 |
| 08/26/1984 | JUDG OFFENSE | DRIVING WHILE INTOXICATED LEVEL MA | | |
| 08/27/1982 | JUDGMENT | PROBATION-PLEA GUILTY/NOLO CONT | | 999 |
| 08/27/1982 | PENALTY | A FINE OF $250 | | 999 |
| 08/27/1982 | PENALTY | 90 DAYS | | 999 |
| 08/27/1982 | PENALTY | PROBATED FOR 2 YEARS | | 999 |
| 08/27/1982 | PENALTY | SUP FEE $0 | | 999 |
| 08/27/1982 | JUDG OFFENSE | DRIVING WHILE INTOXICATED LEVEL MA | | |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 06/07/1982 | BOND FILED | CRT 4 TIME TYPE SURETY | |
| 06/07/1982 | BOND MADE | AMT $800 DATE 06/07/82 RCPT # | |
| 06/07/1982 | BONDSMAN | SPRADLIN, JAMES R. | |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| GOINS, THADDIUS C JR | DEFENDANT - CRIMINAL | | 00455956 |

## INACTIVE PARTIES

No inactive parties found.

## CRIMINAL HISTORY

| Case (Cause) | Status | Defendant | Filed | Court | Def Status | Dispo | Type of Action |
|---|---|---|---|---|---|---|---|
| 045672401010-3 | Dismissed (D) | GOINS, THADDIUS CHRISTOPHER | 8/21/1986 | 339 | Disposed (D) | Dismissed (DISM) | SEXUAL ASSAULT (F) |
| 051376101010-3 | Complete (C) | GOINS, THADDIUS | 10/24/1988 | 176 | Disposed (D) | Disposed (DISP) | CRIMINAL ATTEMPT (F) |
| 05137610101A-3 | Complete (C) | GOINS, THADDIUS C | 9/10/1992 | 176 | Disposed (D) | Disposed (DISP) | CRIMINAL ATTEMPT (F) |
| 065804201010-2 | Complete (C) | GOINS, THADDIUS C JR | 6/6/1982 | 4 | Disposed (D) | Disposed (DISP) | DRIVING WHILE INTOXICATED (M) |
| 069303301010-3 | Dismissed (D) | GOINS, THADDIUS CHRISTOPHER | 5/5/1995 | 262 | Disposed (D) | Dismissed (DISM) | MAN/DEL CS PG I OVER 400 GRAMS (F) |
| 092393301010-2 | Complete (C) | GOINS, THADDIUS C. | 12/5/1986 | 8 | Disposed (D) | Disposed (DISP) | THEFT $20-$200 (M) |

## ALIASES

| Defendant Alias | True Name |
|---|---|
| CRICKETT, | |
| GOINS, CRICKET | |

GOINS, THADDIUS

GOINS, THADDIUS C JR

GOINS, THADDIUS C.

GOINS, THADDIUS CHRIS

GOINS, THADDIUS CHRISTOPHER                                    Yes

GOINS, THADDIUS CHRISTOPHER III

GOINS, THADDIUS CHRSTOPHER

GOINS, THADDUS

GOINS, THADDUS C.

JOHNSON, JOHN