# IN CHAMBERS TELEPHONE CONFERENCE MINUTES AND ORDER

| | | |
|---|---|---|
| JUDGE PRESIDING | **VANESSA D. GILMORE** | Broxton v. Williams |
| COURTROOM CLERK | B. Thomas | 4:11-cv-315 |
| COURT REPORTER | Laura Wells | |
| MORNING | 9:30 a.m. - 10:10 a.m. | AFTERNOON |
| | | DATE    9/18/2015 |

Telephone Conference held regarding Discovery Dispute Letter (Doc. No. 48)

**APPEARANCES:**

For Petitioner     **Cathryn Crawford**

For Respondent     **Graylon Wells, Assistant Harris County Attorney**

**At the hearing the Court made the following rulings:**

Graylon Wells  to messenger the crime scene photos to James Rytting by close of business 9/18/15.

Graylon Wells  to make an appointment today to meet with Lt. Legg, Deputy Paul Guest, Lt. Philpot and Ms. Eunice Bejines on Monday, September 21, 2015.

Graylon Wells to meet with Ms. Bejines and/or Lt. Legg, Deputy Paul Guest, Lt. Filpot and read them the letter outlining the missing documents.

The Harris County Sheriff's Office is **ORDERED** to produce the following items:
1). Any and all HCSO policies on retention & destruction of biological evidence.
2). All reports on destruction of biological evidence from this case.
3). Any report documenting the location of the murder weapon.
4). Reports on testing on the gun including fingerprints and ballistics reports.
5). Any property transfer order for the gun.
6). Case file for weapon recovery: a) facts given to DEA by HCSO.   b) Interview notes from other witnesses.  c) Videotape interviews of witnesses
7). A valid property log.
8). Any additional documents identified in the Subpoenas issued pursuant to the Court's Order of July 31, 2015 that have not previously been produced.

This Phone Conference to reconvene, this afternoon, at 2:30 p.m. to discuss the following items:

    1). whether a messenger has delivered the photos to James Rytting.

    2). the scheduled meeting time with  Lt. Legg, Deputy Paul Guest, Lt. Philpot.

    3). whether Deputy Guest can explain the discrepancy in the property logs.

Phone Conference is set for Monday, Sept. 21, 2015 at 3:00 p.m. for delivery of subpoenaed records.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

SIGNED on this the 18th day of September, 2015 Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**