UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENE ALVIN BROXTON, | § § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL ACTION NO. 4:11-CV-315 |
| WILLIAM STEPHENS, | § § | |
| Respondent. | § § | |

### AMENDED SCHEDULING ORDER

1. November 9, 2015 **AMENDMENTS TO PLEADINGS.** Petitioner to file a Fourth Amended Petition by this date.

2. December 9, 2015 **RESPONSE**

3. December 30, 2015 **REPLY**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 21st day of September, 2015 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE