UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENE ALVIN BROXTON, | § § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-315 |
| WILLIAM STEPHENS, | § § § | |
| Respondent. | § § | |

## ORDER

IT IS HEREBY ORDERED that the above-captioned case shall be administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket within ten (10) days from the date of a ruling by the State Court. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the _29th_ day of March, 2018, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE