Case 4:11-cv-00315 Document 61 Filed on 05/29/19 in TXSD Page 7 of 7

United States District Court
Southern District of Texas
**ENTERED**
May 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EUGENE ALVIN BROXTON, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § CAUSE NO. 4:11-cv-00315 |
| | § |
| LORIE DAVIS, Director, Texas | § |
| Department of Criminal Justice, | § |
| Institutions Division, | § |
| | § |
| Respondent. | § |

**ORDER**

Petitioner moves to substitute the Capital Habeas Unit for the Western District of Texas in place of current counsel Cathryn Crawford. The State is not opposed. The Court has considered the matter and finds it is in the interests of justice to substitute counsel. Therefore, the motion is GRANTED. Pursuant to 18 U.S.C. § 3599(e), it is ORDERED that Cathryn Crawford is hereby relieved of her appointment, and the Federal Public Defender for the Western District of Texas is appointed to represent Petitioner with the specification that the representation be provided by the Capital Habeas Unit, Tivon Schardl, supervising assistant federal defender, 915 Congress, Suite 950, Austin, Texas 78701.

Signed this 30th day of May 2019.

HON. VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE