United States District Court
Southern District of Texas
**ENTERED**
March 16, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EUGENE BROXTON, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-315 |
| § | |
| BOBBY LUMPKIN, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## ORDER

On October 30, 2015, the Court stayed Eugene Broxton's federal habeas proceeding to allow DNA testing, and possibly habeas review, in state court. (Docket Entry No. 55). Broxton will submit an advisory within ten days describing the status of any state proceedings. If necessary, Respondent Bobby Lumpkin may provide a response to the advisory and file any appropriate motion within ten days thereafter.

Signed at Houston, Texas, on March 15, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE