**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| EUGENE BROXTON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-11-315 |
| | § | |
| | § | |
| BOBBY LUMPKIN, Director, Texas | § | |
| Department of Criminal Justice, Correctional | § | CASE INVOLVING THE DEATH |
| Institutions Division, | § | PENALTY |
| | § | |
| Respondent. | § | |

**PETITIONER'S ADVISORY REGARDING STATE COURT PROCEEDINGS**

This Court has stayed Eugene Broxton's federal habeas proceedings so that he may conduct DNA testing and, if warranted, file a subsequent habeas petition. ECF No. 55. On May 25, 2021, Mr. Broxton filed his second advisory regarding the status of his state proceedings, informing the Court that he was still developing claims he intended to present in a subsequent state-court application. In particular, he advised that he was waiting to receive from the district attorney access to juror information cards and questionnaires. Mr. Broxton asked that he be permitted to file an additional advisory in 60 days to inform the Court of his progress.

Counsel for Mr. Broxton continues to diligently prepare a subsequent writ application. On June 17, 2021, the state court signed an order permitting Mr. Broxton to access the jury records he had been seeking. Counsel received the documents on June 30. They have been digitized, and counsel has begun review of them.

Based on these circumstances, Mr. Broxton anticipates that, barring any unforeseen circumstance, he will file his subsequent application in state court within 60 days, or by September

21, 2021. He requests that he be permitted to submit an advisory to the Court by that date advising

him of the filing or of circumstances preventing it.


Respectfully submitted,


/s/James Rytting
JAMES RYTTING
Hilder Associates PC
State Bar No. 24002883
819 Lovett Blvd.
Tel. (713) 655-9111
Fax (713) 655-9112
james@hilderlaw.com

MAUREEN SCOTT FRANCO
Federal Public Defender
Western District of Texas
TIVON SCHARDL
Chief, Capital Habeas Unit

/s/Joshua Freiman
JOSHUA FREIMAN
Federal Bar No. 3342395
NY Bar No. 5353545
Assistant Federal Public Defender
919 Congress Ave., Ste 950
Austin, Texas 78701
Tel. (737) 207-3010
Fax (512) 499-1584
joshua_freiman@fd.org


July 23, 2021


*Counsel for Petitioner Eugene Broxton*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2021, I electronically filed the foregoing

Defendant's Advisory to the Court with the Clerk of Court using the CM/ECF system, which will

send notification of such filing to the following:

Katherine Hayes
Assistant Attorney General
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548, Capital Station
Austin, TX 78711
Tel.: (512) 936-1600
Email: Katherine.Hayes@oag.texas.gov

*/s/Joshua Freiman*
Joshua Freiman