# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Eugene Alvin Broxton | § § | |
| *versus* | § § | Case Number: 4:11−cv−00315 |
| William Stephens | § § | |

## Notice of Reassignment

    Pursuant to Special Order No. 2021−19, this case is reassigned to the docket of United States District Judge Keith P Ellison. Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: January 5, 2022

Nathan Ochsner, Clerk