IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENE ALVIN BROXTON, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | ACTION NO. 4:11-cv-00315 |
| | § | (Death Penalty Case) |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| *Respondent*. | § | |

**RESPONDENT LUMPKIN'S NOTICE OF APPEARANCE OF COUNSEL**

This case involves a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Eugene Alvin Broxton. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Bobby Lumpkin ("the Director") and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on her at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
   for Criminal Justice

1

|  |  |
|---|---|
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
|  |   /s/ Georgette Hogarth<br>GEORGETTE HOGARTH* |
| *Lead Counsel | Assistant Attorney General<br>State Bar No. 24007129<br>Southern District No. 302747 |
|  | Office of the Attorney General<br>Criminal Appeals Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 936-1400<br>Facsimile: (512) 936-1280 (FAX)<br>Email: Georgette.hogarth@oag.texas.gov |
|  | ATTORNEYS FOR RESPONDENT |

**CERTIFICATE OF SERVICE**

I do herby certify that on April 18, 2022, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

James Gregory Rytting
Hilder Associates PC
819 Lovett Boulevard
Houston, TX 77006-3905
713-655-9111
Email: james@hilderlaw.com

Joshua Aaron Freiman
Federal Public Defender Office
Capital Habeas Unit
919 Congress Ave, Ste 950
Austin, TX 78701
737-207-3007
Email: joshua_freiman@fd.org

Tivon Schardl
Federal Public Defender
Western District of Texas
Capital Habeas Unit
919 Congress Suite 950
Austin, TX 78701
737-207-3008
Email: Tivon_Schardl@fd.org

Joshua B Fleming
Quarles and Brady LLP
135 N Pennsylvania St
2400 BMO Bldg
Indianapolis, IN 46204
317-957-5000
Email: josh.fleming@quarles.com

Kenneth H. Haney
Quarles and Brady LLP
1395 Panther Lane, Suite 300
Naples, FL 34109
239-659-5050
Email: kenneth.haney@quarles.com

                                  */s/ Georgette Hogarth*
                                  GEORGETTE HOGARTH
                                  Assistant Attorney General