IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENE ALVIN BROXTON, *Petitioner*, | § § § § § § § § § § § | |
| v. | | CAUSE NO. 4:11-CV-00315 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, *Respondent*. | | (Death Penalty Case) |

## RESPONDENT LUMPKIN'S NOTICE OF APPEARANCE OF COUNSEL

This case involves a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Eugene Alvin Broxton. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Bobby Lumpkin ("the Director") and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    JOSH RENO
    Deputy Attorney General
    For Criminal Justice

|                      | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
|---|---|
|                      | s/ Ellen Stewart-Klein |
| *Attorney in Charge  | ELLEN STEWART-KLEIN *<br>Assistant Attorney General<br>State Bar No. 24028011 |
|                      | Office of the Attorney General<br>Criminal Appeals Division<br>P. O. Box 12548, Capitol Station<br>Austin, Texas  78711-2548<br>Telephone: (512) 936-1600<br>Facsimile: (512) 936-1280<br>email: ellen.stewart-klein@oag.texas.gov |
|                      | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do herby certify that on March 9, 2023, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

James Gregory Rytting
Hilder Associates PC
819 Lovett Boulevard
Houston, TX 77006-3905
713-655-9111
Email: james@hilderlaw.com

Joshua Aaron Freiman
Federal Public Defender Office
Capital Habeas Unit
919 Congress Ave, Ste 950
Austin, TX 78701
737-207-3007
Email: joshua_freiman@fd.org

Tivon Schardl
Federal Public Defender
Western District of Texas
Capital Habeas Unit
919 Congress Suite 950
Austin, TX 78701
737-207-3008
Email: Tivon_Schardl@fd.org

Joshua B Fleming Quarles
and Brady LLP 135 N
Pennsylvania St 2400
BMO Bldg
Indianapolis, IN 46204
317-957-5000
Email: josh.fleming@quarles.com

Kenneth H. Haney Quarles
and Brady LLP
1395 Panther Lane, Suite 300
Naples, FL 34109
239-659-5050
Email: kenneth.haney@quarles.com

                                        s/ Ellen Stewart-Klein
                                        ELLEN STEWART-KLEIN
                                        Assistant Attorney General